# Exhibit B

(Entire State File)

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>30 |
|---|---|---|

ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

Date of Filing:   Judge Code:
06/03/2020

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**VERONICA FINLEY ET AL v. OTIS ELEVATOR COMPANY ET AL**

**First Plaintiff:** ☐ Business   ☑ Individual         **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                                    ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING         A ☐ APPEAL FROM DISTRICT COURT         O ☐ OTHER
            R ☐ REMANDED               T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES   ☐ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**         ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
GAR121                    6/3/2020 3:30:02 PM                    /s/ MATTHEW GREGORY GARMON
                          Date                                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**         ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| **VERONICA FINLEY and** ) | |
| **BENGI FINLEY**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **v.** ) | **Case No. _____** |
| ) | |
| **OTIS ELEVATOR COMPANY;** ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** ) | |
| **BROWN CHAMBLESS** ) | |
| **ARCHITECTS, INC.;** ) | |
| **BROWN CHAMBLESS** ) | |
| **ARCHITECTS, LLC;** ) | |
| **GOODWYN, MILLS &** ) | |
| **CAWOOD, INC.;** ) | |
| **GOODWYN, MILLS &** ) | |
| **CAWOOD ENVIRONMENTAL** ) | |
| **CONSULTANTS, INC.;** ) | |
| **FICTITIOUS DEFENDANT "A,"** ) | |
| **whether singular or plural, is that certain** ) | |
| **person or persons, entity or entities,** ) | |
| **which had the responsibility of the** ) | |
| **maintenance of the subject elevator made** ) | |
| **the basis of this suit on June 4, 2018 and** ) | |
| **for the year preceding the incident made** ) | |
| **the basis of this action;** ) | |
| **FICTITIOUS DEFENDANT "B,"** ) | |
| **whether singular or plural, is that certain** ) | |
| **person or persons, entity or entities,** ) | |
| **which had the responsibility of designing,** ) | |
| **manufacturing, marketing, distributing,** ) | |
| **and/or selling the subject elevator made** ) | |
| **the basis of this suit;** ) | |
| **FICTITIOUS DEFENDANT "C,"** ) | |
| **whether singular or plural, is that certain** ) | |
| **person or persons, entity or entities,** ) | |
| **which had the responsibility of installing** ) | |
| **the subject elevator made the basis of** ) | |
| **this suit;** ) | |
| **FICTITIOUS DEFENDANT "D,"** ) | |
| **whether singular or plural, is that certain** ) | |

**person or persons, entity or entities,**          )
**which had the responsibility of**                 )
**administering management resources**              )
**relative to the subject elevator made the**       )
**basis of this suit;**                              )
**FICTITIOUS DEFENDANT "E," "F,"**                   )
**and "G," being the correct legal name**            )
**and any of the legal entities as well as the**    )
**correct legal name of any holding**                )
**companies that own any of the named**              )
**Defendants referenced herein,**                    )

    Defendants.

---

## COMPLAINT

---

    1.    The Plaintiff, Veronica Finley, is an adult resident citizen of Tallapoosa County, Alabama.

    2.    The Plaintiff, Bengi Finley, is an adult resident citizen of Tallapoosa County, Alabama.

    3.    Defendant Otis Elevator Company is a New Jersey corporation doing business in Escambia County, Alabama.

    4.    Defendant HBG Design Architects, P.C., is a Tennessee corporation doing business in Escambia County, Alabama. At all times material hereto, and until July 30, 2018, Defendant HBG Design Architects, P.C., transacted business in the State of Alabama under the legal name Hnedak Bobo Group Architects, P.C.

    5.    Defendant Brown Chambless Architects, Inc., is an Alabama corporation doing business in Escambia County, Alabama.

    6.    Defendant Brown Chambless Architects, LLC, is an Alabama corporation doing business in Escambia County, Alabama.

7.      Defendant Goodwyn, Mills & Cawood, Inc., is an Alabama corporation doing business in Escambia County, Alabama.

8.      Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc., is an Alabama corporation doing business in Escambia County, Alabama.

9.      FICTITIOUS DEFENDANT "A," whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of the maintenance of the subject elevator made the basis of this suit on June 4, 2018 and for the year preceding the incident made the basis of this action.

10.     FICTITIOUS DEFENDANT "B," whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of designing, manufacturing, marketing, distributing, and/or selling the subject elevator made the basis of this suit.

11.     FICTITIOUS DEFENDANT "C," whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of installing the subject elevator made the basis of this suit.

12.     FICTITIOUS DEFENDANT "D," whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of administering management resources relative to the subject elevator made the basis of this suit.

13.     FICTITIOUS DEFENDANT "E," "F," and "G," being the correct legal name and any of the legal entities as well as the correct legal name of any holding companies that own any of the named Defendants referenced herein,

14.     Plaintiffs aver that the identities of the fictitious parties defendants herein are otherwise unknown to the Plaintiff at this time, or if their names are known to the Plaintiff, their

identities as proper parties defendant are not known to Plaintiff at this time, and their true names will be substituted by amendment when ascertained.

## VENUE

15.    Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

16.    This case is brought in the Escambia County Circuit Court pursuant to Code of Ala. § 6-3-7 because a substantial part of the events and omissions giving rise to the Plaintiff's claims occurred in Escambia County, Alabama.

## FACTS

17.    Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

18.    In June of 2018, Plaintiffs, Veronica Finley and Bengi Finley (hereinafter "Plaintiffs"), were patrons and invitees at the Wind Creek Casino and Hotel in Atmore, Alabama (hereinafter "the Hotel"). At all times material hereto, Plaintiffs' room at the Hotel was located on the eleventh floor.

19.    On the night of June 4, 2018, Plaintiffs left their eleventh floor hotel room to eat dinner in the restaurant of the Hotel. Plaintiffs entered the elevator on the eleventh floor.

20.    The doors closed, and upon information and belief, the elevator then malfunctioned and fell eleven (11) stories with the Plaintiffs inside. The elevator did not stop until reaching the first floor of the Hotel.

21.    Plaintiff, Veronica Finley, was seriously and permanently injured as a direct and proximate result of the elevator falling eleven (11) stories. Plaintiff, Bengi Finley, suffered harm and personal injury as a direct and proximate result of the elevator falling eleven (11) stories.

## COUNT ONE
## NEGLIGENCE AND/OR WANTONNESS OF
## DEFENDANT OTIS ELEVATOR COMPANY

22.    Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

23.    Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

24.    As the owner and operator of the elevator that malfunctioned and from which Plaintiffs were injured, Defendant Otis Elevator Company (hereinafter "Otis") owed Plaintiffs a duty to exercise the highest degree of care in installing, building, designing, manufacturing, operating and maintaining the subject elevator.

25.    Defendant Otis negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

     a.    Failing to adequately design, manufacture, build, inspect, install, and maintain the subject elevator such that it would properly function;

     b.    Failing to ensure that the elevator was functioning properly;

     c.    Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it would function properly;

     d.    Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

5

    e.      Failing to properly maintain the elevator to ensure it was functioning properly;

    f.      Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

    g.      Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

    h.      Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

    i.      Other acts of negligence and/or wantonness as yet unknown.

26.    As a proximate result of Defendant Otis's aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff, Veronica Finley, has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Veronica Finley, has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

27.    As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional

distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

28.     WHEREFORE, Plaintiffs demand judgment against Defendant Otis Elevator Company for damages in an amount to be determined by the jury that is mete, just, and proper.

## COUNT TWO
## ALABAMA EXTENDED MANUFACTURERS' LIABILITY DOCTRINE

29.     Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

30.     At the time of the incident made the basis of this lawsuit and for a substantial period of time prior thereto, Defendant Otis Elevator Company was engaged in the business of designing, manufacturing, installing and/or having manufactured, sold, delivered, distributed, and/or installed the subject elevator throughout the United States, including the state of Alabama, for use by certain members of the general public. Defendant during said period of time and for valuable consideration, designed, manufactured, installed, or had manufactured to its specifications, and then sold, delivered, installed, and/or distributed the subject elevator which catastrophically injured the Plaintiff.

31.     Upon information and belief, the subject elevator was in substantially the same condition as when it was designed, manufactured, installed, sold, and/or distributed by Defendant Otis Elevator Company and was being used in a manner that was foreseeable and for its intended use. The elevator was not reasonably safe when being used in a foreseeable manner but to the contrary, it was defective and unreasonably dangerous to users and consumers when being so used. Defendant Otis Elevator Company knew or in the exercise of reasonable care should have known that said elevator was unreasonably dangerous to users, consumers, and the general

7

public when being so used in a foreseeable manner. The elevator made the basis of this lawsuit was:

    a.  defective due to its design;

    b.  defective due to its manufacture;

    c.  defective due to its installation;

    d.  defective due to a flaw that was present when Defendant manufactured the elevator;

    e.  defective due to the failure of Defendant to adequately warn of the risk of hazard associated with the elevator; and

    f.  defective due to the absence of a safer alternative design.

32.    The foregoing wrongful conduct of Defendant was a proximate cause of the Plaintiffs' injuries and renders Defendant liable to Plaintiffs pursuant to the Alabama Extended Manufacturer's Liability Doctrine.

33.    Plaintiffs' injuries would have been eliminated or in some way reduced by an alternative design, and the utility of the alternative design outweighed the utility of the design Defendant Otis Elevator Company actually used.

34.    WHEREFORE, Plaintiffs demand judgment against Defendant Otis Elevator Company, for damages in an amount to be determined by the jury that is mete, just, and proper.

**COUNT THREE**
**NEGLIGENCE AND/OR WANTONNESS OF**
**DEFENDANT HBG DESIGN ARCHITECTS, P.C.**

35.    Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

36.    Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in

Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

37.    As the general contractor, casino resort designer, and planner of the Hotel containing the subject elevator that malfunctioned and from which Plaintiffs were injured, Defendant HBG Design Architects, P.C. (hereinafter "HBG") owed Plaintiffs a duty to exercise the highest degree of care in in implementing, installing, operating, and maintaining the subject elevator.

38.    Defendant HBG negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

    a.    Failing to ensure that the elevator was functioning properly;

    b.    Failing to properly implement, install, operate, and maintain the subject elevator such that it functioned properly;

    c.    Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it functioned properly;

    d.    Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

    e.    Failing to properly maintain the elevator to ensure it was functioning properly;

    f.    Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

    g.    Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

      h.     Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

      i.     Other acts of negligence and/or wantonness as yet unknown.

39.    As a proximate result of Defendant HBG's aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

40.    As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

41.    WHEREFORE, Plaintiffs demand judgment against Defendant HBG Design Architects, P.C., for damages in an amount to be determined by the jury that is mete, just, and proper.

**COUNT FOUR**
**NEGLIGENCE AND/OR WANTONNESS OF**
**DEFENDANT BROWN CHAMBLESS ARCHITECTS, INC.**

42.     Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

43.     Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

44.     As the architect of record of the Hotel containing the subject elevator that malfunctioned and from which Plaintiffs were injured, Defendant Brown Chambless Architects, Inc., owed Plaintiffs a duty to exercise the highest degree of care in in implementing, installing, operating, and maintaining the subject elevator.

45.     Defendant Brown Chambless Architects, Inc., negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

    a.     Failing to ensure that the elevator was functioning properly;

    b.     Failing to properly design, implement, install, operate, and maintain the subject elevator such that it functioned properly;

    c.     Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it would function properly and safely;

    d.     Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

    e.      Failing to properly maintain the elevator to ensure it was functioning properly;

    f.      Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

    g.      Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

    h.      Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

    i.      Other acts of negligence and/or wantonness as yet unknown.

46.    As a proximate result of Defendant Brown Chambless Architects, Inc.'s aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

47.    As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical

care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

48.     WHEREFORE, Plaintiffs demand judgment against Defendant Brown Chambless Architects, Inc., for damages in an amount to be determined by the jury that is mete, just, and proper.

## COUNT FIVE
## NEGLIGENCE AND/OR WANTONNESS OF
## DEFENDANT BROWN CHAMBLESS ARCHITECTS, LLC

49.     Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

50.     Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

51.     As the architect of record of the Hotel containing the subject elevator that malfunctioned and from which Plaintiffs were injured, Defendant Brown Chambless Architects, LLC, owed Plaintiffs a duty to exercise the highest degree of care in in implementing, installing, operating, and maintaining the subject elevator.

52.     Defendant Brown Chambless Architects, LLC, negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

    a.      Failing to ensure that the elevator was functioning properly;

    b.      Failing to properly design, implement, install, operate, and maintain the subject elevator such that it functioned properly;

c.   Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it would function properly and safely;

d.   Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

e.   Failing to properly maintain the elevator to ensure it was functioning properly;

f.   Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

g.   Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

h.   Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

i.   Other acts of negligence and/or wantonness as yet unknown.

53.   As a proximate result of Defendant Brown Chambless Architects, LLC's aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has

sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

54.     As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

55.     WHEREFORE, Plaintiffs demand judgment against Defendant Brown Chambless Architects, LLC, for damages in an amount to be determined by the jury that is mete, just, and proper.

**COUNT SIX**
**NEGLIGENCE AND/OR WANTONNESS OF**
**DEFENDANT GOODWYN, MILLS & CAWOOD, INC.**

56.     Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

57.     Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

58.     As the architect of record of the Hotel containing the subject elevator that malfunctioned and from which Plaintiffs were injured, Defendant Goodwyn, Mills & Cawood,

Inc., owed Plaintiffs a duty to exercise the highest degree of care in in implementing, installing, operating, and maintaining the subject elevator.

59.     Defendant Goodwyn Mills & Cawood, Inc., negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

a.      Failing to ensure that the elevator was functioning properly;

b.      Failing to properly design, implement, install, operate, and maintain the subject elevator such that it functioned properly;

c.      Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it would function properly and safely;

d.      Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

e.      Failing to properly maintain the elevator to ensure it was functioning properly;

f.      Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

g.      Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

h.      Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

i.      Other acts of negligence and/or wantonness as yet unknown.

60.     As a proximate result of Defendant Goodwyn Mills & Cawood, Inc.'s aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe

and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

61.    As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

62.    WHEREFORE, Plaintiffs demand judgment against Defendant Goodwyn Mills & Cawood, Inc., for damages in an amount to be determined by the jury that is mete, just, and proper.

**COUNT SEVEN**
**NEGLIGENCE AND/OR WANTONNESS OF**
**DEFENDANT GOODWYN, MILLS & CAWOOD**
**ENVIRONMENTAL CONSULTANTS, INC.**

63.    Plaintiffs reaver and reallege all of the preceding allegations in this Complaint as if set out fully herein.

64.    Elevators are common carriers under Alabama law. The "common carrier" doctrine imposes a heightened duty of care on those who operate and maintain elevators in

Alabama and it requires them to exercise the highest degree of care when operating and/or maintaining an elevator.

65.    As the architect of record of the Hotel containing the subject elevator that malfunctioned and from which Plaintiffs were injured, Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc., owed Plaintiffs a duty to exercise the highest degree of care in in implementing, installing, operating, and maintaining the subject elevator.

66.    Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc., negligently and/or wantonly breached its duty to Plaintiffs by, among other things:

a.    Failing to ensure that the elevator was functioning properly;

b.    Failing to properly design, implement, install, operate, and maintain the subject elevator such that it functioned properly;

c.    Failing to properly design, implemental, install, build, operate, and maintain the shaft and supporting structures of the subject elevator such that it would function properly and safely;

d.    Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

e.    Failing to properly maintain the elevator to ensure it was functioning properly;

f.    Failing to train its agents, employees, and/or representatives to ensure the elevator was functioning properly;

g.    Failing to take the elevator out of service when it knew or should have known it was not functioning properly;

18

h.  Failing to otherwise properly service, maintain, inspect, and perform upkeep to ensure the subject elevator functioned properly;

i.  Other acts of negligence and/or wantonness as yet unknown.

67.  As a proximate result of Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc.'s aforesaid negligence and/or wantonness, Plaintiff, Veronica Finley, was caused to fall and suffer severe and permanent trauma to her legs, knees, back, shoulders, neck, and body as a result of the elevator falling. Plaintiff has also suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff has incurred medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for additional surgeries and extensive rehabilitation. Plaintiff, Veronica Finley, has sustained permanent injuries and disfigurement and the inability to engage in normal, routine activities.

68.  As a proximate result of Defendant's aforesaid negligence and/or wantonness, Plaintiff, Bengi Finley, was also caused to suffer harm and personal injury as a result of the elevator falling. Plaintiff, Bengi Finley, suffered great pain and suffering, mental anguish, emotional distress and will suffer future pain and suffering, mental anguish, and emotional distress. Plaintiff, Bengi Finley, has incurred and/or will incur medical expenses for medical care, treatment, and services such as doctor, pharmacy, rehabilitation, and hospital costs, and is likely to incur future medical expenses for treatment, potential surgeries, and rehabilitation.

69.  WHEREFORE, Plaintiffs demand judgment against Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc., for damages in an amount to be determined by the jury that is mete, just, and proper.

19

## COUNT EIGHT
## LOSS OF CONSORTIUM

70.     Plaintiff realleges and reavers all of the allegations in the preceding paragraphs as if set out fully herein.

71.     At the time of the incident made the basis of this Complaint and at present, Plaintiff, Bengi Finley, was the lawful husband of Plaintiff, Veronica Finley. They have been a married couple for a number of years. As a result of the serious, life threatening medical complications and injuries to his wife, Veronica Finley, as well as the extended medical treatment that she has undergone and continues to undergo, Bengi Finley has lost the consortium, society, companionship, love, affection, aid, cooperation, sexual relations, comfort, services and other rights growing out of his marriage covenant with his wife.

72.     Plaintiff further avers that the conduct of Defendants combined and concurred to cause Veronica Finley to be severely injured which resulted in numerous medical complications that proximately caused Bengi Finley to suffer the loss of consortium, society, companionship, love, aid, cooperation, sexual relations, comfort, services and affection of his wife.

73.     WHEREFORE, premises considered, Plaintiff, Bengi Finley, respectfully demands judgment against Defendants, jointly and severally, for compensatory and punitive damages, in an amount, including interest and costs of this action, which Plaintiffs seek to recover, to be assessed by the trier of fact and demands trial by jury of all issues so triable.

## AD DAMNUM CLAUSE

74.     Plaintiff realleges and reavers all of the allegations in the preceding paragraphs as if set out fully herein.

75.     Plaintiff alleges that the conduct of the Defendants referenced herein combined and concurred to cause serious injuries to the Plaintiffs. As a proximate consequence of the negligence and/or wantonness of these Defendants, Plaintiffs were caused to suffer the damages set forth herein above in this Complaint.

76.     WHEREFORE, Plaintiffs demand judgment against all Defendants, jointly and severally, in an amount to be determined by the jury that is mete, just, and proper.

Filed this the 3rd day of June, 2020.

/s/ *Matthew G. Garmon*
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

/s/ *Jonathan Roper*
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
    twilson@roperandwilson.com

---

## REQUEST FOR JURY TRIAL

---

Plaintiffs respectfully request a trial by jury.

/s/ *Matthew G. Garmon*
Randall S. Haynes (HAY006)
Matthew G. Garmon (GAR121)

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

Otis Elevator Company
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

HBG Design Architects, P.C.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Brown Chambless Architects, Inc.
c/o Registered Agent
260 Commerce Street, Suite 200
Montgomery, AL 36106

Brown Chambless Architects, LLC
c/o Donald Charles Brown
260 Commerce Street, Suite 200
Montgomery, AL 36104

Goodwyn, Mills & Cawood, Inc.
c/o Galen Thackston
2660 Eastchase Lane, Suite 200
Montgomery, AL 36117

Goodwyn, Mills & Cawood Environmental Consultants, Inc.
c/o George T. Goodwyn
125 Interstate Park Drive
Montgomery, AL 36109

ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |
| **FICTITIOUS DEFENDANT "A,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of the** | ) | |
| **maintenance of the subject elevator made** | ) | |
| **the basis of this suit;** | ) | |
| **FICTITIOUS DEFENDANT "B,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of designing,** | ) | |
| **manufacturing, marketing, distributing,** | ) | |
| **and/or selling the subject elevator made** | ) | |
| **the basis of this suit;** | ) | |
| **FICTITIOUS DEFENDANT "C,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of installing** | ) | |
| **the subject elevator made the basis of** | ) | |
| **this suit;** | ) | |
| **FICTITIOUS DEFENDANT "D,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of** | ) | |

| | |
|---|---|
| administering management resources | ) |
| relative to the subject elevator made the | ) |
| basis of this suit; | ) |
| FICTITIOUS DEFENDANT "E," "F," | ) |
| and "G," being the correct legal name | ) |
| and any of the legal entities as well as the | ) |
| correct legal name of any holding | ) |
| companies that own any of the named | ) |
| Defendants referenced herein, | ) |

       Defendants.

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT OTIS ELEVATOR COMPANY

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant Otis Elevator Company the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

## INTERROGATORIES

1.    Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of Otis Elevator Company and/or at Otis Elevator Company's request or instruction. For each person, please identify the service and/or maintenance provided and why.

2.    Please identify each time Otis Elevator Company or one of its representative was contacted about the elevator at issue and why the contact was made, along with Otis Elevator Company's response to the same.

2

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To Otis Elevator Company's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was Otis Elevator Company's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

---

Plaintiff hereby requests that Otis Elevator Company produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items Otis Elevator Company used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

5.      All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6.      All documents provided by and/or received by this Defendant pertaining to:

      a.      the subject elevator's history of maintenance, repair, problems and/or malfunctions;

      b.      the purchase and/or installation of the subject elevator;

      c.      the elevator's use;

      d.      passenger entrapment; and

      e.      warranties on the elevator.

7.      All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8.      All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10.     All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11.     Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12.     Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

13.     Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.     Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.     Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.     Any and all documents related to and/or referencing the June 4, 2018, incident.

17.     Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.     Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

/s/ Jonathan Roper
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
ROPER AND WILSON, LLC
ATTORNEYS AT LAW
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com


**<u>PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT</u>**

6



ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |
| **FICTITIOUS DEFENDANT "A,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of the | ) | |
| maintenance of the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "B,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of designing, | ) | |
| manufacturing, marketing, distributing, | ) | |
| and/or selling the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "C,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of installing | ) | |
| the subject elevator made the basis of | ) | |
| this suit; | ) | |
| **FICTITIOUS DEFENDANT "D,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of | ) | |

administering management resources )
relative to the subject elevator made the )
basis of this suit; )
FICTITIOUS DEFENDANT "E," "F," )
and "G," being the correct legal name )
and any of the legal entities as well as the )
correct legal name of any holding )
companies that own any of the named )
Defendants referenced herein, )

        Defendants.

---

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT HBG DESIGN ARCHITECTS, P.C.

---

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant HBG Design Architects, P.C., the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

---

## INTERROGATORIES

---

1.    Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of HBG Design Architects' request or instruction.  For each person, please identify the service and/or maintenance provided and why.

2.    Please identify each time this Defendant or one of its representative was contacted about the elevator at issue and why the contact was made, along with this Defendant's response to the same.

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To this Defendant's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was this Defendant's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

---

Plaintiff hereby requests that HBG Design Architects, P.C., produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

3

5. All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6. All documents provided by and/or received by this Defendant pertaining to:

    a. the subject elevator's history of maintenance, repair, problems and/or malfunctions;

    b. the purchase and/or installation of the subject elevator;

    c. the elevator's use;

    d. passenger entrapment; and

    e. warranties on the elevator.

7. All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8. All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9. All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10. All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11. Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12. Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

4

13.    Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.    Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.    Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.    Any and all documents related to and/or referencing the June 4, 2018, incident.

17.    Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.    Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

/s/ Jonathan Roper
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com


**PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT**

ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK



## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |
| **FICTITIOUS DEFENDANT "A,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of the** | ) | |
| **maintenance of the subject elevator made** | ) | |
| **the basis of this suit;** | ) | |
| **FICTITIOUS DEFENDANT "B,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of designing,** | ) | |
| **manufacturing, marketing, distributing,** | ) | |
| **and/or selling the subject elevator made** | ) | |
| **the basis of this suit;** | ) | |
| **FICTITIOUS DEFENDANT "C,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of installing** | ) | |
| **the subject elevator made the basis of** | ) | |
| **this suit;** | ) | |
| **FICTITIOUS DEFENDANT "D,"** | ) | |
| **whether singular or plural, is that certain** | ) | |
| **person or persons, entity or entities,** | ) | |
| **which had the responsibility of** | ) | |

administering management resources )
relative to the subject elevator made the )
basis of this suit; )
FICTITIOUS DEFENDANT "E," "F," )
and "G," being the correct legal name )
and any of the legal entities as well as the )
correct legal name of any holding )
companies that own any of the named )
Defendants referenced herein, )

       Defendants.

---

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT BROWN CHAMBLESS ARCHITECTS, INC.

---

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant Brown Chambless Architects, Inc., the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

---

## INTERROGATORIES

---

1.     Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of Brown Chambless Architects, Inc.'s request or instruction.  For each person, please identify the service and/or maintenance provided and why.

2.     Please identify each time this Defendant or one of its representative was contacted about the elevator at issue and why the contact was made, along with this Defendant's response to the same.

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To this Defendant's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was this Defendant's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

---

Plaintiff hereby requests that Brown Chambless Architects, Inc., produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

3

5.      All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6.      All documents provided by and/or received by this Defendant pertaining to:

   a.      the subject elevator's history of maintenance, repair, problems and/or malfunctions;

   b.      the purchase and/or installation of the subject elevator;

   c.      the elevator's use;

   d.      passenger entrapment; and

   e.      warranties on the elevator.

7.      All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8.      All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10.      All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11.      Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12.      Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

4

13.     Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.     Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.     Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.     Any and all documents related to and/or referencing the June 4, 2018, incident.

17.     Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.     Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

5

/s/ Jonathan Roper
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com

## PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT


ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |
| **FICTITIOUS DEFENDANT "A,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of the | ) | |
| maintenance of the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "B,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of designing, | ) | |
| manufacturing, marketing, distributing, | ) | |
| and/or selling the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "C,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of installing | ) | |
| the subject elevator made the basis of | ) | |
| this suit; | ) | |
| **FICTITIOUS DEFENDANT "D,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of | ) | |

administering management resources      )
relative to the subject elevator made the   )
basis of this suit;                                    )
FICTITIOUS DEFENDANT "E," "F,"        )
and "G," being the correct legal name    )
and any of the legal entities as well as the  )
correct legal name of any holding           )
companies that own any of the named      )
Defendants referenced herein,                 )

       Defendants.

---

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT BROWN CHAMBLESS ARCHITECTS, LLC

---

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant Brown Chambless Architects, LLC, the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

---

## INTERROGATORIES

---

1.      Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of Brown Chambless Architects, LLC's request or instruction.  For each person, please identify the service and/or maintenance provided and why.

2.      Please identify each time this Defendant or one of its representative was contacted about the elevator at issue and why the contact was made, along with this Defendant's response to the same.

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To this Defendant's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was this Defendant's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

---

Plaintiff hereby requests that Brown Chambless Architects, LLC, produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

3

5.      All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6.      All documents provided by and/or received by this Defendant pertaining to:

   a.      the subject elevator's history of maintenance, repair, problems and/or malfunctions;

   b.      the purchase and/or installation of the subject elevator;

   c.      the elevator's use;

   d.      passenger entrapment; and

   e.      warranties on the elevator.

7.      All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8.      All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10.      All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11.      Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12.      Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

4

13.    Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.    Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.    Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.    Any and all documents related to and/or referencing the June 4, 2018, incident.

17.    Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.    Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

5

/s/ Jonathan Roper

Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
    twilson@roperandwilson.com

## PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT

ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK



## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |
| **FICTITIOUS DEFENDANT "A,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of the | ) | |
| maintenance of the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "B,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of designing, | ) | |
| manufacturing, marketing, distributing, | ) | |
| and/or selling the subject elevator made | ) | |
| the basis of this suit; | ) | |
| **FICTITIOUS DEFENDANT "C,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of installing | ) | |
| the subject elevator made the basis of | ) | |
| this suit; | ) | |
| **FICTITIOUS DEFENDANT "D,"** | ) | |
| whether singular or plural, is that certain | ) | |
| person or persons, entity or entities, | ) | |
| which had the responsibility of | ) | |

| | |
|---|---|
| administering management resources | ) |
| relative to the subject elevator made the | ) |
| basis of this suit; | ) |
| FICTITIOUS DEFENDANT "E," "F," | ) |
| and "G," being the correct legal name | ) |
| and any of the legal entities as well as the | ) |
| correct legal name of any holding | ) |
| companies that own any of the named | ) |
| Defendants referenced herein, | ) |

> Defendants.

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT GOODWYN, MILLS & CAWOOD, INC.

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant Goodwyn, Mills & Cawood, Inc., the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

## INTERROGATORIES

1.      Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of Goodwyn, Mills & Cawood, Inc.'s request or instruction.  For each person, please identify the service and/or maintenance provided and why.

2.      Please identify each time this Defendant or one of its representative was contacted about the elevator at issue and why the contact was made, along with this Defendant's response to the same.

2

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To this Defendant's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was this Defendant's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

Plaintiff hereby requests that Goodwyn, Mills & Cawood, Inc., produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

3

5.    All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6.    All documents provided by and/or received by this Defendant pertaining to:

    a.    the subject elevator's history of maintenance, repair, problems and/or malfunctions;

    b.    the purchase and/or installation of the subject elevator;

    c.    the elevator's use;

    d.    passenger entrapment; and

    e.    warranties on the elevator.

7.    All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8.    All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9.    All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10.    All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11.    Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12.    Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

13.    Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.    Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.    Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.    Any and all documents related to and/or referencing the June 4, 2018, incident.

17.    Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.    Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

/s/ Jonathan Roper
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com

**PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT**



ELECTRONICALLY FILED
6/3/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| **VERONICA FINLEY and** | ) | |
| **BENGI FINLEY**, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **OTIS ELEVATOR COMPANY;** | ) | **JURY TRIAL DEMANDED** |
| **HBG DESIGN ARCHITECTS, P.C.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, INC.;** | ) | |
| **BROWN CHAMBLESS** | ) | |
| **ARCHITECTS, LLC;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD, INC.;** | ) | |
| **GOODWYN, MILLS &** | ) | |
| **CAWOOD ENVIRONMENTAL** | ) | |
| **CONSULTANTS, INC.;** | ) | |

**FICTITIOUS DEFENDANT "A,"** whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of the maintenance of the subject elevator made the basis of this suit;
**FICTITIOUS DEFENDANT "B,"** whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of designing, manufacturing, marketing, distributing, and/or selling the subject elevator made the basis of this suit;
**FICTITIOUS DEFENDANT "C,"** whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of installing the subject elevator made the basis of this suit;
**FICTITIOUS DEFENDANT "D,"** whether singular or plural, is that certain person or persons, entity or entities, which had the responsibility of

administering management resources    )
relative to the subject elevator made the  )
basis of this suit;    )
FICTITIOUS DEFENDANT "E," "F,"   )
and "G," being the correct legal name  )
and any of the legal entities as well as the )
correct legal name of any holding    )
companies that own any of the named  )
Defendants referenced herein,    )

       Defendants.

---

## PLAINTIFFS' FIRST SET OF COMBINED DISCOVERY TO DEFENDANT GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS, INC..

---

COME NOW the Plaintiffs, pursuant to the *Alabama Rules of Civil Procedure*, and hereby serve upon Defendant Goodwyn, Mills & Cawood Environmental Consultants, P.C., the following discovery requests to be answered under oath within the time provided by law. These requests are continuing, and should be supplemented in accordance with and to the extent required by *Alabama Rules of Civil Procedure* 26(e). Any such supplemental responses are to be filed and served upon counsel for Plaintiffs within 30 days from receipt of such additional information.

---

## INTERROGATORIES

---

1.    Please identify all persons by name, address, and telephone number who have provided any type of service or maintenance on the elevator at issue in this lawsuit on behalf of Goodwyn, Mills & Cawood Environmental Consultants, P.C.'s request or instruction.  For each person, please identify the service and/or maintenance provided and why.

2.      Please identify each time this Defendant or one of its representative was contacted about the elevator at issue and why the contact was made, along with this Defendant's response to the same.

3.      Please describe in detail what responsibilities this Defendant had with regard to the elevator at issue in this lawsuit from the date it was placed in service until the present date.

4.      How and why did the elevator at issue in this lawsuit malfunction on June 4, 2018?

5.      To this Defendant's knowledge had this elevator malfunctioned prior to June 4, 2018?  If so, what was this Defendant's understanding of the elevator's history of problems and/or malfunctions?

6.      What, if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding the elevator's use?

7.      What if any, instruction was given to the Wind Creek Casino in Atmore, Alabama after the purchase and/or installation of the subject elevator regarding elevator malfunctions?

---

## REQUESTS FOR PRODUCTION

---

Plaintiff hereby requests that Goodwyn, Mills & Cawood Environmental Consultants, Inc., produce a copy of the following:

1.      All documents generated by this Defendant and/or provided by this Defendant to any other person relating to the elevator at issue in this litigation.

2.      All manufacturer, installation, service, and/or maintenance warranties and or contracts executed and/or issued for the elevator at issue in this litigation.

3.      All maintenance requests or service calls for the elevator at issue in this litigation.

4.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

5.      All policies of insurance that may provide coverage for the acts and omissions and/or occurrences made the basis of this lawsuit.

6.      All documents provided by and/or received by this Defendant pertaining to:

     a.      the subject elevator's history of maintenance, repair, problems and/or malfunctions;

     b.      the purchase and/or installation of the subject elevator;

     c.      the elevator's use;

     d.      passenger entrapment; and

     e.      warranties on the elevator.

7.      All manufacturer, installation, service, and/or maintenance warranties and or contracts for the elevator at issue in this litigation.

8.      All maintenance requests or service calls for the elevator at issue in this litigation, either provided to this Defendant, or which this Defendant requested, or sent to others.

9.      All documents or tangible items this Defendant used, consulted, and/or referenced in responding to Plaintiff's interrogatories.

10.     All contracts, agreements, instructions and/or guidance between this Defendant and any other defendant in this lawsuit relating to the services this Defendant provides, including but not limited to, facility management service contracts between this defendant and any other defendant.

11.     Any and all contracts and agreements governing this Defendant's responsibilities over elevators located at the Wind Creek Casino in Atmore, Alabama.

12.     Any and all work orders and other documents regarding the elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

13.     Any and all policies, procedures, guidelines, instructions, and/or company training pertaining to services this defendant may provide to clients regarding elevators, and how such service is provided.

14.     Any and all policies and procedures governing this Defendant's maintenance responsibilities for all elevators located at the Wind Creek Casino in Atmore, Alabama from 2009 to the present.

15.     Any and all documents reflecting any investigations involving an elevator located at the Wind Creek Casino in Atmore, Alabama from 2009 to present.

16.     Any and all documents related to and/or referencing the June 4, 2018, incident.

17.     Any and all company-wide policies related to or governing this Defendant's maintenance services.

18.     Any and all notes, memos, or other documents referencing, relating to, and/or governing elevators.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

/s/ Jonathan Roper
Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
 twilson@roperandwilson.com

**PLEASE SERVE ON DEFENDANTS WITH SUMMONS & COMPLAINT**



AlaFile E-Notice

30-CV-2020-900070.00

To:  MATTHEW GREGORY GARMON MR.
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:        6/3/2020 3:29:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov





USPS CERTIFIED MAIL

*POST OFFICE BOX 856*
*BREWTON, AL, 36427*

9214 8901 7301 4130 2000 0044 32

**30-CV-2020-900070.00**

To:  OTIS ELEVATOR COMPANY
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
**30-CV-2020-900070.00**

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:     6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov





*POST OFFICE BOX 856*
*BREWTON, AL, 36427*

9214 8901 7301 4130 2000 0044 49

**30-CV-2020-900070.00**

To:  HBG DESIGN ARCHITECTS, PC
     C/O CT CORPORATION SYSTEM
     2 NO JACKSON ST, STE 605
     MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
**30-CV-2020-900070.00**

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:     6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov



USPS CERTIFIED MAIL

9214 8901 7301 4130 2000 0044 56

POST OFFICE BOX 856
BREWTON, AL, 36427

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC.
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL 36106

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
### 30-CV-2020-900070.00

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:      6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov





**USPS CERTIFIED MAIL**

9214 8901 7301 4130 2000 0044 63

*POST OFFICE BOX 856*
*BREWTON, AL, 36427*

**30-CV-2020-900070.00**

To: BROWN CHAMBLESS ARCHITECTS, LLC
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
### 30-CV-2020-900070.00

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:        6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov



USPS CERTIFIED MAIL

POST OFFICE BOX 856
BREWTON, AL, 36427

9214 8901 7301 4130 2000 0044 70

**30-CV-2020-900070.00**

To:  GOODWYN, MILLS & CAWOOD, INC.
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL 36117

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
**30-CV-2020-900070.00**

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:      6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov




**USPS CERTIFIED MAIL**

9214 8901 7301 4130 2000 0044 87

*POST OFFICE BOX 856*
*BREWTON, AL, 36427*

**30-CV-2020-900070.00**

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTAN
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL 36109

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
**30-CV-2020-900070.00**

The following complaint was FILED on 6/3/2020 3:29:59 PM

Notice Date:     6/3/2020 3:29:59 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>30-CV-2020-900070.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
## VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** OTIS ELEVATOR COMPANY, C/O CT CORPORATION SYSTEM 2 NO JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>30-CV-2020-900070.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**

**NOTICE TO:** HBG DESIGN ARCHITECTS, PC, C/O CT CORPORATION SYSTEM 2 NO JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*   *(Name of County)*

Alabama on _____.

*(Date)*

_____   _____   *(Address of Server)*

*(Type of Process Server)*   *(Server's Signature)*   _____

_____   *(Phone Number of Server)*

*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>30-CV-2020-900070.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** BROWN CHAMBLESS ARCHITECTS, INC., C/O REGISTERED AGENT 260 COMMERCE ST, STE 200, MONTGOMERY, AL 36106

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.　　/s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*　　　　　　　*(Name of County)*

Alabama on _____.

*(Date)*

_____　_____　_____
*(Type of Process Server)*　*(Server's Signature)*　*(Address of Server)*

　　　　　　　　　　　_____　_____
　　　　　　　　　　　*(Server's Printed Name)*　*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>30-CV-2020-900070.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**

**NOTICE TO:** BROWN CHAMBLESS ARCHITECTS, LLC, C/O DONALD CHARLES BROWN 260 COMMERCE ST, STE 200, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY
pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____    _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>30-CV-2020-900070.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** GOODWYN, MILLS & CAWOOD, INC., C/O GALEN THACKSTON 2660 EASTCHASE LN, #200, MONTGOMERY, AL 36117

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____.

*(Date)*

_____   _____   _____

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____

*(Server's Printed Name)*   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>30-CV-2020-900070.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS, C/O GEORGE T. GOODWYN 125 INTERSTATE PARK DR, MONTGOMERY, AL 36109

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 06/03/2020 | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*       *(Name of County)*

Alabama on _____.

*(Date)*

_____     _____     _____

*(Type of Process Server)*       *(Server's Signature)*          *(Address of Server)*

_____     _____

*(Server's Printed Name)*        *(Phone Number of Server)*

ELECTRONICALLY FILED
6/4/2020 7:31 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# IN THE CIRCUIT COURT OF ESCAMBIA CO

| | | | | |
|---|---|---|---|---|
| VERONICA FINLEY ET AL | § | | | |
| | § | | | |
| _____ | § | CASE NO: | CV _-2020-900070_____ | |
| | § | | | |
| V. | § | | | |
| | § | Judge J. David Jordan | | |
| _____ | § | Judge Jeffery A. White | | |
| | § | | | |
| OTIS ELEVATOR COMPANY ET AL | § | | | |

## GENERAL PRE-TRIAL ORDER
### CIRCUIT CIVIL CASES

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1. <u>PRODUCTION OF TRIAL EXHIBITS:</u> Within a reasonable time prior to trial, each party shall make available to all other parties all documents, exhibits, and physical evidence expected to be used at trial. All such documents, evidence, and exhibits shall be deemed authenticated and admitted into evidence without further proof unless written objections are made to the Court within a reasonable time thereafter and before trial specifying the grounds of objection.
   (a) Documents, exhibits or physical evidence which are not exhibited to other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.
   (b) All documents, exhibits or physical evidence shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.
2. <u>MEDICAL BILLS:</u> If applicable, all doctor, medical, and hospital bills (or a list thereof) shall be made available to all parties within a reasonable time prior to trial and shall be admitted into evidence as reasonable and necessary without further proof, unless written objections to such bills be made to the Court within a reasonable time prior to trial specifying the grounds of objection.
   (a) Any such medical bills which are not exhibited to other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.
   (b) All doctor, medical, and hospital bills shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.
3. <u>WAIVER:</u> With respect to paragraph 1 and 2 above, it shall be the duty of counsel to confer with opposing counsel at a reasonable time prior to trial in order to make arrangements to inspect such documents, exhibits and physical evidence and failure of counsel to so confer shall constitute a waiver of objection to admissibility.
4. <u>SPECIAL DAMAGES:</u> All parties seeking special damages shall furnish all other parties and the Court with a list of these special damages within a reasonable time prior to a trial. Written objections to these special damages should be made to the Court within a reasonable time prior to trial and should specify the grounds of objection.
   (a) Any special damages which are not submitted to the other parties in a timely fashion prior to trial may not be claimed or offered in evidence offered with respect thereto at trial unless the ends of justice so require.
5. <u>ADMISSION:</u> Unless objected to in writing a reasonable time prior to trial, agency and the time and place of the complained of are admitted and all parties shall be deemed correctly named and designated. Written objections to these admissions shall specify the grounds of objection.
6. <u>EXPERTS:</u> Unless previously obtained by discovery, each party shall furnish to all other parties the names, address, and qualifications of all expert witnesses expected to testify together with a brief summary of the opinions and conclusions of such experts. Counsel for the parties shall comply with this provision within a reasonable time prior to trial and objections to the qualifications of such witnesses as experts be made in writing within a reasonable time prior to trial.

7. <u>DISCOVERY:</u> All discovery should be completed no later than thirty (30) days prior to the date of trial. Any requests for discovery within thirty (30) days prior to the date of trial must be made in writing to the Court and performed only with the Court's approval.

   (a) Interrogatories, Requests for Production, Requests for Admissions and Responses Thereto, and Notices of Depositions shall be served in accordance with Rule 5(d) of the ARCP, but shall not be filed with the Clerk except upon Order of the Court or for use at a trial or in connection with motions. The party responsible for service of the discovery material shall retain the original and become custodian.

   (b) No depositions shall be filed with the Clerk unless the Court directs otherwise, or unless in support of or in opposition to a motion. Counsel who notices a deposition shall be the custodian of the deposition and shall maintain the original for filing if the Court so directs.

   (c) If discovery materials are germane to any motion or response, only the relevant material shall be filed with the motion or response.

   (d) Whenever any discovery material (request, response, notice) is served, counsel shall contemporaneously deliver to the Clerk a notice identifying the date of service and the nature of the material shall be maintained by the Clerk with the civil action file but will not be docketed.

   (e) During the pendency of any case the custodian of any discovery material shall provide to counsel for all other parties reasonable access to the material and an opportunity to duplicate the material at the expense of the copying party, and any other person may, with leave of Court, obtain a copy of any discovery material from its custodian upon payment of the expense of the copy.

   (f) This Order shall not apply to any deposition taken before the Clerk or a Commissioner appointed by the Clerk for use in an action for dissolution of marriage.

8. <u>JURY CHARGE:</u> Written requested jury charges shall be typed, numbered and shall designate the party requesting the same. Legal authority for each requested charge shall be clearly noted. Failure to cite legal authority for any charge may result in the same being considered an original charge without legal authority to substantiate it. All charges shall be submitted to the Court no later than the close of the plaintiff's case-in-chief, but the same may be supplemented during the course of the trial on matters that could not reasonably be anticipated.

9. <u>JURY SELECTION:</u> Prior to the commencement of trial and out of the hearing of the jury panel, the parties shall provide to the Court, the full name of any insurance company upon which voir dire is required or requested. All voir dire questions shall be put in writing and submitted to the Court prior to voir dire.

10. <u>DUTY TO SUPPLEMENT:</u> Responses required to be made under the terms of this order shall be amended or supplemented as necessary to maintain their completeness and accuracy.

11. <u>MOTIONS:</u> All motions for summary judgment and other dispositive motions shall be filed and argued no later than thirty (30) days prior to the day upon which the case is scheduled for trial.  All other motions, including motion in limine, shall be filed and argued no  later than ten (10) days prior to the day upon which the case is scheduled for trial.

It is further ORDERED that the Court will reconsider any portion of this Order upon the timely application of any party.

A copy of this Order shall be served upon the Defendant along with the summons and petition, and a copy of this Order shall be mailed to counsel of record for the plaintiff (or to the Plaintiff if pro se).

Dated this ___04th___ day of _____JUNE_____, 20_20_ ,

_____         _____
**J. David Jordan, Circuit Judge**         **Jeffery A. White, Circuit Judge**



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:     6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:       6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:      6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:     6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:      6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:      6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:     6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
      C/O DONALD CHARLES BROWN
      260 COMMERCE ST, STE 200
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:      6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:     6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 6/4/2020 7:31:12 AM

Notice Date:    6/4/2020 7:31:12 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



# NOTICE TO CLERK

**REQUIREMENTS FOR COMPLETING SERVICE BY**
**CERTIFIED MAIL OR FIRST CLASS MAIL**

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

30-CV-2020-900070.00

To: CLERK ESCAMBIA
    clerk.escambia@alacourt.gov

**TOTAL POSTAGE PAID: $49.50**

**Parties to be served by Certified Mail - Return Receipt Requested**

OTIS ELEVATOR COMPANY                                       Postage: $8.25
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL 36104

HBG DESIGN ARCHITECTS, PC                                   Postage: $8.25
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL 36104

BROWN CHAMBLESS ARCHITECTS, INC.                            Postage: $8.25
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL 36106

BROWN CHAMBLESS ARCHITECTS, LLC                             Postage: $8.25
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL 36104

GOODWYN, MILLS & CAWOOD, INC.                               Postage: $8.25
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL 36117

GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT            Postage: $8.25
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL 36109

**Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested**

**UNITED STATES POSTAL SERVICE**

June 6, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 30-CV-2020-900070.00 | Intended Recipient: |
| Document Type: Complaint | GOODWYN, MILLS & CAWOOD, INC.  (D005) |
| Restricted Delivery Requested: No | C/O GALEN THACKSTON |
| | 2660 EASTCHASE LN, #200 |
| | MONTGOMERY, AL 36117 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4130 2000 0044 70**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 5, 2020, 3:29 pm |
| **Location:** | MONTGOMERY, AL 36117 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 6, 2020

Dear Circuit Clerk:

| UJS Information |
|---|
| Case Number: 30-CV-2020-900070.00 |
| Document Type: Complaint |
| Restricted Delivery Requested: No |
| Intended Recipient: |
| GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CON |
| C/O GEORGE T. GOODWYN |
| 125 INTERSTATE PARK DR |
| MONTGOMERY, AL 36109 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4130 2000 0044 87**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 5, 2020, 2:51 pm |
| **Location:** | MONTGOMERY, AL 36109 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 11.0oz |

| Recipient Signature |
|---|

Signature of Recipient: *S. Montgomery C. Telli/ Cndk*

Address of Recipient: *125 I. Interstate Par*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D005 GOODWYN, MILLS & CAWOOD, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   GARMON MATTHEW GREGORY
      mgarmon@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/5/2020

D006 GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

**UNITED STATES POSTAL SERVICE**

June 8, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 30-CV-2020-900070.00 | Intended Recipient: |
| Document Type: Complaint | HBG DESIGN ARCHITECTS, PC  (D002) |
| Restricted Delivery Requested: No | C/O CT CORPORATION SYSTEM |
| | 2 NO JACKSON ST, STE 605 |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4130 2000 0044 49**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | June 8, 2020, 9:52 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

## Recipient Signature

Signature of Recipient: *Jennifer Lockwood*

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
    aroper@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
      C/O GALEN THACKSTON
      2660 EASTCHASE LN, #200
      MONTGOMERY, AL, 36117-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D002 HBG DESIGN ARCHITECTS, PC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

UNITED STATES
POSTAL SERVICE

June 8, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 30-CV-2020-900070.00 | Intended Recipient: |
| Document Type: Complaint | OTIS ELEVATOR COMPANY  (D001) |
| Restricted Delivery Requested: No | C/O CT CORPORATION SYSTEM |
| | 2 NO JACKSON ST, STE 605 |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4130 2000 0044 32**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | June 8, 2020, 9:52 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
     C/O GALEN THACKSTON
     2660 EASTCHASE LN, #200
     MONTGOMERY, AL, 36117-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 6/8/2020

D001 OTIS ELEVATOR COMPANY
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov




**USPS CERTIFIED MAIL**

9214 8901 7301 4130 2000 0044 63

POS O FICE BOX 856
BREWTON, A.., 36427

30-CV-2

To:  BROWN CHAMBLESS ARCHITECTS, LLC
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING



NIXIE    326  72  1    7207/13/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NEOPOST
06/04/2020
US POSTAGE $009.40
ZIP 36426
041M11129004
FIRST CLASS MA

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>30-CV-2020-900070.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** BROWN CHAMBLESS ARCHITECTS, LLC, C/O DONALD CHARLES BROWN 260 COMMERCE ST, STE 200, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

06/03/2020                                           By:

*(Date)*                    *(Signature of Clerk)*              *(Name)*

*John Robert Fountain, Circuit*
*Escambia County, Alabama*
*/S/JOHN FOUNTAIN*

---

☑ Certified Mail is hereby requested.          /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

---

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____.

*(Date)*

_____                    _____

*(Type of Process Server)*                    *(Address of Server)*

_____          _____

*(Server's Signature)*                    *(Phone Number of Server)*

_____

*(Server's Printed Name)*

D004



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was not served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
UNDELIVERABLE
SUMMONS/COMPLAINT/PTO

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was not served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
UNDELIVERABLE
SUMMONS/COMPLAINT/PTO

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was not served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
UNDELIVERABLE
SUMMONS/COMPLAINT/PTO

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was not served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
UNDELIVERABLE
SUMMONS/COMPLAINT/PTO

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
7/20/2020 9:33 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and BENGI FINLEY,   )
                                )
        Plaintiffs,         )     CASE NO. 30-CV-2020-900070
                                )
v.                       )
                                )
OTIS ELEVATOR COMPANY, *et al*.,   )
                                )     **Jury Trial Demanded**
        Defendant.       )

## DEFENDANT OTIS ELEVATOR COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT

Defendant Otis Elevator Company ("Otis"), by and through counsel, and for its Answer to

Plaintiffs Veronica Finley's and Bengi Finley's ("Plaintiffs") Complaint, with Separate Defenses

and Jury Demand, states as follows:

### PARTIES[1]

1.     Otis denies, for want of knowledge and information sufficient to form a belief, the

averments and allegations set forth in Paragraph 1 of Plaintiffs' Complaint.

2.     Otis denies, for want of knowledge and information sufficient to form a belief, the

averments and allegations set forth in Paragraph 2 of Plaintiffs' Complaint.

3.     Otis admits the averments and allegations set forth in Paragraph 3 of Plaintiffs'

Complaint.

4.     Otis denies, for want of knowledge and information sufficient to form a belief, the

averments and allegations set forth in Paragraph 4 of Plaintiffs' Complaint.

---

[1] The repetition of the Complaint's subheadings is done solely for organizational purposes and is not an admission as to their truth.

5.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 5 of Plaintiffs' Complaint.

6.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 6 of Plaintiffs' Complaint.

7.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 7 of Plaintiffs' Complaint.

8.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 8 of Plaintiffs' Complaint.

9.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 9 of Plaintiffs' Complaint.

10.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 10 of Plaintiffs' Complaint.

11.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 11 of Plaintiffs' Complaint.

12.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 12 of Plaintiffs' Complaint.

13.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 13 of Plaintiffs' Complaint.

14.      Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 14 of Plaintiffs' Complaint.

## **<u>VENUE</u>**

15.      Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 14 of Plaintiffs' Complaint as if fully set forth herein.

16.      The allegations in Paragraph 16 of Plaintiffs' Complaint contain legal statements or

conclusions to which no response is required.  To the extent a response is required, Otis denies these allegations.

## FACTS

17.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 16 of Plaintiffs' Complaint as if fully set forth herein.

18.     Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 18 of Plaintiffs' Complaint.

19.     Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 19 of Plaintiffs' Complaint.

20.     Otis denies the averments and allegations set forth in Paragraph 20 of Plaintiffs' Complaint.

21.     Otis denies the averments and allegations set forth in Paragraph 21 of Plaintiffs' Complaint.

## COUNT ONE
### (Negligence and/or Wantonness of Defendant Otis Elevator Company)

22.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 21 of Plaintiffs' Complaint as if fully set forth herein.

23.     The allegations in Paragraph 23 of Plaintiffs' Complaint contain legal statements or conclusions to which no response is required.  To the extent a response is required, Otis denies these allegations.

24.     Otis denies the averments and allegations set forth in Paragraph 24 of Plaintiffs' Complaint.

25.     Otis denies the averments and allegations set forth in Paragraph 25 of Plaintiffs' Complaint, including subparts (a) – (i).

26.      Otis denies the averments and allegations set forth in Paragraph 26 of Plaintiffs' Complaint.

27.      Otis denies the averments and allegations set forth in Paragraph 27 of Plaintiffs' Complaint.

28.      Otis denies the averments and allegations set forth in Paragraph 28 of Plaintiffs' Complaint.

## COUNT TWO
### (Alabama Extended Manufacturers' Liability Doctrine)

29.      Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 29 of Plaintiffs' Complaint as if fully set forth herein.

30.      Otis denies the averments and allegations set forth in Paragraph 30 of Plaintiffs' Complaint.

31.      Otis denies the averments and allegations set forth in Paragraph 31 of Plaintiffs' Complaint, including subparts (a) – (f).

32.      Otis denies the averments and allegations set forth in Paragraph 32 of Plaintiffs' Complaint.

33.      Otis denies the averments and allegations set forth in Paragraph 33 of Plaintiffs' Complaint.

34.      Otis denies the averments and allegations set forth in Paragraph 34 of Plaintiffs' Complaint.

## COUNT THREE
### (Negligence and/or Wantonness of Defendant HBG Design Architects, P.C.)

35.      Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 34 of Plaintiffs' Complaint as if fully set forth herein.

36.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 36 of Plaintiffs' Complaint.

37.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 37 of Plaintiffs' Complaint.

38.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 38 of Plaintiffs' Complaint.

39.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 39 of Plaintiffs' Complaint.

40.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 40 of Plaintiffs' Complaint.

41.     The allegations contained in Count III of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required,

Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 41 of Plaintiffs' Complaint.

<u>**COUNT FOUR**</u>
**(Negligence and/or Wantonness of Defendant Brown Chambliss Architects, Inc.)**

42.    Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 41 of Plaintiffs' Complaint as if fully set forth herein.

43.    The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 43 of Plaintiffs' Complaint.

44.    The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 44 of Plaintiffs' Complaint.

45.    The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 45 of Plaintiffs' Complaint.

46.    The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 46 of Plaintiffs' Complaint.

47.    The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required,

Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 47 of Plaintiffs' Complaint.

48.     The allegations contained in Count IV of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 48 of Plaintiffs' Complaint.

<u>**COUNT FIVE**</u>
**(Negligence and/or Wantonness of Defendant Brown Chambliss Architects, LLC)**

49.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 48 of Plaintiffs' Complaint as if fully set forth herein.

50.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 50 of Plaintiffs' Complaint.

51.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 51 of Plaintiffs' Complaint.

52.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 52 of Plaintiffs' Complaint.

53.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required,

Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 53 of Plaintiffs' Complaint.

54.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 54 of Plaintiffs' Complaint.

55.     The allegations contained in Count V of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 55 of Plaintiffs' Complaint.

## <u>COUNT SIX</u>
**(Negligence and/or Wantonness of Defendant Goodwyn, Mills & Cawood, Inc.)**

56.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 55 of Plaintiffs' Complaint as if fully set forth herein.

57.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 57 of Plaintiffs' Complaint.

58.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 58 of Plaintiffs' Complaint

59.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required,

Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 59 of Plaintiffs' Complaint

60.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 60 of Plaintiffs' Complaint

61.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 61 of Plaintiffs' Complaint

62.     The allegations contained in Count VI of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 62 of Plaintiffs' Complaint.

## COUNT SEVEN
### (Negligence and/or Wantonness of Defendant Goodwyn, Mills & Cawood Environmental Consultants, Inc.)

63.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 62 of Plaintiffs' Complaint as if fully set forth herein.

64.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 64 of Plaintiffs' Complaint.

65.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required,

Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 65 of Plaintiffs' Complaint.

66.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 66 of Plaintiffs' Complaint.

67.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 67 of Plaintiffs' Complaint.

68.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 68 of Plaintiffs' Complaint.

69.     The allegations contained in Count VII of Plaintiffs' Complaint are not directed to Otis; therefore, no response is required from this Defendant.  To the extent a response is required, Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 69 of Plaintiffs' Complaint

## COUNT EIGHT
### (Loss of Consortium)

70.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 69 of Plaintiffs' Complaint as if fully set forth herein.

71.     Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 71 of Plaintiffs' Complaint.

72.     Otis denies the averments and allegations set forth in Paragraph 72 of Plaintiffs' Complaint that are directed towards it.  Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 72 directed towards other Defendants.

73.     Otis denies the averments and allegations set forth in Paragraph 73 of Plaintiffs' Complaint.

### AD DAMNUM CLAUSE

74.     Otis incorporates by reference its responses to the averments and allegations in Paragraphs 1 through 73 of Plaintiffs' Complaint as if fully set forth herein.

75.     Otis denies the averments and allegations set forth in Paragraph 75 of Plaintiffs' Complaint that are directed towards it.  Otis denies, for want of knowledge and information sufficient to form a belief, the averments and allegations set forth in Paragraph 75 directed towards other Defendants.

76.     Otis denies the averments and allegations set forth in Paragraph 76 of Plaintiffs' Complaint.

### SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND SEPARATE DEFENSE

Otis denies any and all allegations contained in any unnumbered paragraph, subpart, or heading of Plaintiffs' Complaint as well as any other allegation not specifically admitted hereinabove.

### THIRD SEPARATE DEFENSE

Otis avers that Plaintiffs have not suffered any legally cognizable injury.

### FOURTH SEPARATE DEFENSE

So as to not waive the defense, Otis states that Plaintiff has failed to join necessary and indispensable parties.

### FIFTH SEPARATE DEFENSE

Plaintiffs may not recover from Otis because of negligence on the part of others.

### SIXTH SEPARATE DEFENSE

So as to not waive the defenses, Otis states avers that all or part of Plaintiffs' Complaint may be barred by the applicable statute of limitations and/or the applicable statute of repose.

### SEVENTH SEPARATE DEFENSE

Any alleged non-conforming defective condition of the subject elevator was the results of abuse, negligence, modification, or alteration of the said elevator that was not authorized by Otis.

### EIGHTH SEPARATE DEFENSE

Otis denies that it breached any duty or obligation allegedly owed to Plaintiffs.

### NINTH SEPARATE DEFENSE

Plaintiffs are barred from recovering any damages by virtue of the fact that there was no practical or technically feasible alternative design that would have prevented the harm alleged by Plaintiffs.

### TENTH SEPARATE DEFENSE

Otis states that the subject elevator was not defective within the meaning of Alabama Extended Manufacturers' Liability Doctrine ("AEMLD") because (1) it had been altered or modified prior to the incident described in the Complaint and was not in substantially the same condition at the time as when such products left the manufacturer's possession and control; (2)

such products were not unreasonably dangerous because such products were not more dangerous than the ordinary user would have contemplated; and (3) the manufacture and design of the products were well in keeping with the state of the art at the time of manufacture and met all applicable industry standards.

## ELEVENTH SEPARATE DEFENSE

The AEMLD is unconstitutional.

## TWELFTH SEPARATE DEFENSE

Otis denies that any act or omission on its part was the proximate cause of Plaintiffs' alleged injuries.

## THIRTEENTH SEPARATE DEFENSE

Otis avers that all of Plaintiffs' alleged injuries and damages were caused by the acts or omissions of others for whom Otis owes no legal responsibility.

## FOURTEENTH SEPARATE DEFENSE

So as to not waive them, Otis avers that Plaintiffs' claims are barred in whole or in part due to waiver, release, estoppel, laches, lack of standing, spoliation of evidence, and/or res judicata.

## FIFTEENTH SEPARATE DEFENSE

Otis pleads the defenses of lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, and forum non conveniens.

## SIXTEENTH SEPARATE DEFENSE

Otis asserts that it is entitled to credit or set-off, against the damages claimed or awarded, by any monies received by Plaintiffs for injuries or damages suffered in or attributed to the alleged accident, including, but not limited to, any insurance proceeds or pro tanto settlements.

## SEVENTEENTH SEPARATE DEFENSE

Otis avers that Plaintiffs' injuries were the result of an intervening cause other than Otis's alleged negligence and that Otis's alleged negligence was not the proximate cause of Plaintiffs' alleged injuries.

## EIGHTEENTH SEPARATE DEFENSE

Otis avers that Plaintiffs were guilty of contributory negligence and that this negligence proximately caused or contributed to cause Plaintiffs' alleged injuries and damages.

## NINETEENTH SEPARATE DEFENSE

Plaintiffs' injuries and damages are barred by assumption of the risk.

## TWENTIETH SEPARATE DEFENSE

While at all times denying liability for the injuries claimed in Plaintiffs' Complaint, Otis states that in the event a product for which it is responsible is found to have been involved, it will also be found that Plaintiffs were adequately warned of any potential danger, and/or that the duty, if any, to provide warnings of any potential danger was that of some other entity for which Otis is neither responsible nor liable.

## TWENTY-FIRST SEPARATE DEFENSE

Otis states that at all relevant times it complied with its duties and obligations to the other parties as defined and limited by the terms of its maintenance contract.  Thus, Plaintiffs' Complaint is barred.

## TWENTY-SECOND SEPARATE DEFENSE

At all relevant times, Otis acted with due care, complied with all statutory and regulatory requirements applicable under state and federal law, and otherwise conducted itself reasonably under the circumstances.  Therefore, Otis is not liable to Plaintiffs under any theory of negligence.

14

## TWENTY-THIRD SEPARATE DEFENSE

Plaintiffs have failed to mitigate their damages.

## TWENTY-FOURTH SEPARATE DEFENSE

While at all times denying liability for the injuries claimed in Plaintiffs' Complaint, Otis states that if it is found that the damages alleged by Plaintiffs were caused by a condition of a product for which Otis is responsible, it will also be found that Otis did not receive notice of that condition prior to the incident involving Plaintiff, and that the product was safe for normal everyday usage, was not defective, and was not unreasonably dangerous.

## TWENTY-FIFTH SEPARATE DEFENSE

Otis states that in the event any product for which it is responsible is found to have been involved, it will also be found that said product was substantially modified and/or altered in a fashion unforeseeable to Otis, after it left Otis's control, thereby barring Plaintiffs' recovery. Thus, Plaintiffs' Complaint is barred as against Otis by the legal doctrine of product modification and alteration as the same is defined under Alabama law.

## TWENTY-SIXTH SEPARATE DEFENSE

The procedure and methods asserted for awarding damages for pain and suffering in this action violate the Due Process Clause of the United States Constitution and the Due Process Clause of the Constitution of the State of Alabama.

## TWENTY-SEVENTH SEPARATE DEFENSE

A jury award of mental anguish damages in this case will violate due process and equal protection rights guaranteed to Defendant by the Fifth and Fourteenth Amendments to the Constitution of the United States of America, and Article One, Sections 1, 6 and 22 of the Constitution of the State of Alabama of 1901. In particular, a mental anguish damage award will

violate these constitutional provisions because Alabama juries are given no rule, standard or guideline upon which to rely in calculating mental anguish damage awards.

### TWENTY-EIGHTH SEPARATE DEFENSE

Imposition of damages for pain and suffering in this action would violate the Due Process Clause of the United States Constitution and the Due Process Clause of the Alabama Constitution.

### TWENTY-NINTH SEPARATE DEFENSE

Plaintiffs' Complaint fails to state any claim for which punitive damages can be awarded, and Otis denies that it has been guilty of any conduct which would entitle Plaintiffs to recover punitive damages.

### THIRTIETH SEPARATE DEFENSE

The imposition of punitive damages under Alabama law is unconstitutional because it permits the imposition of an excessive criminal fine and does not require proof beyond a reasonable doubt.

### THIRTY-FIRST SEPARATE DEFENSE

The imposition of punitive damages in this case would violate the due process and equal protection clauses of the Fourteenth Amendment to the United States Constitution and Article I, Sections 1, 6 and 22 of the Alabama Constitution because the procedures under Alabama law for awarding punitive damages: (a) do not provide specific standards on which the award may be based; (b) permit different awards for the same or similar acts; (c) do not provide adequate notice to Otis of the severity of the award that may be imposed solely by the unbridled discretion of the jury; (d) are not rationally related to any legitimate government interest; (e) do not provide specific standards by which such an award is made; and (f) do not provide for a reasonable limit on the amount of the award.

### THIRTY-SECOND SEPARATE DEFENSE

Otis asserts that an award of punitive damages may not exceed the limits imposed under Ala. Code § 6-11-21, as amended.

### THIRTY-THIRD SEPARATE DEFENSE

Otis asserts that punitive damages may not be imposed for intentional wrongful conduct or conduct involving malice based upon acts or omissions of any agent, employee, or servant under Ala. Code § 6-11-27.

### THIRTY-FOURTH SEPARATE DEFENSE

Otis asserts that the procedure and methods asserted for awarding punitive damages against Otis in this action violate the Due Process Clause of the United States Constitution and the due process provisions of the Alabama Constitution and are not consistent with the guideposts for punitive damages outlined by the United States Supreme Court in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996), and *State Farm Life Insurance Co. v. Campbell*, 123 S. Ct. 1513 (2003).

### THIRTY-FIFTH SEPARATE DEFENSE

Plaintiffs' claims are barred to the extent the injuries alleged in the Complaint resulted from a preexisting and/or unrelated medical condition and not from any act or omission by Otis.

### THIRTY-SIXTH SEPARATE DEFENSE

Otis avers that its employees were not inadequately trained and/or supervised or, if they were, that Otis conducted all necessary due diligence to discover such inadequacy and was not aware of any such inadequacy.

### THIRTY-SEVENTH SEPARATE DEFENSE

Otis denies that its conduct with regard to Plaintiffs was in any manner wanton, reckless, intentional, malicious, or egregious.

## THIRTY-EIGHTH SEPARATE DEFENSE

The Alabama law of joint and several liability is unconstitutional both on its face and as

applied to the defendants in this case.

## THIRTY-NINTH SEPARATE DEFENSE

Otis reserves the right to amend this Answer should additional affirmative defenses apply.


WHEREFORE, having fully answered, Defendant Otis Elevator Company demands that

Plaintiffs' Complaint against it be dismissed with prejudice and that it may go hence with its costs,

expenses and attorneys' fees without delay and for such other relief that this Court deems just and

equitable.

## JURY DEMAND

Defendant Otis Elevator Company hereby demands a trial by jury on all issues.


Respectfully submitted,


/s/ *Clinton T. Speegle*_____
*Attorneys for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 20, 2020, a true and correct copy of the foregoing was served

on the following via the Alafile system:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
            twilson@roperandwilson.com


/s/ *Clinton T. Speegle*
*Of Counsel*

19

AlaFile E-Notice

30-CV-2020-900070.00

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:      7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  OTIS ELEVATOR COMPANY (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:        7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:     7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:     7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
      C/O DONALD CHARLES BROWN
      260 COMMERCE ST, STE 200
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:      7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:      7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:      7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:     7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:     7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
       aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:     7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/20/2020 9:32:55 AM

Notice Date:      7/20/2020 9:32:55 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov


ELECTRONICALLY FILED
7/20/2020 3:47 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and BENGI FINLEY,    )
)
              Plaintiffs,    )
)         CASE NO. 30-CV-2020-900070
    v.    )
)
OTIS ELEVATOR COMPANY, *et al.*,    )
)
              Defendant.    )

## **NOTICE OF APPEARANCE**

COMES NOW Melody H. Eagan and enters her appearance as additional counsel of record for Defendant Otis Elevator Company.  Please direct all future correspondence and pleadings accordingly.

Respectfully submitted,

/s/ *Melody H. Eagan*
*Attorneys for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 20, 2020, a true and correct copy of the foregoing was served

on the following via the Alafile system:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
        twilson@roperandwilson.com


        /s/ *Melody H. Eagan*
        *Of Counsel*

AlaFile E-Notice

30-CV-2020-900070.00

To:   Melody H. Eagan
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:       7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:     7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:     7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:     7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice



30-CV-2020-900070.00

To:   SPEEGLE CLINTON TIMOTHY
      cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 7/20/2020 3:47:40 PM

Notice Date:      7/20/2020 3:47:40 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

**UNITED STATES POSTAL SERVICE**

July 23, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 30-CV-2020-900070.00 | Intended Recipient: |
| Document Type: Complaint | BROWN CHAMBLESS ARCHITECTS, LLC  (D004) |
| Restricted Delivery Requested: No | C/O DONALD CHARLES BROWN |
| | 260 COMMERCE ST, STE 200 |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4130 2000 0044 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | July 17, 2020, 10:17 am |
| **Location:** | BREWTON, AL 36426 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 11.0oz |

## Recipient Signature

Signature of Recipient:  *Michelle Hart*

Address of Recipient:  *PO Box 85 l*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

 AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HAYNES RANDALL STARK
rhaynes@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 7/17/2020

D004 BROWN CHAMBLESS ARCHITECTS, LLC
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
7/24/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY, et al. | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   **Case No. CV-2020-900070** |
| | ) |
| OTIS ELEVATOR COMPANY, et al. | )   **JURY TRIAL DEMANDED** |
| | ) |
| **Defendant.** | ) |

## DEFENDANT HBG DESIGN ARCHITECTS, P.C.'S ANSWER TO PLAINTIFFS' COMPLAINT

COMES NOW, Defendant HBG Design Architects, P.C., Inc. ("HBG" or "this Defendant"), and submits its Answer to Plaintiffs' Amended Complaint.

### DEFENSES AND AFFIRMATIVE DEFENSES

1. HBG generally denies the material averments of the Complaint and demands strict proof thereof.

2. Not guilty of Negligence and/or Wantonness as alleged in Count Three of Plaintiffs' Complaint.

3. Not guilty of Loss of Consortium as alleged in Count Eight of Plaintiffs' Complaint.

4. HBG denies the material averments of the Ad Damnum Clause of Plaintiffs' Complaint and demands strict proof thereof.

5. Not guilty of negligence.

6. Not guilty of wantonness.

7. HBG is not guilty of any tortious conduct or breach of any duty.

8. HBG specifically denies the allegations of Paragraph 37 of Plaintiffs' Complaint.

9. This Defendant did not design, manufacture, specify, install, operate, service or maintain the elevator made the basis of this action, nor did it have a duty to do so.

10. The Complaint fails to state a claim against this Defendant for which relief may be granted.

11. HBG met or exceeded the applicable standard of care in performing its services on the project at issue in this lawsuit.

12. Denied that Plaintiffs are entitled to any of the relief requested against HBG.

13. Plaintiffs' claims are barred by the applicable statute of limitations.

14. Plaintiffs' claims are barred by the applicable statute of repose.

15. Plaintiffs' claims are barred by the statute of limitations in Ala. Code § 6-5-220, et seq.

16. Plaintiffs' claims are barred by the statute of repose in Ala. Code § 6-5-220, et seq.

17. Plaintiffs' claims are barred by Ala. Code § 6-5-710, et seq.

18. Plaintiffs are guilty of contributory negligence, barring their recovery.

19. Plaintiffs are guilty of assumption of the risk, barring their recovery.

20. HBG contests the alleged damages.

21. Plaintiffs failed to mitigate their damages.

22. The alleged hazard was open and obvious.

23. Denied that HBG owed Plaintiffs any legal duty.

24. Plaintiffs' alleged damages were caused by superseding/intervening causes over which HBG had no control.

25. Plaintiffs' alleged damages were caused by the acts of omissions of others over whom HBG had no control.

26. Plaintiffs lack standing to pursue the claims alleged in this case.

27. Plaintiffs lack capacity and/or are not the real parties in interest for the claims asserted in this case.

28. Plaintiffs have failed to name indispensable parties as required under Rule 19, Ala. R. Civ. P.

29. Plaintiffs are guilty of spoliation of evidence, barring their recovery.

30. Plaintiffs' claims are barred by release.

31. Plaintiffs' claims are barred by estoppel.

32. This Defendant pleads lack of privity of contract with Plaintiffs.

33. Plaintiffs' claims are barred by the doctrine of laches.

34. Plaintiffs' claims are barred by waiver.

35. Plaintiffs' claims are barred by accord & satisfaction.

36. HBG denies notice of any alleged hazardous condition.

37. Plaintiffs' claims against this Defendant impermissibly seek contribution among alleged joint tortfeasors, which is not allowed under Alabama law.

38. HBG's conduct did not cause or contribute to cause Plaintiff's injuries or damages.

39. Plaintiffs' claims violate public policy.

40. This Defendant avers that to the extent that the Plaintiffs seek imposition of compensatory damages for mental anguish and/or emotional distress in this case, any award of such damages would violate the Defendant's rights to procedural and substantive due process and equal protection under the Fifth and Fourteenth Amendments to the United States Constitution and comparable provisions of the Constitution of the State of Alabama, as amended, because, among other things, of the vagueness and uncertainty of the standards or criteria which govern the recovery of compensatory damages for mental anguish and/or emotional distress and the lack of fair notice of what conduct will result in the imposition of such damages; therefore, the Plaintiffs cannot recover compensatory damages for mental anguish or emotional distress.

41. Any award of damages in this case for emotional distress and mental anguish would be improper and unconstitutional, as there are no procedural safeguards for the imposition of such damages, and such damages are left to the standard less discretion of the jury.

42. Venue is improper.

43. HBG is entitled to a setoff of any amounts paid or payable to Plaintiffs as compensation for the alleged damages claimed in this case. The right to setoff includes, but is not limited to, any settlements Plaintiffs receive from any Co-Defendants, other parties, or non-parties potentially liable for Plaintiff's damages.

44. HBG incorporates by reference, as if set forth fully herein, the defenses and affirmative defenses pled by Co-Defendants to the extent applicable.

45. Plaintiffs are not entitled to recover punitive damages pursuant to Ala. Code § 6-11-20, et. seq., and therefore any claim for such damages is barred. This Defendant is not guilty of any conduct authorizing punitive damages under said statutes.

46. Plaintiffs' punitive damages claims are subject to the limitations in Ala. Code. § 6-11-27.

47. Plaintiffs are not entitled to punitive damages from this Defendant pursuant to the facts alleged in Plaintiffs' Complaint.

48. Any award of punitive damages in this case is subject to those limitations established by the Alabama Legislature and set forth in Ala. Code § 6-11-21. The Alabama Supreme Court's action abolishing the legislatively-created cap on punitive damages was unconstitutional and is without effect. Under the Constitution of the United States and the State of Alabama, the Alabama Supreme Court cannot abolish the cap created by the Legislature on punitive damages through judicial fiat.

49. This Defendant is a "small business" as defined in Ala. Code § 6-11-21, and Plaintiffs' punitive damages claims are subject to the cap in said statute.

50. Plaintiffs' claims for punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages, violate the United States Constitution and/or the common law and/or the public policies of the United States on the following grounds:

(a) It is a violation of the due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant, upon the plaintiff satisfying a burden of proof which is less than the "beyond a reasonable doubt" standard required in criminal cases.

(b) The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of a punitive award against a defendant, which violates defendants' rights to due process as guaranteed by the United States Constitution.

(c) The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the award of punitive damages, which violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

(d) The procedures pursuant to which punitive damages are awarded result in the imposition of different penalties for the same or similar acts, and thus, violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution and the defendants' due process rights.

(e) Plaintiffs' claim for punitive damages against this Defendant cannot be sustained because an award of punitive damages under Alabama law subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount, on the amount of punitive damages that a jury may impose, including an amount possibly in excess of the amount authorized by the Alabama Criminal Code for the same or similar conduct, and providing no protection against awards of punitive damages for the same course of conduct, will violate this Defendant's due process and equal protection rights as guaranteed by the Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

(f) The procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines in violation of the Eighth Amendment of the United States Constitution and in violation of this Defendant's due process rights.

4

(g) Plaintiffs' claims for punitive damages against the Defendants cannot be sustained because any award of punitive damages under Alabama law would violate this Defendant's due process rights inasmuch as juries are allowed to award punitive damages as they see fit or as a matter of "moral discretion" without adequate or specific standards as to the amount necessary to punish and deter and without a necessary relationship to the amount of actual harm caused.

(h) Plaintiff's claims of punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages are unconstitutionally vague, indefinite and uncertain, and they deprive this Defendant of due process of law.

(i) Plaintiffs' claims for punitive damages, and the provisions of Alabama law governing the right to recovery punitive damages or the determination of punitive damages cause this Defendant to be treated differently from other similarly situated persons/entities by subjecting this Defendant to liability beyond the actual loss, if any, caused by this Defendant's conduct, if any, and to liability determined without clearly defined principles, standards and limits on the amount of such awards.

(j) Plaintiffs' claims of punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages subject this Defendant to punishment for the conduct of others through vicarious liability, respondent superior, or through non-apportionment of damages among joint tortfeasors based on the respective enormity of their alleged misconduct, in violation of this Defendant's due process rights and the fifth and Fourteenth Amendments to the United States Constitution.

(k) Plaintiffs' claims for punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of punitive damages expose this Defendant to the risk of indefinable, unlimited liability unrelated to the actual loss allegedly caused by this Defendant's conduct, creating a chilling effect on this Defendant's exercise of its right to a judicial resolution of this dispute.

(l) Plaintiffs are not entitled to recover punitive damages because it violates the self-incrimination clause of the Fifth Amendment to the United States Constitution to impose against this Defendant punitive damages, which are penal in nature, yet compel this Defendant to testify and disclose potentially incriminating documents and evidence.

(m) An award of punitive damages in this case would constitute a deprivation of property without due process of law.

(n) The procedures pursuant to which punitive damages are awarded are not rationally related to legitimate government interests.

(o) The procedures pursuant to which punitive damages are awarded subject the Defendants to punishment under a law not fully established before the alleged offense.

51. Plaintiffs' claims to punitive damages, and the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages, violate the Alabama Constitution and/or the common law or public policies of Alabama on the following grounds:

(a) It is a violation of Article I, §§ 1 and 6 of the Alabama Constitution to impose punitive damages, which are penal in nature, upon a civil defendant, upon the plaintiff satisfying a burden of proof less than the "beyond a reasonable doubt" standard required in criminal cases.

(b) The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of a punitive award against a defendant in violation of this Defendant's due process rights guaranteed by the Alabama Constitution.

(c) The procedures pursuant to which punitive damages are awarded are unconstitutionally vague, indefinite and uncertain, and they deprive this Defendant of due process of law in violation of the Alabama Constitution.

(d) The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of an award of punitive damages and deprive this Defendant of due process of law in violation of the Alabama Constitution.

(e) An award of punitive damages in this case would constitute a deprivation of property without due process of law.

(f) The procedures pursuant to which punitive damages are awarded cause this Defendant to be treated differently from other similarly situated persons and/or entities by subjecting this Defendant to liability beyond the actual loss, if any, allegedly caused by this Defendant's conduct, if any, and to liability determined without clearly defined principles, standards and limits on the amount of such awards.

(g) The procedures pursuant to which punitive damages are awarded may result in the imposition of different or disparate penalties for the same or similar conduct, which denies this Defendant its rights of equal protection and due process.

(h) The procedures pursuant to which punitive damages may be awarded allow excessive fines to be imposed in violation of Article I, § 15 and Article I, § 1 of the Alabama Constitution and in violation of this Defendant's due process rights.

(i) The procedures pursuant to which punitive damages are awarded subject this Defendant to punishment under a law not fully established before the alleged offense, in violation of Article I, § 7 of the Alabama Constitution.

(j) It is a violation of the Alabama Constitution to impose punitive damages against this Defendant, which are penal in nature, yet compel this Defendant to disclose potentially incriminating documents and evidence.

(k) The procedures pursuant to which punitive damages are awarded subject this Defendant to punishment for the conduct of others through vicarious liability, respondent superior, or through non-apportionment of damages among joint tortfeasors based on the respective enormity of its alleged misconduct, in violation of this Defendant's due process rights and Article I, §§ 1, 6, 13 and 22 of the Alabama Constitution.

(l) The procedures pursuant to which punitive damages are awarded expose this Defendant to the risk of indefinable, unlimited liability unrelated to the actual loss allegedly caused by this Defendant's conduct, creating a chilling effect on this Defendant's exercise of its right to a judicial resolution of this dispute.

(m) The procedures pursuant to which punitive damages are awarded are not rationally related to legitimate government interests.

(n) Plaintiffs' claim for punitive damages against this Defendant cannot be sustained because an award of punitive damages under Alabama law subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount, on the amount of punitive damages that a jury may impose, including an amount possibly in excess of the amount authorized by the Alabama Criminal Code for the same or similar conduct, and providing no protection against awards of punitive damages for the same course of conduct, will violate this Defendant's due process and equal protection rights guaranteed by the Alabama Constitution.

Further, to allow such an award would be improper under the common law and/or public policies of the State of Alabama.

(o) Plaintiffs' claims for punitive damages against this Defendant cannot be sustained because any award of punitive damages under Alabama law would violate this Defendant's due process rights inasmuch as juries are allowed to award punitive damages as they see fit or as a matter of "moral discretion" without adequate or specific standards as to the amount necessary to punish and deter and without a necessary relationship to the amount of actual harm caused.

52. An award of punitive damages will violate this Defendant's rights to due process of law under the Fifth and Fourteenth Amendments to the United States Constitution and the Defendants' rights under Article I, §§ 6 and 13 of the Constitution of Alabama of 1901, because under Alabama law: (a) the standard for an award of punitive damages is so vague, indefinite and uncertain that it does not give defendants adequate notice of the kind of conduct for which it may be liable for punitive damages or the extent of its possible liability; (b) the judge or jury is not provided with constitutionally adequate standards of sufficient clarity, objectivity, and uniformity for determining either the appropriate imposition of an award of punitive damages or the appropriate size of an award of punitive damages; (c) the judge or jury is not instructed in a constitutionally adequate manner on the limits of punitive damages awards imposed by the applicable principles of punishment and deterrence; (d) the judge or jury is not expressly prohibited from awarding punitive damages, or from determining the amount of an award of punitive damages, in whole or in part, on the basis of individually discriminatory characteristics, including without limitation the residence, wealth, and corporate status of defendants; (e) This Defendant may be subjected to punishment based upon the same course of conduct in more than one action; (f) the judge or jury is permitted to award punitive damages under standards for determining liability for, and the amount of, punitive damages that are vague and arbitrary and that do not define with sufficient clarity the culpable conduct or mental state that makes an award of punitive damages permissible; and (g) an award of punitive damages is not subject to judicial review for reasonableness and furtherance of legitimate purposes on the basis of constitutionally adequate standards of sufficient clarity, objectivity, and uniformity.

53. Plaintiffs' claim for punitive damages against this Defendant cannot be sustained because punitive damages may be awarded jointly and severally against some or all of the Defendants for different acts of alleged wrongdoing without apportionment among them based on the respective enormity of their alleged misconduct and will, therefore, violate the Defendants' rights under the Equal Protection Clause and the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, 13 and 22 of the Alabama Constitution, and will be improper under the common law and public policies of the State of Alabama and the United States of America.

54. Plaintiffs' claim for punitive damages is barred because an award of punitive damages under Alabama law will constitute an impermissible burden on interstate commerce in violation of the Commerce Clause of Article I, § 9 of the United States Constitution.

55. Plaintiffs' claim for punitive damages is barred to the extent that it seeks the admission into evidence of this Defendant's net worth in determining whether punitive damages are to be

awarded and/or in what amount they are to be awarded because punitive damages are a form of punishment that is grounded in the Defendants' status rather than in specific misconduct, and thus has the effect of treating classes of citizens unequally in violation of the Equal Protection Clause of the Fifth and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, 13 and 22 of the Alabama Constitution.

56. The claims of Plaintiff for punitive damages against this Defendant cannot be upheld, because any award of punitive damages under Alabama law without bifurcating the trial of all punitive damages would violate this Defendant's due process rights guaranteed by the United States Constitution and the Alabama Constitution.

57. Punitive damages are a form of criminal or quasi-criminal sanctions. Therefore, the claims of Plaintiffs for punitive damages cannot be upheld, because an award of punitive damages without the same protections that are accorded criminal defendants, including, but not limited to, protection against searches and seizures, double jeopardy and self-incrimination and the rights to confront adverse witnesses, to proof by evidence beyond a reasonable doubt, and to a speedy trial would violate this Defendant's rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 5, 6, 7, 9, 11, 13 and 22 of the Alabama Constitution. These rights will be violated unless this Defendant is afforded the safeguards guaranteed by these provisions, including, but not limited to, the right to separate trials if requested by this Defendant for the determination of liability for compensatory and punitive damages, as well as for the determination of the amount of punitive damages, if any.

58. The Plaintiffs cannot recover punitive damages against this Defendant because such an award, which is penal in nature, would violate this Defendant's constitutional rights protected under the Alabama Constitution of 1901, as amended and the Constitution of the United States, unless this Defendant is afforded the same procedural safeguards as are criminal defendants, including, but not limited to, the right to avoid self-incrimination, and the right to forego production and disclosure of incriminating documents.

59. The claims of Plaintiffs for punitive damages against this Defendant cannot be upheld, because an award of punitive damages under Alabama law for the purpose of compensating Plaintiffs for elements of damage not otherwise recognized by Alabama law would violate this Defendant's due process rights guaranteed by the United States Constitution and by the due process provisions of the Alabama Constitution.

60. Plaintiffs' claim for punitive damages cannot be upheld based on all grounds that the United States Supreme Court in *BMW v. Gore*, 517 U.S. 559 (1996), determined that the provisions of Alabama law governing the right to recover punitive damages or the determination of the amount of punitive damages violate defendants' rights provided by the United States Constitution.

61. Plaintiffs' claim for punitive damages cannot be upheld under *BMW v. Gore*, 517 U.S. 559 (1996) to the extent it is not based on the least drastic remedy or lowest amount of punitive damages that could be expected to insure that the Defendants will more fully comply with this state's laws in the future.

8

62. The Alabama statute authorizing punitive damages, Ala. Code § 6-11-20 (1975), is unconstitutionally vague as written, construed, and applied.

63. The Plaintiffs' demand for punitive damages violates the due process clause of the Fourteenth Amendment in that the Plaintiffs' claim for punitive damages is not necessary to vindicate the state's interest in punishing this Defendant and deterring it from future misconduct.

64. HBG reserves the right to amend its Answer as information is developed in the course of its investigation and discovery in this case.

## JURY TRIAL DEMAND

Defendant HBG Design Architects, P.C. demands a trial by struck jury on all issues triable of right by a jury.

Respectfully submitted,

/s/ John C. DeShazo
JOHN C. DESHAZO (DES007)
DAVID S. TERRY (TER027)
*Attorneys for Defendant HBG Design Architects, P.C.*

**OF COUNSEL:**
**WEBSTER, HENRY, BRADWELL,**
**COHAN, SPEAGLE & DESHAZO, P.C.**
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
(205) 380-3480
jdeshazo@websterhenry.com
dterry@websterhenry.com

## CERTIFICATE OF SERVICE

On July 24, 2020, I filed this document with the Clerk of Court using the Alafile system which electronically serves a copy of all filings on all counsel of record in this case.

/s/ John C. DeShazo
OF COUNSEL

9



AlaFile E-Notice

30-CV-2020-900070.00

To:   JOHN DESHAZO
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:      7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: HBG DESIGN ARCHITECTS, PC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
     C/O REGISTERED AGENT
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:      7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:      7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:      7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   SPEEGLE CLINTON TIMOTHY
       cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:     7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 7/24/2020 5:32:16 PM

Notice Date:      7/24/2020 5:32:16 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
7/27/2020 11:43 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**STATE OF ALABAMA**
Unified Judicial System

30-ESCAMBIA

☐ District Court   ☑ Circuit Court

Revised 3/5/08   1079

CV20

Cas

| | |
|---|---|
| VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL | **CIVIL MOTION COVER SHEET** |
| | *Name of Filing Party:* D001 - OTIS ELEVATOR COMPANY |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

CLINTON TIMOTHY SPEEGLE

400 20TH STREET NORTH

BIRMINGHAM, AL 35023

*Attorney Bar No.:* SPE062

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY |

pursuant to Rule  n/a                    (Subject to Filing Fee)

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) | Date:<br><br>7/27/2020 11:40:56 AM | Signature of Attorney or Party<br>/s/ CLINTON TIMOTHY SPEEGLE |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any Motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
7/27/2020 11:43 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 30-CV-2020-900070 |
| OTIS ELEVATOR COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE TO ATTORNEY GENERAL OF ALABAMA
### OF PLEADING OF UNCONSTITUTIONALITY

Pursuant to Code of Alabama § 6-6-227, the defendant referred to in the Complaint as

Otis Elevator Company ("Otis") hereby notifies the Attorney General of Alabama of its pleading

of unconstitutionality.  Otis hereby provides to the Attorney General a copy of its Answer to the

Complaint in the above-styled action, wherein Otis pled constitutional defenses to Plaintiffs'

claims.


/s/ *Clinton T. Speegle*
One of the Attorneys for Defendant Otis Elevator
Company


OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2020, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
          twilson@roperandwilson.com


                                        /s/ Clinton T. Speegle
                                        Of Counsel



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  CLINTON TIMOTHY SPEEGLE
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY

NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
     C/O GALEN THACKSTON
     2660 EASTCHASE LN, #200
     MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY

[Filer: SPEEGLE CLINTON TIMOTHY]


Notice Date:     7/27/2020 11:43:04 AM



JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:       7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 11:43:04 AM

D001 OTIS ELEVATOR COMPANY
NOTICE TO ATTORNEY GENERAL OF ALABAMA OF PLEADING OF UNCONSTITUTIONALITY
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 11:43:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

DOCUMENT 34

ELECTRONICALLY FILED
7/27/2020 12:05 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# STATE OF ALABAMA

**Unified Judicial System**    Revised 3/5/08

30-ESCAMBIA    ☐ District Court    ☑ Circuit Court    CV2...

Cas...

| | |
|---|---|
| VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL | **CIVIL MOTION COVER SHEET** <br> *Name of Filing Party:* D001 - OTIS ELEVATOR COMPANY |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

CLINTON TIMOTHY SPEEGLE

400 20TH STREET NORTH

BIRMINGHAM, AL 35023

*Attorney Bar No.:* SPE062

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☑ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date: <br><br> 7/27/2020 12:02:02 PM | Signature of Attorney or Party <br> /s/ CLINTON TIMOTHY SPEEGLE |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
7/27/2020 12:03 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 30-CV-2020-900070 |
| OTIS ELEVATOR COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF HIPAA ORDER

Pursuant to the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), 45 C.F.R. § 164. 512(e)(1), and Alabama law, the defendant referred to in the Complaint as Otis Elevator Company ("Otis") hereby requests that this Court enter the attached proposed HIPAA discovery order allowing all parties in this matter to obtain medical information concerning the Plaintiffs through subpoenas, requests for production of documents, and interviews with Plaintiffs' health care providers, employers, pharmacists, medical insurers, and other similarly situated persons and firms. In support of this motion, Otis states as follows:

1.      This is a personal injury action that involves claims for physical injury and mental anguish/emotional distress. Plaintiffs sought medical care for the treatment of their alleged injuries. The physicians, nurses, psychiatrists/psychologists, and health care providers may have information relevant to the allegations contained in the Complaint, and thus, they may be witnesses in this case.

2.      Alabama law is clear that "when a party files a lawsuit that makes an issue of his physical condition, he waives his privacy rights in favor of the public's interest in full disclosure. The Alabama Rules of Civil Procedure allow broad and liberal discovery." *Ex parte Dumas*, 778

So. 2d 798, 801 (Ala. 2000).  "Absent a privilege no party is entitled to restrict an opponent's access to a witness, however partial or important to him, by insisting upon some notion of allegiance." *Romine v. MediCenters of America, Inc.*, 476 So. 2d 51, 55 (Ala. 1985).  Here, there is no applicable privilege: "There is no testimonial privilege in Alabama covering communications between a physician and his patient or the physician's knowledge of the patient's condition acquired by reason of the relationship." *Id.* at 55 n. 2.

3.     Alabama law allows defendants to conduct *ex parte* interviews with and obtain information from a plaintiff's medical care providers because the law recognizes that: (1) it is necessary for judicial economy and efficiency and (2) absent this opportunity, the defendant is placed at an extreme disadvantage because it deprives the defendant of access to the same information as is readily available to the plaintiff/patient.  *Id.* at 55.  Further, as recently decided by the Alabama Supreme Court in *Ex parte Curt Freundenberger, M.D., and SportsMed Orthopedic Surgery & Spine Center, P.C.*, Case No. 1190159, a copy of which is attached, *ex parte* interviews are permissible because: (1) HIPAA does not preempt Alabama law regarding *ex parte* interviews of health care providers (Slip Opinion at  12-13, 15, 17, 22-23); (2) Alabama law allows these interviews (*Id.* at 10-11, 13, 17, 19-20, 22-23); and (3) the interviews cannot be restricted absent a case-specific justification for a restriction (Id. at 13-14, 20, 22, 25, 28-29).

4.     Alabama courts have recognized that a plaintiff's concerns about a defendant exerting improper or undue influence over a plaintiff's other medical care providers through *ex parte* interviews is not a valid reason to deny the defendant's access.  *MediCenters of America, Inc.*, 476 So. 2d at 55.   Thus, here, there is no justification for restricting Otis from conducting *ex parte* interviews of Plaintiffs' healthcare providers.

5.      In addition, there is no danger that Plaintiffs' medical information will be used improperly, as the enclosed order assures that all of Plaintiffs' medical information obtained by Otis will be used exclusively for the purposes of this litigation and will either be returned or destroyed at the end of this case.  *See* 45 C.F.R. § 164.512(e).

Accordingly, Otis respectfully requests that the Court enter the attached HIPAA Order pursuant to 45 C.F.R. § 164.512(e)(1).

Respectfully submitted,

/s/ *Clinton T. Speegle*
One of the Attorneys for Defendant Otis Elevator Company

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2020, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
        twilson@roperandwilson.com


/s/ *Clinton T. Speegle*
Of Counsel

Rel: June 30, 2020

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**.  Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0649), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2019-2020

————————————

### 1190159

————————————

Ex parte Curt Freudenberger, M.D., and Sportsmed Orthopedic Surgery & Spine Center, P.C.

PETITION FOR WRIT OF MANDAMUS

(In re: Rhonda Brewer and Charlie Brewer

v.

Crestwood Medical Center, LLC; Curt Freudenberger, M.D.; and Sportsmed Orthopedic Surgery & Spine Center, P.C.)

(Madison Circuit Court, CV-19-901640)

SELLERS, Justice.

1190159

Two of the defendants below, Curt Freudenberger, M.D., and Sportsmed Orthopedic Surgery & Spine Center, P.C. ("Sportsmed Orthopedic"),[1] petition this Court for a writ of mandamus directing the Madison Circuit Court to vacate its October 10, 2019, protective order to the extent it imposes conditions upon ex parte interviews defense counsel intends to conduct with physicians who treated one of the plaintiffs, Rhonda Brewer, in connection with her injuries. We grant the petition and issue the writ.

## I.  Facts and Procedural History

In August 2019, Rhonda and her husband, Charlie, sued Dr. Freudenberger and Sportsmed Orthopedic (hereinafter sometimes collectively referred to as "the defendants"), asserting claims of medical malpractice based on injuries Rhonda allegedly suffered during the course of a surgical procedure performed by Dr. Freudenberger. Charlie also asserted a claim of loss of consortium. Before discovery, the defendants moved for the entry of a "qualified protective order," pursuant to the Health Insurance Portability and Accountability Act of

---

[1] The Brewers also named Crestwood Medical Center, LLC, as a defendant; Crestwood is not a party to this petition.

2

1190159

1996 ("HIPAA"), and filed a proposed order with their motion. Among other things, the defendants' proposed order allowed the parties' attorneys to request ex parte interviews with Rhonda's treating physicians, who could either grant or deny such request;[2] it prohibited the parties from using or disclosing protected health information for any purpose other than the subject litigation; and it required the return or destruction of that information at the end of the litigation. The Brewers objected to the proposed order, arguing that defense counsel's ex parte interviews with Rhonda's treating physicians would violate both HIPAA and the Alabama Rules of Civil Procedure.

The trial court thereafter entered a qualified protective order authorizing the disclosure of Rhonda's protected health information; the order, however, imposed the following

---

[2]The defendants' proposed order states, in relevant part, that "[t]he attorneys for the parties to the lawsuit may request an interview with any healthcare providers ... in connection with [Rhonda's protected health information]. ... Such healthcare provider ... may grant or deny a request for an interview."  We interpret the proposed order as meaning that the attorneys may request interviews with only those physicians with whom Rhonda consulted in connection with her injuries.

1190159

conditions upon defense counsel's contacts with her treating physicians:

> "No ex parte interviews will be conducted by [defense counsel] with [Rhonda's] prescribing and treating physicians unless and until [defense counsel] provides [Rhonda's counsel] with at least ten (10) days written notice of the time and place of the interview and the opportunity to attend."

The defendants moved the trial court to reconsider its order, arguing that its limitations, if not elimination, of a valid discovery tool was without any basis in Alabama law or HIPAA. They specifically contended that Alabama law allowed ex parte interviews with treating physicians, that HIPAA did not prohibit ex parte interviews with treating physicians, and that the restrictions imposed effectively deprived them from conducting ex parte interviews. The trial court denied the motion to reconsider. This mandamus petition followed.

## II.  Standard of Review

> "Discovery matters are within the trial court's sound discretion, and this Court will not reverse a trial court's ruling on a discovery issue unless the trial court has clearly exceeded its discretion. Home Ins. Co. v. Rice, 585 So. 2d 859, 862 (Ala. 1991). Accordingly, mandamus will issue to reverse a trial court's ruling on a discovery issue only (1) where there is a showing that the trial court clearly exceeded its discretion, and (2) where the aggrieved party does not have an adequate remedy by ordinary appeal. The petitioner has an affirmative

4

1190159

burden to prove the existence of each of these conditions."

Ex parte Ocwen Federal Bank, FSB, 872 So. 2d 810, 813 (Ala. 2003). "Generally, an appeal of a discovery order is an adequate remedy .... In certain exceptional cases, however, review by appeal of a discovery order may be inadequate, for example, ... when a privilege is disregarded ...." Ex parte Ocwen, 872 So. 2d at 813.

### III. Analysis

### 1. Mandamus Review

Mandamus review is appropriate in this case because the trial court's protective order involves a disregard of the work-product privilege. Ex parte Stephens, 676 So. 2d 1307, 1310 (Ala. 1996), overruled on other grounds, Ex parte Henry, 770 So. 2d 76 (Ala. 2000). As the defendants point out, the trial court's order allows the Brewers' counsel to peer into defense counsel's mental impressions and effectively discloses defense strategies. Rule 26(b)(4), Ala. R. Civ. P., expressly states that "the trial court shall protect against disclosure of the mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of a party concerning the ligation." See also Hickman v. Taylor, 329

5

1190159

U.S. 495, 510 (1947)(explaining that a lawyer's work product is reflected in many intangible ways, including interviews, and that "it is essential that a lawyer work with a certain degree of privacy, free from unnecessary intrusion by opposing parties and their counsel").

## 2.  The Role of HIPAA in Regulating Ex Parte Interviews

In 1996, the United States Congress enacted, and the President signed into law, HIPAA. (Pub. L. No. 104-191, 110 Stat. 1936 (1996)).[3] Congress enacted HIPAA, in part, to protect the privacy of an individual's health information.[4] The Department of Health and Human Services subsequently proposed and adopted the "Privacy Rule," which consists of a series of regulations governing permitted uses and disclosures of protected health information.[5] The Privacy Rule prohibits

---

[3]HIPAA, as amended, is codified in various sections of Titles 18, 26, 29, and 42 of the United States Code.

[4]See 45 C.F.R. § 160.103 (1997)(defining "protected health information" and its subset "individually identifiable health information").

[5]The Privacy Rule is codified at parts 160 and 164 of Title 45 of the Code of Federal Regulations (45 C.F.R. pt. 160, 164 (2018)).

6

1190159

a "covered entity"[6] such as a health-care provider from using or disclosing protected health information without written authorization, unless the use or disclosure of that information is specifically permitted or required by the Privacy Rule. 45 C.F.R. §§ 164.502, 164.506, 164.508, 164.510, 164.512 (2018).

Relevant to medical-malpractice cases in general and to this dispute in particular, the Privacy Rule permits a health-care provider to disclose protected health information "in the course of any judicial or administrative proceeding," pursuant to a court order; in such situation, written authorization is not required. 45 C.F.R. § 164.512(e)(2018). This permissive disclosure is known as the "judicial exception" to the Privacy Rule. Under the Privacy Rule, a "qualified protective order" is an order of  a court or administrative tribunal or a stipulation by the parties that (1) prohibits the use or disclosure of protected health information "for any purpose other than the litigation or proceeding for which such information was requested" and (2) requires the return or

---

[6]A "covered entity" is defined to include health plans, health-care clearinghouses, and health-care providers, such as physicians and hospitals.

7

1190159

destruction of that information at the end of the litigation or proceeding. 45 C.F.R. § 164.512(e)(1)(v)(A).

In this case, the parties dispute whether the judicial exception is applicable to ex parte interviews with treating physicians such that HIPAA requirements would supersede longstanding Alabama law by severely limiting ex parte interviews. It is undisputed that the Privacy Rule does not expressly mention ex parte interviews between counsel and treating physicians. However, the definition in the Privacy Rule of "health information" includes oral information; thus, it is widely accepted that, by its terms, HIPAA covers oral interviews.  See 45 C.F.R. § 160.103(e) (2016). The Brewers argue that ex parte interviews do not fall within the judicial exception because, they say, the nature of the interviews renders them outside the course of any judicial proceeding. The Brewers rely on State ex rel. Proctor v. Messina, 320 S.W.3d 145 (Mo. 2010), in which the Missouri Supreme Court interpreted the language "in the course of a judicial ... proceeding," as precluding ex parte communications because, the Court reasoned, such communications were not "under the supervisory authority of the court either through discovery or

8

1190159

through other formal court procedures." 320 S.W.3d at 156. The Missouri Supreme Court noted that, because the Missouri Rules of Civil Procedure did not provide a mechanism for courts to oversee ex parte communications, a meeting where those communications occurred was not a judicial proceeding. Id. at 157. Taken to its logical conclusion, the adoption of such a rule would require trial courts to directly participate in discovery matters where the health information of a plaintiff was relevant.

The defendants, on the other hand, argue that the Privacy Rule does not prohibit ex parte interviews with treating physicians; rather, they say, it merely imposes procedural prerequisites to authorize and protect the disclosure of private health information. The defendants cite Arons v. Jutkowitz, 9 N.Y.3d 393, 415, 850 N.Y.S.2d 345, 356, 880 N.E.2d 831, 842 (2007), in which the New York Court of Appeals concluded that New York law permitting ex parte interviews and HIPAA could coexist because, the court reasoned, HIPAA "merely superimposes procedural requirements" onto state law:

> "[T]he Privacy Rule does not prevent this informal discovery from going forward, it merely superimposes procedural prerequisites. As a practical matter, this means that the attorney who wishes to contact

9

1190159

> an adverse party's treating physician <u>must first obtain a valid HIPAA authorization or a court or administrative order</u>; or must issue a subpoena, discovery request or other lawful process with satisfactory assurances relating to either notification or a qualified protective order."

(Emphasis added.)

Although ex parte interviews are not under the direct supervision of a court, they proceed alongside a pending lawsuit and, in that respect, are considered to be "in the course" of a judicial proceeding. To this extent, we agree with the <u>Arons</u> court's analysis, and find it to be the more persuasive, as well as an appropriate and practical interpretation of the Privacy Rule. We conclude that the federal Privacy Rule does not negate long-standing Alabama law allowing ex parte interviews with treating physicians; rather, it merely superimposes procedural prerequisites by requiring defense counsel to obtain a valid HIPAA authorization or, in this case, a court order complying with the provisions of 45 C.F.R. § 164.512(e). See also, e.g., <u>Murphy v. Dulay</u>, 768 F.3d 1360, 1377 (11th Cir. 2014)("Once a plaintiff executes a valid HIPAA authorization [or obtains a qualified protective order] as part of his presuit obligations, his physician can, consistent with HIPAA, convey relevant health information

10

1190159

about the plaintiff to the defendant. A medical provider can simultaneously comply with state and federal requirements.")

Ex parte interviews are allowed under Alabama common law[7] and nothing in HIPAA specifically precludes them. Accordingly, Alabama law permitting ex parte interviews and HIPAA can coexist so long as the procedural requirements of 45 C.F.R. § 164.512(e) are met.

## 3.  Preemption

Finally, there is no federal preemption issue in this case. Although the Privacy Rule expressly preempts any "contrary" state law, there is no preemption when privacy protections afforded by a state are more stringent than HIPAA's regulations. 45 C.F.R. § 160.203. A state law is "contrary" to HIPAA only if a health-care provider would find it impossible to comply with both the state and federal

---

[7]Before the enactment of HIPAA, it was common practice in Alabama for defense counsel to conduct informal ex parte interviews with a plaintiff's treating physicians. As this Court has noted, "when a party files a lawsuit that makes an issue of his physical condition, he waives his privacy rights in favor of the public's interest in full disclosure." Ex parte Dumas, 778 So. 2d 798, 801 (Ala. 2000). See also Romine v. Medicenters of America, Inc., 476 So. 2d 51, 55 (Ala. 1985)(discussing ex parte interviews); and Zaden v. Elkus, 881 So. 2d 993 (Ala. 2003)(same).

1190159

requirements or if the state law stands as an obstacle to the accomplishment of HIPAA's purposes. 45 C.F.R. § 160.202 (2016). The Privacy Rule defines "State law" as "a constitution, statute, regulation, rule, common law, or other State action having the force and effect of law." 45 C.F.R. § 160.202(6)(2016). Under these definitions, no laws in Alabama could be deemed "contrary" to HIPAA.

In fact, in Alabama, there is no statutory law or Rule of Civil Procedure prohibiting a litigant's ability to conduct ex parte interviews with the opposing party's treating physicians. Thus, Alabama law allowing such ex parte interviews cannot be "contrary" to HIPAA, and no preemption issue is presented. See Arons, 9 N.Y.3d at 415, 850 N.Y.S.2d at 356, 880 N.E.2d at 842 ("[W]here 'there is a State provision and no comparable or analogous federal provision, or the converse is the case,' there is no possibility of preemption because in the absence of anything to compare 'there cannot be ... a "contrary" requirement' ....") (citing Standards for Privacy of Individually Identifiable Health Information, 64 Fed. Reg. 59,918, 59,995) (Nov. 3, 1999)).

## IV.  Conclusion

12

1190159

Based on the foregoing, we conclude that nothing in Alabama law prohibits defense counsel from seeking ex parte interviews with a plaintiff's treating physicians. We similarly conclude that HIPAA does not prohibit ex parte interviews with treating physicians as a means of informal discovery. A physician's ability to disclose private health information in an ex parte correspondence is regulated by HIPAA, so disclosure of that information may be permitted pursuant to a qualified protective order that satisfies 45 C.F.R. 164.512(e). To this extent, we hold that the trial court exceeded its discretion by requiring the Brewers' counsel to receive notice of, and have an opportunity to attend, ex parte interviews that defense counsel intended to conduct with Rhonda's treating physicians. The defendants sought a protective order satisfying the requirements of 45 C.F.R. 164.512(e). Accordingly, the additional conditions imposed by the trial court were not justified based on the Brewers' objection that ex parte communications would violate HIPAA and the Alabama Rules of Civil Procedure. We emphasize that trial courts remain gatekeepers of discovery, and there may be special or exceptional circumstances, if good cause is

1190159

shown, justifying the imposition of conditions and/or restrictions upon ex parte interviews with a litigant's treating physicians. However, in this case, the Brewers failed to demonstrate the existence of any circumstances warranting limitations on ex parte communications with Rhonda's treating physicians. Therefore, we direct the trial court to vacate its order to the extent it imposes conditions upon defense counsel's ex parte interviews with Rhonda's treating physicians.

PETITION GRANTED; WRIT ISSUED.

Bolin, J., concurs.

Mendheim and Mitchell, JJ., concur specially.

Shaw,[8] Wise, Bryan, and Stewart, JJ., concur in the result.

Parker, C.J., dissents.

_____

[8]Although Justice Shaw was not present at the oral argument in this case, he has reviewed a recording of that oral argument.

14

1190159

MENDHEIM, Justice (concurring specially).

I agree with the main opinion's conclusion that the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") allows the defendants, Dr. Curt Freudenberger and Sportsmed Orthopedic Surgery & Spine Center, P.C., to conduct ex parte interviews with Rhonda Brewer's treating physicians provided the defendants first obtain a "qualified protective order" that places safeguards on the use and dissemination of the plaintiff's private medical information. See generally, 45 C.F.R. § 164.512(e). I write separately to express my view regarding the main opinion's final observation that "trial courts remain gatekeepers of discovery, and there may be special or exceptional circumstances, if good cause is shown, justifying the imposition of conditions and/or restrictions upon ex parte interviews with a litigant's treating physicians." ____ So. 3d at ____.

This Court has continually emphasized that "[w]hen a dispute arises over discovery matters, the resolution of the dispute is left to the sound discretion of the trial court." Ex parte Henry, 770 So. 2d 76, 79 (Ala. 2000). "The Alabama Rules of Civil Procedure permit very broad discovery; however,

15

1190159

Rule 26(c)[, Ala. R. Civ. P.,] recognizes that this right to discovery is not unlimited and accordingly vests the trial court with broad discretionary power to control the use of the process and prevent its abuse by any party." Ex parte Mack, 461 So. 2d 799, 801 (Ala. 1984). Thus, we intervene in the discovery process only when "the trial court has clearly exceeded its discretion." Ex parte Ocwen Fed. Bank, FSB, 872 So. 2d 810, 813 (Ala. 2003).

The main opinion correctly observes that, before the enactment of HIPAA, ex parte interviews of the plaintiff's treating physicians conducted by the defendant were permitted in Alabama medical-malpractice cases. See, e.g., Romine v. Medicenters of America, Inc., 476 So. 2d 51, 55 (Ala. 1985) (quoting with approval Doe v. Eli Lilly & Co., 99 F.R.D. 126, 128 (D. D.C. 1983), for the proposition that "While the Federal Rules of Civil Procedure have provided certain specific formal methods of acquiring evidence from recalcitrant sources by compulsion, they have never been thought to preclude the use of such venerable, if informal, discovery techniques as the ex parte interview of a witness who is willing to speak."). However, because of the broad

16

1190159

discretion trial courts are afforded concerning discovery, trial courts could also restrict or even prohibit such interviews <u>if the particular circumstances warranted such measures</u>. See, e.g., <u>Zaden v. Elkus</u>, 881 So. 2d 993, 999 n.7, 1011 (Ala. 2003) (describing an order in <u>Ballew v. Eagan</u>, CV-00-6528, in which the circuit court disallowed "any ex parte communications between defense counsel or insurance investigators and the treating physicians of the deceased patient" as the "circuit judge's exercise of discretion concerning discovery matters").

HIPAA did not change the fact that such ex parte interviews are allowed in Alabama or a trial court's discretion in overseeing such discovery issues; instead, HIPAA added procedural prerequisites to obtaining the plaintiff's health-care information in order to safeguard the plaintiff's medical privacy.  In addition to providing some general privacy safeguards, HIPAA's requirement that the defendant seek a qualified protective order that places specified restrictions on any "protected health information" the defendant obtains through such informal discovery also exists

17

1190159

so that a plaintiff is able to offer any objections he or she has to that method of disclosure.  45 C.F.R. § 164.512(e)(1).

> "Of course, qualified protective orders for ex parte interviews do not issue automatically, and HIPAA does not require a court to issue them. 'If a plaintiff shows a specific reason for restricting access to her or his treating physicians, such as sensitive medical history irrelevant to the lawsuit, a court may restrict ex parte interviews and disclosure of medical records.' Pratt v. Petelin, 09-2252-CM-GLR (D. Kan. Feb. 4, 2010) [(not selected for publication in F. Supp.)]."

Thomas v. 1156729 Ontario Inc., 979 F. Supp. 2d 780, 784 (E.D. Mich. 2013).  Thus, as was the case before the enactment of HIPAA, a plaintiff may establish a reasonable privacy concern other than just tactical litigation strategy that warrants further restrictions than those listed in 45 C.F.R. § 164.512(e)(1)(v) or that justifies prohibiting such interviews altogether.  Such privacy concerns could include the involvement of a minor, an independent confidentiality issue, sexual issues, unnecessary embarrassment, and so forth. The Thomas court noted that one requirement federal district courts sometimes add in qualified protective orders that address ex parte interviews is "'clear and explicit' notice to the plaintiff's physician about the purpose of the interview and that the physician is not required to speak to defense

18

1190159

counsel."  979 F. Supp. 2d at 785-86 (quoting <u>Croskey v. BMW</u> <u>of North America</u>, No. 02-73747, Nov. 10, 2005 (E.D. Mich. 2005) (not selected for publication in F. Supp.)).  Other courts have suggested "affording plaintiff's counsel the opportunity to communicate with the physician, if necessary, in order to express any appropriate concerns as to the proper scope of the interview and the extent to which plaintiff continues to assert the patient-physician privilege."  <u>Smith</u> <u>v. American Home Prods. Corp. Wyeth-Ayerst Pharm.</u>, 372 N.J. Super. 105, 133, 855 A.2d 608, 625 (2003). Generally speaking, I believe regulations such as these could be deemed appropriate as "standard language" in a HIPAA qualified protective order.

    In my opinion, the trial court's error in this case was issuing a "blanket" prohibition on ex parte interviews by Dr. Freudenberger's lawyers of Rhonda Brewer's medical providers without any other considerations.  The trial court should have considered the specific facts and issues of the case, balanced the competing positions of the litigants regarding ex parte interviews, and then issued an appropriate qualified protective order.  The starting point for a trial

19

1190159

court's analysis in this type of case should be that ex parte interviews are allowed, and it should then consider specific exceptions or regulations from the plaintiff that could be incorporated into the qualified protective order.  If the plaintiff has presented sound reasons other than tactical litigation strategy for the exceptions or regulations, then I believe this Court should uphold the trial court's ruling as consistent with the trial court's broad authority to oversee discovery.

In sum, because HIPAA already places some restrictions on a defendant's use and dissemination of a plaintiff's medical information to safeguard the plaintiff's privacy, to warrant further restrictions the plaintiff must establish that specific circumstances exist in his or her situation that justify the additional restrictions.  If a plaintiff demonstrates that such circumstances exist, trial courts maintain the discretion to place additional restrictions and regulations upon ex parte interviews with treating physicians or even to prohibit such interviews altogether.  "A general argument, however, that ex parte communications would conflict with public policy does not suffice to warrant restriction of

1190159

such communications." <u>Pratt v. Petelin</u>, No. 09-2252-CM-GLR, Feb. 4, 2010 (D. Kan. 2010) (not selected for publication in F. Supp.). In this case, the Brewers offered no patient-specific reason why any restrictions beyond those listed in 45 C.F.R. § 164.512(e)(1)(v) should be placed upon Dr. Freudenberger's ex parte interviews of Rhonda's treating physicians. Accordingly, as the main opinion concluded, the trial court in this case exceeded its discretion by requiring additional restrictions without sufficient justification of privacy concerns from the Brewers. On return of the case to the trial court, I believe that the Brewers would have the opportunity to present specific arguments to the trial court consistent with the parameters discussed herein.

Mitchell, J., concurs.

1190159

SHAW, Justice (concurring in the result).

I do not believe that the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") requires the specific conditions imposed by the trial court in this case on the defendants' ability to conduct ex parte witness interviews, which are otherwise allowed by law. With the specific considerations of HIPAA resolved and certain other issues of medical confidentiality waived by law or not applicable, I see nothing providing the trial court the discretion to restrict, with no exception or limitation, only one party's ability to conduct witness interviews in the fashion found in this case. Any concerns that ex parte interviews might be abused could be remedied by a more narrowly tailored and equitable order. I therefore agree that the writ should be issued, and I concur in the result.

Bryan, J., concurs.

22

1190159

STEWART, Justice (concurring in the result).

I agree with the main opinion insofar as it concludes that defense counsel's ex parte interviews of a plaintiff's treating physicians are authorized under Alabama law. I also agree that the defendant's right to conduct such interviews is not prohibited by HIPAA. As the main opinion notes, the disclosure of the plaintiff's health information can be authorized pursuant to the issuance of a qualified protective order under 45 C.F.R. 164.512(e). In addition, ex parte interviews of treating physicians provide a vital and efficient information-gathering tool that comports with the purpose of discovery, which is "to allow a broad search for facts, the names of witnesses, or any other matters which may aid a party in the presentation of his case." Committee Comments on 1973 Adoption of Rule 26, Ala. R. Civ. P. As the Delaware Supreme Court has stated:

> "This Court will not condone the use of the formal discovery rules as a shield against defense counsel's informal access to a witness when these rules were intended to simplify trials by expediting the flow of litigation ... and to encourage the production of evidence ...."

23

DOCUMENT 35

1190159

<u>Green v. Bloodsworth</u>, 501 A.2d 1257, 1258-59 (Del. Super. Ct. 1985).

Equally important to the right of the defendant in a medical-malpractice action to prepare a defense with work-product-privilege protection is the privacy right of the plaintiff to his or her medical information, especially medical information that is not relevant to the claims or defenses raised in the litigation. This Court has held that "when a party files a lawsuit that makes an issue of his physical condition, he waives his privacy rights in favor of the public's interest in full disclosure." <u>Ex parte Dumas</u>, 778 So. 2d 798, 801 (Ala. 2000). A party filing such a lawsuit, however, cannot be said to have consented to the disclosure and discovery of his or her entire medical history, in particular if medical information is not relevant to the lawsuit. In such situations, the Alabama Rules of Civil Procedure provide an avenue for a party to seek judicial intervention to protect the disclosure of privileged information. Indeed, this Court in <u>Ex parte Dumas</u> went on to say:

> "The Alabama Rules of Civil Procedure allow broad and liberal discovery. <u>Ex parte O'Neal</u>, 713 So. 2d

24

1190159

> 956, 959 (Ala. 1998). Rule 26(b)(1), Ala. R. Civ.
> P., allows '[p]arties [to] obtain discovery
> regarding any matter, not privileged, which is
> relevant to the subject matter involved in the
> pending action' and which is 'reasonably calculated
> to lead to the discovery of admissible evidence.'
> This Court has written: 'A trial judge, who has
> broad discretion in this area, should nevertheless
> incline toward permitting the broadest discovery and
> utilize his discretion to issue protective orders to
> protect the interests of parties opposing
> discovery.' Ex parte AMI West Alabama Gen. Hosp.,
> 582 So. 2d 484, 486 (Ala. 1991). In fact, this Court
> has suggested that it issues more writs of mandamus
> to correct orders improperly restricting discovery
> than it issues to correct orders permitting too much
> discovery. Id. A party subject to discovery can
> prevent the disclosure of confidential matters not
> subject to discovery by securing a protective order
> pursuant to Rule 26(c), Ala. R. Civ. P."

778 So. 2d at 801. Accordingly, a plaintiff seeking to limit the scope of an ex parte interview with a treating physician is authorized under the Alabama Rules of Civil Procedure to seek a protective order to prevent the disclosure of medical information that is irrelevant to the disposition of a claim or defense raised in the action.

Of further importance in the context of ex parte interviews are the interests of the treating physician. Informal interviews provide an efficient mechanism for information-gathering from the treating physician, whereas depositions can be timely and costly. In addition,

1190159

establishing parameters could aid in the prevention of inadvertent disclosure of nonrelevant medical information.

Balancing the interests of the parties and the physician witnesses, I would reject any notion that ex parte interviews cannot be conducted without the presence of the plaintiff or the plaintiff's counsel. Likewise, I would reject any notion that defense counsel's work-product privilege outweighs the plaintiff's privacy rights at all costs. Instead, I would adhere to this Court's long-held sentiment that trial courts are afforded broad discretion in matters concerning discovery, and a trial court's ruling on discovery matters will not be reversed unless the trial court exceeds its discretion. Ex parte Wal-Mart, Inc., 809 So. 2d 818, 822 (Ala. 2001). The trial court is in the best position to craft, on a case-by-case basis, a protective order specific to the facts of the case setting forth the precise parameters within which ex parte interviews of treating physicians may be conducted. I would adopt the reasoning of the Georgia Supreme Court in Baker v. Wellstar Health System, Inc., 288 Ga. 336, 339, 703 S.E.2d 601, 605 (2010), in which the Georgia Supreme Court "exhort[ed] trial courts, in authorizing [ex parte] interviews

1190159

[of treating physicians], to fashion their orders carefully and with specificity as to scope" and in which that court developed a framework for trial courts in that state to follow when issuing such orders:

> "[I]n issuing orders authorizing ex parte interviews, trial courts should state with particularity: (1) the name(s) of the health care provider(s) who may be interviewed; (2) the medical condition(s) at issue in the litigation regarding which the health care provider(s) may be interviewed; (3) the fact that the interview is at the request of the defendant, not the patient-plaintiff, and is for the purpose of assisting defense counsel in the litigation; and (4) the fact that the health care provider's participation in the interview is voluntary. See, e.g., Arons v. Jutkowitz, 9 N.Y.3d 393, 850 N.Y.S.2d 345, 880 N.E.2d 831, 843, n. 6 (II)(B) (2007). See also Angela T. Burnette & D'Andrea J. Morning, HIPAA and Ex Parte Interviews—The Beginning of the End?, 1 J. Health & Life Sci. L. 73, 104-105 (April 2008). In addition, when issuing or modifying such orders, trial courts should consider whether the circumstances--including any evidence indicating that ex parte interviews have or are expected to stray beyond their proper bounds--warrant requiring defense counsel to provide the patient-plaintiff with prior notice of, and the opportunity to appear at, scheduled interviews or, alternatively, requiring the transcription of the interview by a court reporter at the patient-plaintiff's request. See Wayne M. Purdom, Ga. Civil Discovery, § 5.10 (6th ed.); Burnette, supra at 104.

> "In sum, the use of carefully crafted orders specifying precise parameters within which ex parte interviews may be conducted will serve to enforce the privacy protections afforded under state law and

1190159

    advance HIPAA's purposes while at the same time preserving a mode of informal discovery that may be helpful in streamlining litigation in this State."

Baker, 288 Ga. at 339–40, 703 S.E.2d at 605. Although the Baker court concluded that HIPAA preempted Georgia law, the standards provided therein to be included in a protective order authorizing ex parte interviews of treating physicians provide a balanced approach that seeks to protect the interests of the parties and the witnesses.

    In the present case, the qualified protective order entered by the Madison Circuit Court ("the trial court") required counsel for Curt Freudenberger, M.D., and Sportsmed Orthopedic Surgery & Spine Center, P.C., to provide notice of the ex parte interview to counsel for Rhonda and Charlie Brewer and to allow the Brewers' counsel to attend the interview. Nothing in the materials presented to this Court indicate that the proposed depositions would stray beyond the bounds of information relevant to the discovery of information pertinent to the claims and defenses raised by the parties in the case. Accordingly, I would issue the writ, but with direction to the trial court to conduct a hearing to allow the

1190159

parties to present evidence in conjunction with the aforementioned parameters.

ELECTRONICALLY FILED
7/27/2020 12:05 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| FINLEY VERONICA, | ) | |
| FINLEY BENGI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.:          CV-2020-900070.00 |
| | ) | |
| OTIS ELEVATOR COMPANY, | ) | |
| HBG DESIGN ARCHITECTS, PC, | ) | |
| BROWN CHAMBLESS ARCHITECTS, INC., | ) | |
| BROWN CHAMBLESS ARCHITECTS, LLC | ) | |
| ET AL, | ) | |
| Defendants. | ) | |

## HIPPA PROTECTIVE ORDER

Upon compliance with Alabama law, the attorneys for the parties and/or *pro se* parties to this lawsuit are permitted to obtain all health information, including charges therefore, relating to Plaintiffs Veronica Finley or Bengi Finley.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996.

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is intended to authorize such disclosures under Section 164.512(e)(l) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996.

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure. Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's

mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family, nor does this Order permit disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceeding.

At the conclusion of this action and at the written request of an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this[To be filled by the Judge].**

          **/s/[To be filled by the Judge]**
          **CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
      C/O GALEN THACKSTON
      2660 EASTCHASE LN, #200
      MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:    7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:    7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:      7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY
MOTION FOR PROTECTIVE ORDER
[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 7/27/2020 12:03:15 PM

D001 OTIS ELEVATOR COMPANY

MOTION FOR PROTECTIVE ORDER

[Filer: SPEEGLE CLINTON TIMOTHY]

Notice Date:     7/27/2020 12:03:15 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
7/29/2020 8:28 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA,           )
FINLEY BENGI,              )
Plaintiffs,                )
                           )
V.                         )   Case No.:        CV-2020-900070.00
                           )
OTIS ELEVATOR COMPANY,     )
HBG DESIGN ARCHITECTS, PC, )
BROWN CHAMBLESS ARCHITECTS,)
INC.,                      )
BROWN CHAMBLESS ARCHITECTS,)
LLC ET AL,                 )
Defendants.                )


## HIPPA PROTECTIVE ORDER


Upon compliance with Alabama law, the attorneys for the parties and/or *pro se* parties to this lawsuit are permitted to obtain all health information, including charges therefore, relating to Plaintiffs Veronica Finley or Bengi Finley.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996.

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is intended to authorize such disclosures under Section 164.512(e)(l) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996.

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure. Nothing in this Order permits disclosure

of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family, nor does this Order permit disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceeding.

At the conclusion of this action and at the written request of an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 29th day of July, 2020.**

**/s/ JEFFREY A WHITE**

_____
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JAW

Notice Date:      7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER
[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JAW

Notice Date:    7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:    7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER
[Filer: ]

Disposition:   GRANTED
Judge:         JAW

Notice Date:   7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER
[Filer: ]

Disposition:    GRANTED
Judge:          JAW

Notice Date:    7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 7/29/2020 8:28:24 AM

ORDER
[Filer: ]

Disposition: GRANTED
Judge: JAW

Notice Date: 7/29/2020 8:28:24 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
7/31/2020 3:17 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. CV-2020-900070 |
| | ) |
| OTIS ELEVATOR COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

---

## NOTICE OF SERVICE OF DISCOVERY

---

Comes now, Defendant HBG Design Architects, P.C., by and through its attorney of

record, and files this Notice of Service of Discovery for the following documents:

**1.    DEFENDANT HBG DESIGN ARCHITECTS, P.C.'S RESPONSES TO PLAINTIFFS' FIRST INTERROGATORIES**

**2.    DEFENDANT HBG DESIGN ARCHITECTS, P.C.'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION**

Respectfully submitted,

/s/ John C. DeShazo
JOHN C. DESHAZO (DES007)
DAVID S. TERRY (TER027)
*Attorneys for Defendant HBG Design Architects, P.C.*

**OF COUNSEL:**
**WEBSTER, HENRY, BRADWELL,**
**COHAN, SPEAGLE & DESHAZO, P.C.**
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
(205) 380-3480
jdeshazo@websterhenry.com
dterry@websterhenry.com

## <u>CERTIFICATE OF SERVICE</u>

On July 31, 2020, I filed this document with the Clerk of Court using the Alafile system which electronically serves a copy of all filings on all counsel of record in this case.


/s/ John C. DeShazo
OF COUNSEL

AlaFile E-Notice

30-CV-2020-900070.00

To:   JOHN DESHAZO
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:      7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:        7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
     C/O GALEN THACKSTON
     2660 EASTCHASE LN, #200
     MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:      7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:        7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
         aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:        7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:      7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 7/31/2020 3:19:22 PM

Notice Date:     7/31/2020 3:19:22 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/3/2020 5:10 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY, )
                                          )
               Plaintiffs,         )
                                          )     CASE NO. 30-CV-2020-900070
          v.                         )
                                          )
OTIS ELEVATOR COMPANY, *et al.*,     )
                                          )
               Defendant.        )

## <u>NOTICE OF SERVICE OF DISCOVERY DOCUMENT</u>

Please take notice that the following discovery documents have been served on behalf of defendant, Otis Elevator Company:

     (X)      Defendant's First Request for Production to Plaintiff;
     (X)      Defendant's First Interrogatories to Plaintiff.

                                       Respectfully submitted,

                                       /s/ *Clinton T. Speegle*

                                       *Attorney for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 3, 2020, a true and correct copy of the foregoing was

served via electronic or U.S. mail to the following counsel of record:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
           twilson@roperandwilson.com

/s/ *Clinton T. Speegle*
*Of Counsel*

ELECTRONICALLY FILED
8/3/2020 3:10 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY,  )
  )
     Plaintiffs,  )
  )
     v.  )    CASE NO. 30-CV-2020-900070
  )
OTIS ELEVATOR COMPANY, *et al*.,  )
  )
     Defendant.  )

## DEFENDANT OTIS ELEVATOR COMPANY'S FIRST INTERROGATORIES TO PLAINTIFFS

Defendant, Otis Elevator Company ("Otis"), serves upon Plaintiffs Veronica Finley and Bengi Finley, separately and severally, the following interrogatories, pursuant to Rule 33 of the Alabama Rules of Civil Procedure; said interrogatories should be answered separately and fully in writing and under oath within thirty (30) days after service of these interrogatories:

## DEFINITIONS AND INSTRUCTIONS

1.    "Plaintiff" or "Plaintiffs" means Plaintiffs Veronica Finley and Bengi Finley, individually and/or collectively, or any attorneys, agents, representatives, investigators or other persons acting or purporting to act on behalf of Plaintiffs or Plaintiffs' attorneys.

2.    "Complaint" refers to the Complaint filed by you in this action pending in the Circuit Court of Escambia County, Alabama, and styled as Case No. 30-CV-2020-900070.

3.    "Document" means and shall refer to all writings and any other printed, typewritten or otherwise recorded matter of whatever character, including, but without limitation, letters, facsimiles, purchase orders, memoranda, telegrams, notes, catalogs, brochures, diaries, reports, e mails, calendars, inter office communications, statements, announcements, photographs, tape recordings, motion pictures and any carbon or photographic copies of any such materials if Plaintiffs do not have the original.  This definition shall include the expansive definition of "document," as set out in Rule 34 of the Alabama Rules of Civil Procedure.  A document "relating

to" or "reflecting" any given matter means any given document that constitutes, contains, discusses, embodies, reflects, identifies, states, refers to, concerns or is in any way pertinent to that matter.  If any document requested to be produced was, but is no longer, in Plaintiffs' possession or control or is no longer in existence, state whether it is:

      a)     missing or lost;

      b)     destroyed;

      c)     transferred voluntarily or involuntarily to others, and if so, to whom; or

      d)     otherwise disposed of;

and, in each instance, explain the circumstances surrounding, and authorization for, such disposition and state the approximate date thereof.  When a document is requested to be identified, it is requested that Plaintiffs identify the document with sufficient specificity to form the basis of a request for production of documents under the Alabama Rules of Civil Procedure and particularly to state its location, the name and title of the person in charge of its custody or maintenance, its date, its author, its length and a synopsis of its contents.

4.     "Person" means any natural persons, corporations, partnerships, sole proprietorships, associations or any other kind of entity.  In each question wherein Plaintiffs are asked to "identify" a person, state with respect to such person his name, his last known address and telephone number, his business address and telephone number, the name and address of his employer and his relationship to Plaintiffs.

5.     "Incident" refers to, and includes, the incident that occurred on or about June 4, 2018, which serves as the basis of your Complaint.

6.      "Communications" means any transmittal of information, of any kind, between or among two or more persons without regard to whether such information was transmitted orally, in writing, electronically, visually or by any other means.

7.      "And," as well as "or," shall be construed either disjunctively or conjunctively, as is necessary, to being within the scope of the Interrogatory any and all information and/or responses that might otherwise be construed as outside of its scope.  "Any" includes the word "all" and "all" includes the word "any."

8.      "You," "your" or "yourself" means Plaintiffs and each person acting or purporting to act on Plaintiffs' behalf, now or in the past, including but not limited to, their attorneys and any expert employed on Plaintiffs' behalf for the purpose of this litigation.

9.       "Identification" or "identify," when referring to a document, shall mean to state the date and type of document, the document's author or originator, the document's signer or signers and their addresses, the document's present or last known location and/or custodian, the title or subject matter of the document and all other means of identifying the document, with sufficient particularity to satisfy the requirements for its identification in a request or motion for its production pursuant to the Alabama Rules of Civil Procedure.

10.       "Identify, "Identification," "Describe" or "Description," when used in reference to an act, event, statement or representation, means to state the following information: date, place, name and address of each person present, detailed account referring or relating thereto, an identification and a detailed account of each document referring or relating thereto.

11.      The singular number and the masculine gender, as used herein, shall embrace and be read and applied as the plural, the feminine or the neuter, as circumstances may make appropriate.

12.    In answering the interrogatories, each Plaintiff is requested to furnish all information available to him or her, including information in the possession of his or her attorneys, investigators, or other agents and representatives of Plaintiff.  Each interrogatory shall be answered separately and fully in writing under oath, unless objected to, in which event the reasons for the objection(s) shall be set forth in lieu of an answer.

13.    Each interrogatory should be answered or objected to separately by each individual Plaintiff.

14.    If you cannot answer any interrogatory fully and completely after diligently attempting to secure the information to do so, please so state and answer the interrogatory to the extent possible.  Where an answer to an interrogatory may be derived or ascertained from records or documents within your possession or control, you may specify the records or documents from which an answer may be derived and produce said documents in lieu of answering the interrogatory.

15.    If Plaintiffs claim a privilege with respect to any documents or oral communications, the identification of which is required by these interrogatories, Plaintiffs are requested to:

a)    Identify the date and nature thereof, including identification of the subject matter discussed in the document;

b)    State precisely sufficient facts to support a claim of privilege;

c)    If privilege is asserted with respect to an oral communication, identify all persons who participated in or heard said communications; or

d)    If the privilege is asserted with respect to a document, identify all persons who signed it or participated in its preparation, all persons to whom it was disclosed,

4

including all addressees and recipients thereof, and all persons now having the document or copies of it in their possession.

16.     These interrogatories shall be deemed to be continuing, insofar as allowed by the Alabama Rules of Civil Procedure.  If you discover any additional and/or different information relevant hereto after the time the original answers and responses are served, you shall serve supplementary written answers or responses not later than thirty (30) days after such additional and/or different information is discovered.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:**          State your full name, all names by which you have ever been known, date of birth, social security number, addresses during the last ten (10) years, marital status and cell phone number(s) and provider(s) for the last year.

**ANSWER:**


**INTERROGATORY NO. 2:**          Provide the name and address for each employer for whom you have worked in the five (5) years preceding the Incident; the kind of work you did for such employer; the date you began working for such employer; the compensation you received from such employer for your services; and the date you stopped working for such employer.

**ANSWER:**


**INTERROGATORY NO. 3:**          Please state with particularity the location of the elevator on the Wind Creek Atmore property where the incident took place, including but not limited to the building location, building floors where you entered and exited the elevator, and elevator identification number.

**ANSWER:**


**INTERROGATORY NO. 4:**          After the incident, did you give a written or oral statement to anyone?  If so, please state to whom the statement was given and describe the contents of the said

5

statement.

**ANSWER:**


**INTERROGATORY NO. 5:**        Has any employee of any Defendant made any statement to you, or in your presence, after the incident which relates in any way to the incident?  If so, please state what was said, and the name and/or position of the person making the statement, if known.

**ANSWER:**


**INTERROGATORY NO. 6:**        State the name and last known address, including telephone number if you know it, of every witness known to you or to your attorney who has any knowledge regarding the facts and circumstances surrounding the happening of the incident referred to in the Complaint of your alleged injuries, including, but not limited to, eye witnesses to such incident, as well as medical witnesses and other persons having any knowledge thereof.

**ANSWER:**


**INTERROGATORY NO. 7:**        State whether you, your attorney or anyone acting on your behalf has obtained statements in any form from any person regarding any of the events or happenings relating to the incident, and, if so, state:

    a)    The name, address and telephone number of the person from whom any such statements were taken;

    b)    The dates of the statements, and whether such statements were written, oral or by recording;

    c)    The name and address of the person presently having custody of such statements, and, if you will without formal motion, please attach copies of such statements to your answers to these interrogatories.

**ANSWER:**


**INTERROGATORY NO. 8:**        Have you sustained injury as the result of any fall or other accident or occurrence within the past ten (10) years other than the injury involved in this action? If so, for each such accident, state:

    a)    The date of occurrence;

6

b)  A description of the circumstances that surrounded the incident;

c)  The names and addresses of any other person involved in or having knowledge of the incident.

**ANSWER:**


**INTERROGATORY NO. 9:**        Have you made a claim against anyone for damages, other than the present action, during the past twenty (20) years?  If so, for each claim, state:

a)  The date of the incident giving rise to the claim;

b)  The name and address of the person, or entity, against whom the claim was made;

c)  Whether an action was filed, and, if so,

    i.    The date it was filed;

    ii.   The address and title of the court in which it was filed;

    iii.  The file and docket number of the action; and

    iv.   The disposition of the action.

d)  The amount of any judgment or settlement.

**ANSWER:**


**INTERROGATORY NO. 10:**        In the twelve months prior to the Incident, please state any and all dates that you had visited Wind Creek Atmore or any other property owned and operated by the Poarch Band of Creek Indians (including but not limited to, Wind Creek Wetumpka, Wind Creek Bethlehem, Wind Creek Montgomery, Renaissance Aruba, Renaissance Curacao, Wu She Shu Casino in Gardnerville, Nevada, Creek Entertainment Gretna, Pensacola Greyhound Track, or Mobile Greyhound Track) for any reason.

**ANSWER:**


**INTERROGATORY NO. 11:**        If you have ever been convicted of any crime, state separately for each such conviction the title and location of the court in which the conviction was entered, the date of the conviction, the crime or crimes of which you were convicted, and the

sentence imposed.

**ANSWER:**


**INTERROGATORY NO. 12:**        Did you consult a physician or any other health care provider for any reason within the last ten years?  If so, for each such occasion, state:

    a)  The date;

    b)  The name and address of the person you consulted;

    c)  The reason for the consultation;

    d)  A description of the treatment received.

**ANSWER:**


**INTERROGATORY NO. 13:**        Did you take any medicine or drug within twenty-four (24) hours, prior to the incident?  If so, state the name of the medicine, or drug and a description of the condition which required such medicine, or drug.

**ANSWER:**


**INTERROGATORY NO. 14:**        Did you consume any alcoholic beverage within twenty-four (24) hours, prior to the incident?  If so, state the type of beverage consumed, the size of each, the number of drinks consumed within the above period and the length of time between the last drink and the incident.

**ANSWER:**


**INTERROGATORY NO. 15:**        Were any photographs or drawings made of the incident scene by you or by anyone on your behalf?  If so, for each photograph or drawing, state:

    a)  The date it was taken;

    b)  The name and address of the person who took it; and

    c)  The name and addresses of the person who has custody or control of it.

**ANSWER:**


**INTERROGATORY NO. 16:**      If any person has conducted any test, inspection or examination of the elevator since the incident occurred, state separately for each such test, inspection, or examination the identity of each person who was present, the identity of each person who conducted, rather than merely observed, any part of the test, inspection, or examination, the location where the test, inspection, or examination took place, approximately how long the examination, test, or inspection took, each step involved in the test, inspection, or examination, each item of equipment, part, and component of the elevator so tested, inspected, or examined, and the manner in which it was tested, or examined, and the identity of each document referring to, describing, summarizing, reporting, drawing conclusions from, or making recommendations based on that test, inspection, or examination.

**ANSWER:**


**INTERROGATORY NO. 17:**      Describe in detail all injuries, whether physical, mental or emotional, and damages that you have experienced since the incident and that you contend were caused, aggravated, or otherwise contributed to by the incident. Please include a computation of the economic harm associated with each type of damages claimed.

**ANSWER:**


**INTERROGATORY NO. 18:**      Did you receive professional medical treatment for any of the injuries you allege to have incurred as a result of the Incident?  If so, state:

   a)  The name and address of each person who treated you and hospital if you were confined as a result of the incident;

   b)  The dates of each treatment; and

   c)  A description of the treatment.

**ANSWER:**


**INTERROGATORY NO. 19:**      Identify the name and address of every pharmacy at which you have received prescription medication for the last five (5) years, including but not limited to

medications related in any way to the Incident.

**ANSWER:**


**INTERROGATORY NO. 20:**     State the name, address, and employer of all persons who, to your knowledge, information or belief have investigated any aspect of the occurrence which is the subject of this litigation, and indicate whether or not each has made a written record of the investigation or any part thereof.

**ANSWER:**


**INTERROGATORY NO. 21:**     Have you within the last 10 years received health care or incident insurance benefits, worker's compensation benefits or payments, social security benefits, disability benefits, pensions, incident compensation payments, or veterans disability compensation awards?  If so, for each instance, please identify the nature of the claim made, the date of the injury, the claim, incident or incident number, and, if you received any compensation for the claim, please provide the amount of compensation received.

**ANSWER:**


**INTERROGATORY NO. 22:**     Please state all facts upon which you will rely to prove that Otis designed, manufactured, sold, or distributed the elevator in a defective and unreasonably dangerous condition; set forth each opinion or source of information you will rely on to prove this contention; and identify all witnesses you will rely upon to prove the existence and nature of such alleged dangerous condition of the elevator.

**ANSWER:**


**INTERROGATORY NO. 23:**     Do you contemplate future medical treatment or examination for the injuries allegedly sustained as a result of the occurrence alleged in the complaint?  If so, describe the nature and extent of future medical attention necessary.

**ANSWER:**


**INTERROGATORY NO. 24:**     Have you received a disability rating since receiving your alleged injuries?  If so, state what such rating is; who determined such rating; the basis for such

rating; and when such rating was determined.

**ANSWER:**


**INTERROGATORY NO. 25:**      Were you caused to lose any time from your work as a direct result of your alleged injuries?  If so, state how many working days you were caused to lose; the dates on which you were prevented from working; and the amount of money you have lost in wages or earnings as a direct result of your alleged injuries or condition.

**ANSWER:**


**INTERROGATORY NO. 26:**      If you or your attorneys or anyone acting on your behalf have agreed to pay to any person, or corporation other than your attorney of record in this case, a portion of any settlement or judgment you might receive in this lawsuit, state separately as to each such person or corporation the identity of that person or corporation, the services or materials, if any, that person or corporation is providing or will provide as consideration for payment, the amount of money or percentage of settlement or judgment you have agreed to pay, and the identity of each document constituting, containing, comprising or referring to your payment or agreement to pay.

**ANSWER:**


**INTERROGATORY NO. 27:**      If you expect to call anyone as an expert witness in the trial of this case, state with respect to each such expert witness his name, residence and employer addresses; the subject matter on which he or she is expected to testify; the substance of the facts and opinions to which he or she is expected to testify; a summary of the grounds for each such opinion; occupation, education, and experience or other background which you contend qualifies such person to testify as an expert witness on the matters referred to in your answers to this Interrogatory; and list all publications, speeches, presentations, etc. ever authored or made by said expert or experts.

**ANSWER:**


Respectfully submitted,


/s/ *Clinton T. Speegle*

*Attorney for Defendant Otis Elevator Company*

11

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 3, 2020, a true and correct copy of the foregoing was served

via electronic or U.S. mail to the following counsel of record:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
        twilson@roperandwilson.com



/s/ *Clinton T. Speegle*
*Of Counsel*


ELECTRONICALLY FILED
8/3/2020 3:10 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY,  )
        )
    Plaintiffs,        )
        )   CASE NO. 30-CV-2020-900070
    v.        )
        )
OTIS ELEVATOR COMPANY, *et al*.,     )
        )
    Defendant.      )

## DEFENDANT OTIS ELEVATOR COMPANY'S
## FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS

Defendant, Otis Elevator Company ("Otis"), serves upon Plaintiffs Veronica Finley and Bengi Finley, separately and severally, the following requests for production, pursuant to Rule 34 of the Alabama Rules of Civil Procedure; said requests for production should be answered separately and fully in writing and under oath within thirty (30) days after service:

## DEFINITIONS AND INSTRUCTIONS

1.    "Plaintiff," "Plaintiffs," "you," "your," or "yourself"  means Plaintiffs Veronica Finley and Bengi Finley, individually and/or collectively, or any attorneys, agents, representatives, investigators or other persons acting or purporting to act on behalf of Plaintiffs or Plaintiffs' attorneys.

2.    "Complaint" refers to the Complaint filed by you in this action pending in the Circuit Court of Escambia County, Alabama, and styled as Case No. 30-CV-2020-900070.

3.    "Incident" refers to, and includes, the incident that occurred on or about June 4, 2018, which serves as the basis of your Complaint.

4.    "Document" means and shall refer to all writings and any other printed, typewritten or otherwise recorded matter of whatever character, including, but without limitation, letters, facsimiles, purchase orders, memoranda, telegrams, notes, catalogs, brochures, diaries, reports, e

mails, calendars, inter office communications, statements, announcements, photographs, tape recordings, motion pictures and any carbon or photographic copies of any such materials if Plaintiffs do not have the original. This definition shall include the expansive definition of "document," as set out in Rule 34 of the Alabama Rules of Civil Procedure. A document "relating to" or "reflecting" any given matter means any given document that constitutes, contains, discusses, embodies, reflects, identifies, states, refers to, concerns or is in any way pertinent to that matter. If any document requested to be produced was, but is no longer, in Plaintiffs' possession or control or is no longer in existence, state whether it is:

a)     missing or lost;

b)     destroyed;

c)     transferred voluntarily or involuntarily to others, and if so, to whom; or

d)     otherwise disposed of;

and, in each instance, explain the circumstances surrounding, and authorization for, such disposition and state the approximate date thereof. When a document is requested to be identified, it is requested that Plaintiffs identify the document with sufficient specificity to form the basis of a request for production of documents under the Alabama Rules of Civil Procedure and particularly to state its location, the name and title of the person in charge of its custody or maintenance, its date, its author, its length and a synopsis of its contents.

5.     "Person" means any natural persons, corporations, partnerships, sole proprietorships, associations or any other kind of entity. In each question wherein Plaintiffs are asked to "identify" a person, state with respect to such person his name, his last known address and telephone number, his business address and telephone number, the name and address of his employer and his relationship to Plaintiffs.

2

6.      "Communication" refers to all inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, telephone conversations, letters, e-mails, correspondence, notes, or any other form of oral or written communication.

7.      "Relating to," "relates to," or "related to" refers to any documents that refer in any way, directly or indirectly, to or are in any legal, logical, or factual way connected with a paragraph of the request for production.

8.      "And," as well as "or," shall be construed either disjunctively or conjunctively, as is necessary, to being within the scope of the Request for Production any and all documents, information, and/or responses that might otherwise be construed as outside of its scope.  "Any" includes the word "all" and "all" includes the word "any."

9.      "Identification" or "identify," when referring to a document, shall mean to state the date and type of document, the document's author or originator, the document's signer or signers and their addresses, the document's present or last known location and/or custodian, the title or subject matter of the document and all other means of identifying the document, with sufficient particularity to satisfy the requirements for its identification in a request or motion for its production pursuant to the Alabama Rules of Civil Procedure.

10.      The singular number and the masculine gender, as used herein, shall embrace and be read and applied as the plural, the feminine or the neuter, as circumstances may make appropriate.

11.      If Plaintiffs claim a privilege with respect to any documents or oral communications, the identification of which is required by these requests for production, Plaintiffs are requested to:

a)      Identify the date and nature thereof, including identification of the subject matter discussed in the document;

b)      State precisely sufficient facts to support a claim of privilege;

c)      If privilege is asserted with respect to an oral communication, identify all persons who participated in or heard said communications; or

d)      If the privilege is asserted with respect to a document, identify all persons who signed it or participated in its preparation, all persons to whom it was disclosed, including all addressees and recipients thereof, and all persons now having the document or copies of it in their possession.

12.      Each request for production should be answered or objected to separately by each individual Plaintiff.

13.      These requests for production shall be deemed to be continuing, insofar as allowed by the Alabama Rules of Civil Procedure.  If you discover any additional and/or different documents relevant hereto after the time the original responses are served, you shall serve supplementary responses and documents not later than thirty (30) days after such additional and/or different documents or information is discovered.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**   Any and all documents used in, or related to, your responses to the interrogatories propounded by Otis.

**RESPONSE:**


**REQUEST NO. 2:**   Any and all documents that are, or arguably could be construed as, documents of Otis which support, or arguably support, any of the claims being asserted in your Complaint.

**RESPONSE:**

4

**REQUEST NO. 3:**    Any and all documents that are, or arguably could tend to support or refute, any and all claims and/or defenses involved in the Incident, as asserted in your Complaint.

**RESPONSE:**

**REQUEST NO. 4:**    Any and all documents that relate to any communication between you and any other person that refers to the Incident.

**RESPONSE:**

**REQUEST NO. 5:**    Any and all documents relating to the Incident.

**RESPONSE:**

**REQUEST NO. 6:**    Any and all documents containing communications of witnesses, bystanders, participants or other persons that relate to the Incident.

**RESPONSE:**

**REQUEST NO. 7:**    All documents, photographs, diagrams, slides, or videos relating to the scene of the Incident or any objects or things involved therein.

**RESPONSE:**

**REQUEST NO. 8:**    Any and all photographs or videotapes which have been taken by you, or your representatives, attorneys or experts relating to the premises, elevator, your injuries or treatment received by you as alleged in your Complaint.

**RESPONSE:**

**REQUEST NO. 9:**    Copies of your federal and state income tax returns (including all schedules, W-2s, 1044s, or similar documents) for each of the past five (5) years to the present.

**RESPONSE:**

**REQUEST NO. 10:**  All bills, statements, and invoices of all types, including, but not limited to, those from doctors, hospitals, emergency personnel, pharmacies or other health care personnel or entities evidencing expenses which you contend were incurred as a result of the Incident.

**RESPONSE:**


**REQUEST NO. 11:**  Any and all documents of any kind relating to expenses of any kind whatsoever that you contend were incurred as a result of the Incident.

**RESPONSE:**


**REQUEST NO. 12:**  A copy of any and all of the medical records, medical reports, hospital records, psychological records, correspondence, notes, charts or other such documents or records from any hospitals, physicians, psychologists, or other medical practitioners or health care facilities which have rendered any care, examinations and/or treatment to you during the past ten years.

**RESPONSE:**


**REQUEST NO. 13:**  All correspondences, memoranda, reports, invoices, statements, and all other documents evidencing any medical treatment rendered to you that you contend resulted from the Incident.

**RESPONSE:**


**REQUEST NO. 14:**  For each employer identified in your Answer to Interrogatory No. 2, please provide complete copies of any and all employment, personnel and human resources files, including payroll records.  As an alternative to producing said documents, you may execute and return a HIPAA-compliant Employment Authorization enclosed herein for each such employer.

**RESPONSE:**


**REQUEST NO. 15:**  Any and all documents generated or received by you which support the damages alleged in your Complaint, including damages for physical pain, suffering, mental anguish, lost wages, medical expenses, loss of enjoyment, permanent injury, and physical and emotional impairment.

**RESPONSE:**

**REQUEST NO. 16:**  Any and all documents that relate to your receipt of health or accident insurance benefits, workers' compensation benefits, accident compensation payments, Social Security benefits, disability benefits, or Veterans' disability compensation awards for any injury at any time in the past.

**RESPONSE:**

**REQUEST NO. 17:**  Any and all documents that relate to any income received by you since the Incident.

**RESPONSE:**

**REQUEST NO. 18:**  Any and all documents received by you from a third party pursuant to a subpoena or by any other means that relate to the allegations contained in your Complaint.

**RESPONSE:**

**REQUEST NO. 19:**  Any and all documents related to the Incident that you received from Wind Creek Atmore, or any employee or affiliate of Wind Creek Atmore or any other property owned and operated by the Poarch Band of Creek Indians.

**RESPONSE:**

**REQUEST NO. 20:**  Any and all statements made by you, any party to this litigation, or any other persons concerning the subject matter of this lawsuit, whether written or oral, whether signed or unsigned, including, but not limited to, such statements as may be contained in any type of document, or any stenographic, mechanical, electrical, video or other form of recordation of oral statements, and any transcription thereof.

**RESPONSE:**

**REQUEST NO. 21:**  All documents relating in any way to any test, inspection, measurements, investigation, or examination of the premises or elevator involved in the subject Incident.

**RESPONSE:**

**REQUEST NO. 22:**  A copy of any and all notices of subrogation, liens or similar documents received by you or your attorney which relate to the incident, injuries, losses and damages alleged in Plaintiff's Complaint.

**RESPONSE:**

**REQUEST NO. 23:**  Any and all agreements, releases, contracts or memorandums of understanding that settle, discharge, release or otherwise resolve any claims (including, but not limited to, workers compensation claims), lawsuits or proceedings arising from or relating to incident referred to in the Complaint.

**RESPONSE:**

**REQUEST NO. 24:**  Any exhibits or demonstrative aids you propose to use, introduce or rely upon at the trial of this cause.

**RESPONSE:**

**REQUEST NO. 25:**  Any and all documents in your possession, your attorney's possession, or the possession of anyone assisting you or your attorney in this case that have been considered, reviewed, analyzed, or relied upon by any expert witness which you expect to testify at the trial of this case, including, but not limited to, documents which originated or emanated from Otis, or could be construed as Otis' document; and reports or other documents prepared or generated at the direction of any governmental agency.

**RESPONSE:**

**REQUEST NO. 26:**  Any documents or communications relating to or reflecting the subject matter on which your experts are expected to testify.

**RESPONSE:**

**REQUEST NO. 27:**  The resume and/or *curriculum vitae* for each of your testifying experts.

**RESPONSE:**

**REQUEST NO. 28:**  Any documents that the experts you expect to testify relied upon in developing their opinions.

**RESPONSE:**


**REQUEST NO. 29:**  Produce any and all documents or correspondence relating to, supporting or demonstrating your efforts to mitigate your damages in this case.

**RESPONSE:**


Respectfully submitted,


/s/ *Clinton T. Speegle*

*Attorney for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

9

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 3, 2020, a true and correct copy of the foregoing was served

via electronic or U.S. mail to the following counsel of record:

Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
          twilson@roperandwilson.com

/s/ *Clinton T. Speegle*
*Of Counsel*



ELECTRONICALLY FILED
8/3/2020 3:10 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# <u>HIPAA COMPLIANT</u>
## <u>AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS</u>

### <u>TO THE FOLLOWING:</u>

I, _____, (DOB:_____; SSN: _____), do hereby authorize you to release to **Lightfoot, Franklin & White, LLC, 400 20th Street North, Birmingham, AL 35203**, copies of any and all documents in your possession, at any of your office locations, which relate to the following:

### <u>To include, without limitation, all records:</u>

> **EMPLOYMENT:** A <u>**certified copy**</u> of all records or other documents pertaining the above individual, including but not limited to all personnel files; employment files; background files; discipline records; evaluations; applications for insurance policies; workmen's compensation files to include investigation materials; copies of all employee training and safety material given to the above-named employee; payroll records; W-2s; attendance records; vacation, sick or personal leave information and forms; letters; emails; histories; photographs; videos; summaries; records of interviews or statements; memoranda, notes or opinions; applications for employment; referrals; new hire documentation; and any and all other writings, documents, or things of any nature prepared at any time which relate in any way to the above, including, without limitation, all such records and documents until the date response is made to this request.

**By providing this Authorization:**

1.  I understand that the purpose of the request is to allow parties to defend or prosecute in a pending legal matter.

2.  I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information to the Court, other physicians, expert witnesses, and any other individual or entity in connection with ***Veronica Finley; Bengi Finley v. Otis Elevator Company.*** litigation, and is no longer protected by state or federal privacy rules.

3.  I understand that I may revoke this Authorization at any time by notifying the above-named health care provider or institution and Lightfoot, Franklin & White, L.L.C., in writing, but that such revocation by me will have no effect on disclosures of information already made under this Authorization prior to the receipt of my revocation.

4.      I understand that this Authorization is continuing in nature and is to be given full force and effect to release any and all of the foregoing information learned or determined after the date hereof until the expiration date noted below.

5.      Nothing in this authorization permits disclosure of records relating to psychological; psychiatric; drug and/or alcohol abuse or addiction records; any mental health; mental condition; and/or confidential records.

<u>Note</u>:  This authorization is intended to and hereby complies with requirements under the Health Insurance Portability and Accountability Act ("HIPAA").  Accordingly, you may disclose the requested information in compliance with the HIPAA Privacy Rules.

This Authorization will expire on:   <u>December 31, 2022</u> (or the date of the termination of the above referenced litigation, whichever occurs last).

**Lightfoot, Franklin & White hereby agrees to provide opposing counsel with copies of all records that are received in response to this authorization.**

*A photocopy shall be as valid as the original authorization.*

**Dated this the ___ day of _____, 2020.**

**WITNESS:**

_____        _____
Witness Signature                                         (signature)

AlaFile E-Notice

30-CV-2020-900070.00

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:     8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
      C/O REGISTERED AGENT
      260 COMMERCE ST, STE 200
      MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:      8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:    8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD, INC. (PRO SE)
C/O GALEN THACKSTON
2660 EASTCHASE LN, #200
MONTGOMERY, AL, 36117-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:        8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:      8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:      8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:     8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
        aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:     8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:      8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:     8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:     8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 8/3/2020 5:09:57 PM

Notice Date:      8/3/2020 5:09:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/10/2020 11:05 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| VERONICA FINLEY and | * | |
| BENGI FINLEY, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| vs. | * | CV-20-900070 |
| | * | |
| OTIS ELEVATOR COMPANY, | * | |
| GOODWYN, MILLS & CAWOOD, | * | |
| INC., HBG DESIGN ARCHITECTS, | * | |
| P.C. , et. al | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

### NOTICE OF APPEARANCE

Michael C. Niemeyer of the law firm Hand Arendall Harrison Sale LLC files this Notice

of Appearance as counsel of record for Defendant Goodwyn, Mills & Cawood, Inc.[1]

*Michael C. Niemeyer*
_____
MICHAEL C. NIEMEYER (NIE004)

**OF COUNSEL**:
HAND ARENDALL HARRISON SALE, LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:    251-432-5511
E-Mail: mniemeyer@handfirm.com

_____

[1] The Complaint also identifies Goodwyn Mills & Cawood Environmental Consultants, Inc., an entity that no longer exists as it was merged into Goodwyn Mills & Cawood, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2020, a copy of the above and foregoing has been served electronically upon all Parties by the Clerk of the Circuit Court of Baldwin County, Alabama, using the AlaFile system, which will send electronic notification of such filing to all counsel of record, including counsel for the Plaintiff.


*/s/ Michael C. Niemeyer*
MICHAEL C. NIEMEYER

AlaFile E-Notice

30-CV-2020-900070.00

To:   Michael C. Niemeyer
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:      8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
     C/O REGISTERED AGENT
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:      8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:      8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:      8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:     8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/10/2020 11:05:28 AM

Notice Date:      8/10/2020 11:05:28 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
8/10/2020 2:31 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## ORDER

The Circuit Court of the 21st Judicial Circuit had previously set a status call of the Civil Jury Docket to be called on August 17, 2020, at 9:00 a.m.. Due to concerns regarding the COVID-19 Pandemic, the Call of the Civil Jury Docket will NOT BE CALLED as scheduled.

Each party in all cases set on the August 17, 2020 docket are ORDERED to file with the Court a status report setting forth the party's position as to whether the party's specific case is ready to be set for trial during the October 2020 term of Court, which is scheduled to be held during the week of October 19-23, 2020. Should the opposing parties in a particular case be unable to agree on whether the case is ready for trial during the October 2020 term, the parties shall submit a brief summary of the reasons to support their positions. Said status reports shall be submitted no later than 9:00 a.m. on August 17, 2020.

Upon submission and review of said status reports, the Court will decide what, if any, cases shall be set for trial during the October 2020 term of Court.

The Court's Order is not definitive that jury trials will be held during said jury term. The status of said term will be determined based upon health concerns of the COVID-19 Pandemic and further Orders of the Supreme Court of Alabama. Parties to all cases set for trial during the October 2020 jury term should be cognizant of any and all orders previously entered by the Circuit Court of the 21st Judicial Circuit in their perspective cases.

DONE this _10_ day of August, 2020.

_____
Jeffrey A. White
Presiding Circuit Judge

_____
Jeffrey T. Stearns
Circuit Judge

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   GARMON MATTHEW GREGORY
      mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:     8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:        8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:     8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:      8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:     8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:     8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 8/10/2020 2:30:49 PM

Notice Date:     8/10/2020 2:30:49 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/13/2020 9:39 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and     \*
BENGI FINLEY,     \*
     \*
    **Plaintiffs,**     \*
     \*
**vs.**     \*        CV-20-900070
     \*
OTIS ELEVATOR COMPANY,     \*
GOODWYN, MILLS & CAWOOD,     \*
INC., HBG DESIGN ARCHITECTS,     \*
P.C., et. al     \*
     \*
     \*
    **Defendants.**     \*
     \*

## ANSWER

Defendant Goodwyn, Mills & Cawood, Inc. ("GMC") submits the following as its Answer to the Plaintiffs' Complaint:

1.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

2.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

3.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

4.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

5.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

6.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

7.    Admitted.

8.    Denied.[1]

9.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

10.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

11.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

12.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

13.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

14.    To the extent this paragraph asserts any allegations against GMC, those allegations are denied.

## **VENUE**

15.    GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

16.    This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

---

[1] Goodwyn, Mills & Cawood Environmental Consultants, Inc. was merged into Goodwyn, Mills & Cawood, Inc. on December 30, 2002. As such, this entity has not existed since that date.

## **FACTS**

17.      GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

18.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

19.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

20.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

21.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

## **COUNT ONE**
## **NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT OTIS ELEVATOR COMPANY**

22.      GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

23.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

24.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

25.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and its subparts.

26.      This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

27.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

28.     This paragraph directs no allegations against GMC, therefore no response is required.

## COUNT II
## ALABAMA EXTENDED MANUFACTURERS' LIABILITY DOCTRINE

29.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

30.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

31.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and its subparts.

32.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

33.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

34.     This paragraph directs no allegations against GMC, therefore no response is required.

## COUNT THREE
## NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT HBG DESIGN ARCHITECTS, P.C.

35.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

36.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

37.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

38.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and its subparts.

39.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

40.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

41.     This paragraph directs no allegations against GMC, therefore no response is required.

## COUNT FOUR
## NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT BROWN CHAMBLESS ARCHITECTS, INC.

42.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

43.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

44.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

45.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and its subparts.

46.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

47.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

48.     This paragraph directs no allegations against GMC, therefore no response is required.

**COUNT FIVE**
**NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT BROWN CHAMBLESS ARCHITECTS, LLC**

49.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

50.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

51.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

52.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph and its subparts.

53.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

54.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

55.     This paragraph directs no allegations against GMC, therefore no response is required.

**COUNT SIX**
**NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT GOODWYN, MILLS & CAWOOD, INC.**

56.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

57.     Denied as to GMC.

58.     Denied.

59.     Denied, including subparts.

60.     Denied.

61.     Denied.

62.     GMC denies that Plaintiffs are entitled to the judgment sought against it.

## COUNT SEVEN
## NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS, INC.

63.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

64.     Denied as to GMC.

65.     Denied.

66.     Denied, including subparts.

67.     Denied.

68.     Denied.

69.     Denied.

## COUNT EIGHT
## LOSS OF CONSORTIUM

70.     GMC adopts and incorporates its responses to the preceding paragraphs as if fully set forth herein.

71.     This Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

72.     Denied as to GMC.

73.     Denied as to GMC.

74.     Denied as to GMC.

75.     Denied as to GMC.

76.     GMC denies the Plaintiffs are entitled to the judgment sought against it.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each cause of action stated therein fails to state a claim against GMC upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims against GMC are barred by the statute of repose in Alabama Code §6-5-220, et. seq., and by any other statute of limitations or statues of repose applicable to Plaintiffs' claims against GMC.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims against GMC were caused by superseding and/or intervening causes for which GMC has no liability.

### FOURTH AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the Plaintiffs' claims against GMC.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to name indispensable and/or necessary parties as required under Rule 19 of the *Alabama Rules of Civil Procedure.*

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the defense of release.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the defense of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred due to spoliation of evidence.

## NINTH AFFIRMATIVE DEFENSE

That the Plaintiffs ought not recover herein with respect to their claims for punitive damages because on their face and/or as applied, violate the Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States, and Article I, Section 6 of the Constitution of Alabama on the following separate and several grounds in one or more of the following respects:

a)      It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the Plaintiff satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases.

b)      The procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple defendants for different alleged acts of wrong-doing, which infringes the Due Process and Equal

Protection Clauses of the Fourteenth Amendment to the United States Constitution.

c)      The procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against the Defendant in violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

d)      The procedures pursuant to which punitive damages are awarded fail to provide specific standards for determining the amount of the award of punitive damages in violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

e)      The procedures pursuant to which punitive damages are awarded result in the imposition of disparate penalties for the same or similar acts and, thus, violate the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

f)      The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes the Due Process Clause of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

g)      The procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines in violation of the Eighth Amendment to the United States Constitution.

h)      An award of punitive damages to the Plaintiffs in this case would constitute a deprivation of property without due process of law under the Fifth and Fourteenth Amendments to the United States Constitution.

i)      The punitive damages claimed are vastly out of proportion to actual damages.

j)      The award of such punitive damages would constitute an arbitrary and capricious taking of the property of this Defendant unjustified by any rational state purpose.

k)      The imposition of punitive damages would not be pursuant to any reasonable guidelines or standards and would be without the protections available to those exposed to criminal punishment in criminal proceedings.

l)      Such punitive damages would constitute excessive amercement and would therefore be unlawful.

m)      The claims for punitive damages are premised on Alabama law which contains no standards for the imposition of punitive damages and, therefore, the claims for punitive damages are unconstitutionally vague and therefore, void for vagueness.

**TENTH AFFIRMATIVE DEFENSE**

GMC adopts and incorporates herein all of the affirmative defenses pled by other defendants in this action.

11

_Michael C. Niemeyer_
MICHAEL C. NIEMEYER (NIE004)

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE, LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:   251-432-5511
E-Mail: mniemeyer@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, a copy of the above and foregoing has been served electronically upon all Parties by the Clerk of the Circuit Court of Baldwin County, Alabama, using the AlaFile system, which will send electronic notification of such filing to all counsel of record, including counsel for the Plaintiff.

_/s/ Michael C. Niemeyer_
MICHAEL C. NIEMEYER

AlaFile E-Notice

30-CV-2020-900070.00

To:  Michael C. Niemeyer
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
C/O REGISTERED AGENT
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:     8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   SPEEGLE CLINTON TIMOTHY
      cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:      8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:     8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/13/2020 9:39:43 AM

Notice Date:     8/13/2020 9:39:43 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/14/2020 9:51 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) ) ) |
|     Plaintiffs, | ) ) |
| v. | )    CIVIL ACTION NO:  2020–900070 ) |
| OTIS ELEVATOR COMPANY; BROWN CHAMBLESS ARCHITECTS, INC., et al., | ) ) ) ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Tom Burgess of the law firm Burgess Roberts LLC, and hereby gives his notice of appearance as counsel of record for Defendant **Brown Chambless Architects, Inc.** in the above–styled cause of action.

/s/  *Tom Burgess*
Tom Burgess (BUR011)

**Attorney for Defendant Brown Chambless Architects, Inc.**

**OF COUNSEL:**

**BURGESS ROBERTS LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Tel:  (205) 870-8611
tburgess@burgessroberts.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I have electronically filed the foregoing with the Clerk of Court via AlaFile.com, which will send notification of such filing to counsel of record for all parties to this proceeding.

**For Plaintiffs:**

Matthew G. Garmon
Randall S. Haynes
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
mgarmon@mhhlaw.net
rhaynes@mhhlaw.net

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
aroper@roperandwilson.com
twilson@roperandwilson.com

For Otis Elevator

Melody H. Eagan
Clinton T. Speegle (SPE062)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
meagan@lightfootlaw.com
cspeegle@lightfootlaw.com

For HGB Design Architects, PC

John C. Deshazo
David S. Terry
WEBSTER HENRY
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
jdeshazo@websterhenry.com
dterry@websterhenry.com

Goodwyn, Mills & Cawood. Inc.
Michael C. Niemeyer
HAND ARENDALL LLC
71 N Section Street
Fairhope, AL 36532
mniemeyer@handfirm.com

I further certify that the following *pro se* party has been served via U.S. Mail:

Goodwyn, Mills & Cawood Environmental Consultants, Inc.
c/o George T. Goodwyn
125 Interstate Park Drive
Montgomery, AL 36109

/s/  Tom Burgess
OF COUNSEL

AlaFile E-Notice

30-CV-2020-900070.00

To:   TOM BURGESS MR.
      tburgess@burgessroberts.com

_____

# NOTICE OF ELECTRONIC FILING
_____

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, INC. (PRO SE)
     C/O REGISTERED AGENT
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36106-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
      C/O DONALD CHARLES BROWN
      260 COMMERCE ST, STE 200
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:      8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:      8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: WILSON TIMOTHY WAYNE
    twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:    8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:     8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:      8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:      8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:53:22 AM

Notice Date:      8/14/2020 9:53:22 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/14/2020 9:53 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| OTIS ELEVATOR COMPANY; BROWN CHAMBLESS ARCHITECTS, INC., et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO:  2020–900070

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, J. Kerry Burgess of the law firm Burgess Roberts LLC, and hereby gives his notice of appearance as additional counsel of record for Defendant **Brown Chambless Architects, Inc.** in the above–styled cause of action.

*/s/  J. Kerry Burgess*
J. Kerry Burgess (BUR156)

**Attorney for Defendant Brown Chambless Architects, Inc.**

**OF COUNSEL:**

**BURGESS ROBERTS LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Tel:  (205) 870-8611
kburgess@burgessroberts.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2020, I have electronically filed the foregoing with the Clerk of Court via AlaFile.com, which will send notification of such filing to counsel of record for all parties to this proceeding.

**<u>For Plaintiffs</u>:**

Matthew G. Garmon
Randall S. Haynes
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
mgarmon@mhhlaw.net

rhaynes@mhhlaw.net

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
aroper@roperandwilson.com
twilson@roperandwilson.com

<u>For Otis Elevator</u>

Melody H. Eagan
Clinton T. Speegle (SPE062)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
meagan@lightfootlaw.com
cspeegle@lightfootlaw.com

<u>For HGB Design Architects, PC</u>

John C. Deshazo
David S. Terry
WEBSTER HENRY
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
jdeshazo@websterhenry.com
dterry@websterhenry.com

Goodwyn, Mills & Cawood. Inc.
Michael C. Niemeyer
HAND ARENDALL LLC
71 N Section Street
Fairhope, AL 36532
mniemeyer@handfirm.com

I further certify that the following *pro se* party has been served via U.S. Mail:

Goodwyn, Mills & Cawood Environmental Consultants, Inc.
c/o George T. Goodwyn
125 Interstate Park Drive
Montgomery, AL 36109

*/s/  J. Kerry Burgess*
OF COUNSEL



AlaFile E-Notice

30-CV-2020-900070.00

To:  J. KERRY BURGESS MR.
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:    8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:      8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
       aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:        8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:      8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:      8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: TERRY DAVID SCOTT
dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:     8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES THOMAS JR.
        tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:       8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following NOTICE OF APPEARANCE was FILED on 8/14/2020 9:55:34 AM

Notice Date:      8/14/2020 9:55:34 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
8/17/2020 7:39 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and BENGI FINLEY,   )
                                     )
     Plaintiffs,                    )
                                     )
v.                                   )
                                     )     CIVIL ACTION NO.: 30-CV-2020-900070
                                     )
OTIS ELEVATOR COMPANY, *et al.*,     )
                                     )
     Defendants.                    )

## JOINT STATUS REPORT

Plaintiff Veronica Finley and Bengi Finley and Defendants Otis Elevator Company, Goodwyn, Mills & Cawood, Inc., and HBG Design Architects, PC (collectively the "Parties") submit this Joint Status Report in accordance with the Court's Order dated August 10, 2020, and state:

1.    This is a personal injury action that was filed on June 3, 2020. Not all parties have yet been served nor have all parties answered.

2.    Because not all parties have answered and no party has responded to written discovery, the Parties agree that this case will not be ready for trial during the October 2020 trial term.

3.    Therefore, the Parties respectfully ask this Court to generally continue this case and set this case for a status conference in early 2021.

                        Respectfully Submitted,

                        */s/ Matthew Garmon (with permission)*
                        One of the Attorneys for Plaintiffs,
                        Veronica and Benji Finley

OF COUNSEL:
Matthew Garmon
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
**MORRIS HAYNES**
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
**ROPER AND WILSON, LLC**
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
            twilson@roperandwilson.com

*/s/ Clinton T. Speegle*
One of the Attorneys for Defendant Otis
Elevator Company

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

*/s/ John C. Deshazo (with permission)*
One of the Attorneys for Defendant HBG
Design Architects, PC

OF COUNSEL:
John Curtis Deshazo
David Scott Terry
**WEBSTER HENRY**
2 Perimeter Park South Ste 445E
Birmingham, AL  35243
Tel:  205-380-3480
Email:  jdeshazo@websterhenry.com
         dterry@websterhenry.com

*/s/ Michael C. Niemeyer (with permission)*
One of the Attorneys for Defendant Goodwyn,
Mills & Cawood, Inc.

OF COUNSEL:
Michael Carlton Niemeyer
**HAND ARENDALL, LLC**
PO Box 1499
Fairhope, AL  36533-1499
Tel:  251-990-0739
Email:  mniemeyer@handarendall.com

*/s/ Tom Burgess (with permission)*
One of the Attorneys for Defendant Brown
Chambless Architects, LLC

OF COUNSEL:
James Thomas Burgess, Jr.
J. Kerry Burgess
**BURESS ROBERTS LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Tel: (205) 870-8611
Email:  tburgess@burgessroberts.com
         kburgess@burgessroberts.com

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of August, 2020, a true and correct copy of the foregoing was served on counsel of record by filing the same electronically via AlaFile.

/s/ *Clinton T. Speegle*
*Of Counsel*

AlaFile E-Notice

30-CV-2020-900070.00

To:   Melody H. Eagan
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
     C/O DONALD CHARLES BROWN
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:      8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 8/17/2020 7:41:30 AM

Notice Date:     8/17/2020 7:41:30 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
8/18/2020 4:41 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO: 2020–900070 |
| OTIS ELEVATOR COMPANY; BROWN CHAMBLESS ARCHITECTS, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

### ANSWER OF DEFENDANT BROWN CHAMBLESS ARCHITECTS, INC.

**COME NOW** Defendants **Brown Chambless Architects, Inc. and Brown Chambless Architects, LLC,** by and through counsel, and for Answer to Plaintiffs' Complaint, and each count thereof, separately and severally, say as follows:

1.      This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

2.       This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

3.      This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

4.      This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

5.      Brown Chambless, Inc. has done business in the past in Escambia County, Alabama.

6.      Denied.  Brown Chambless, LLC has not done business in Escambia County, Alabama.

7.      Admitted.

8.      This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

9.      This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

10.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

11.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

12.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

13.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

14.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

## **VENUE**

15.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

16.     No response required of Brown Chambless, Inc.

## **FACTS**

17.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

18.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

19.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

20.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

21.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

## **COUNT ONE**

### **NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT OTIS ELEVATOR COMPANY**

22.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

23.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

24.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

25.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

26.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

27.     27.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

28.     No response is required of Brown Chambless, Inc.

## COUNT TWO

### ALABAMA EXTENDED MANUFACTURERS' LIABILITY DOCTRINE

29.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

30.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

31.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

32.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

33.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

34.     No response is required of Brown Chambless, Inc.

## COUNT THREE

### NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT HBG DESIGN ARCITECTS, P.C.

35.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

36.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

37.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

– 4 –

38.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

39.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

40.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

41.     No response required of Brown Chambless, Inc.

## COUNT FOUR

### NEGLIGENCE AND/OF WANTONNESS OF
### DEFENDANT BROWN CHEMBLESS ARCHITECTS, INC.

42.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

43.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

44.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

45.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

46.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

47.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

48.     No response required of Brown Chambless, Inc.

## COUNT FIVE

### NEGLIGENCE AND/OR WANTONNESS OF
### DEFENDANT BROWN CHAMBLESS ARCHITECTS, LLC

49.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

50.     Denied.

51.     Denied.

52.     Denied.

53.     Denied.

54.     Denied.

55.     No response required of Brown Chambless, Inc.

## COUNT SIX

### NEGLIGENCE AND/OR WANTONNESS OF
### DEFENDANT GOODWYN, MILLS & CAWOOD, INC.

56.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

57.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

58.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

59.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

60.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

61.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

62.     No response required of Brown Chambless, Inc.

## COUNT SEVEN

## NEGLIGENCE AND/OR WANTONNESS OF DEFENDANT GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANTS, INC.

63.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

64.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

65.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

66.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

67.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

68.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

69.     No response required of Brown Chambless, Inc.

## COUNT EIGHT

## LOSS OF CONSORTIUM

70.     Brown Chambless, Inc. adopts and incorporates its responses to the preceding paragraphs.

71.     This defendant lacks sufficient knowledge or information to admit or deny the allegations of contained in this paragraph.

72.     Denied as to Brown Chambless, Inc.

73.     Denied as to Brown Chambless, Inc.

## AD DAMNUM CLAUSE

74.     Denied as to Brown Chambless, Inc.

75.     Denied as to Brown Chambless, Inc.

76.     Denied as to Brown Chambless, Inc.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint and each cause of action stated therein fails to state a claim against Brown Chambless, Inc. upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims against Brown Chambless, Inc. are barred by the statute of repose in Alabama Code §6-5-220, et. seq., and by any other statute of limitations or statues of repose applicable to Plaintiffs' claims against Brown Chambless, Inc.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims against Brown Chambless, Inc. were caused by superseding and/or intervening causes for which Brown Chambless, Inc. has no liability.

### FOURTH AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the Plaintiffs' claims against Brown Chambless, Inc.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to name indispensable and/or necessary parties as required under Rule 19 of the *Alabama Rules of Civil Procedure.*

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the defense of release.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the defense of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred due to spoliation of evidence.

## NINTH AFFIRMATIVE DEFENSE

That the Plaintiffs ought not recover herein with respect to their claims for punitive damages because on their face and/or as applied, violate the Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States, and Article I, Section 6 of the Constitution of Alabama on the following separate and several grounds in one or more of the following respects:

a) It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the Plaintiff

satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases.

b)      The procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple defendants for different alleged acts of wrongdoing, which infringes the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

c)      The procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against the Defendant in violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

d)      The procedures pursuant to which punitive damages are awarded fail to provide specific standards for determining the amount of the award of punitive damages in violation of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

e)      The procedures pursuant to which punitive damages are awarded result in the imposition of disparate penalties for the same or similar acts and, thus, violate the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

f)      The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes the Due Process Clause of the

Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

g)    The procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines in violation of the Eighth Amendment to the United States Constitution.

h)    An award of punitive damages to the Plaintiffs in this case would constitute a deprivation of property without due process of law under the Fifth and Fourteenth Amendments to the United States Constitution.

i)    The punitive damages claimed are vastly out of proportion to actual damages.

j)    The award of such punitive damages would constitute an arbitrary and capricious taking of the property of this Defendant unjustified by any rational state purpose.

k)    The imposition of punitive damages would not be pursuant to any reasonable guidelines or standards and would be without the protections available to those exposed to criminal punishment in criminal proceedings.

l)    Such punitive damages would constitute excessive amercement and would therefore be unlawful.

m)    The claims for punitive damages are premised on Alabama law which contains no standard for the imposition of punitive damages and, therefore, the

– 11 –

claims for punitive damages are unconstitutionally vague and therefore, void for vagueness.

## TENTH AFFIRMATIVE DEFENSE

Brown Chambless, Inc. reserves the right to amend its Answer as discovery proceeds, or otherwise as evidence may be presented in the case.

/s/  Tom Burgess
Tom Burgess (BUR011)

/s/  J. Kerry Burgess
J. Kerry Burgess (BUR156)

**Attorneys for Defendant Brown Chambless Architects, Inc.**

**OF COUNSEL**:

**BURGESS ROBERTS LLC**
3618 Clairmont Avenue
Birmingham, Alabama 35222
Tel:  (205) 870-8611
tburgess@burgessroberts.com
kburgess@burgessroberts.com

– 12 –

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2020, I have electronically filed the foregoing with the Clerk of Court via AlaFile.com, which will send notification of such filing to counsel of record for all parties to this proceeding.

<u>For Plaintiffs</u>

Matthew G. Garmon
Randall S. Haynes
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
mgarmon@mhhlaw.net
rhaynes@mhhlaw.net

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
aroper@roperandwilson.com
twilson@roperandwilson.com

<u>For Otis Elevator</u>

Melody H. Eagan
Clinton T. Speegle
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
meagan@lightfootlaw.com
cspeegle@lightfootlaw.com

<u>For HGB Design Architects, PC</u>

John C. DeShazo
David S. Terry
WEBSTER HENRY
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
jdeshazo@websterhenry.com
dterry@websterhenry.com

<u>For Goodwyn, Mills & Cawood. Inc. and Goodwyn, Mills & Cawood Environmental Consultants, Inc.</u>

Michael C. Niemeyer
HAND ARENDALL LLC
71 N Section Street
Fairhope, AL 36532
<u>mniemeyer@handfirm.com</u>

*/s/  Tom Burgess*
OF COUNSEL

AlaFile E-Notice

30-CV-2020-900070.00

To:  TOM BURGESS MR.
     tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BROWN CHAMBLESS ARCHITECTS, LLC (PRO SE)
C/O DONALD CHARLES BROWN
260 COMMERCE ST, STE 200
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:       8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   GARMON MATTHEW GREGORY
      mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
         aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:     8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   NIEMEYER MICHAEL CARLTON
      mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following answer was FILED on 8/18/2020 4:40:57 PM

Notice Date:      8/18/2020 4:40:57 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

**UNITED STATES POSTAL SERVICE**

September 4, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 30-CV-2020-900070.00 | Intended Recipient: |
| Document Type: Complaint | BROWN CHAMBLESS ARCHITECTS, INC. (D003) |
| Restricted Delivery Requested: No | C/O REGISTERED AGENT |
| | 260 COMMERCE ST, STE 200 |
| | MONTGOMERY, AL 36106 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4130 2000 0044 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 4, 2020, 10:09 am |
| **Location:** | BREWTON, AL 36426 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

Signature of Recipient:    *Cerin Lender*
*Carrie Lambon*

Address of Recipient:    *P.O. Box 56*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE

twilson@roperandwilson.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN

CIRCUIT COURT CLERK

ESCAMBIA COUNTY, ALABAMA

POST OFFICE BOX 856

BREWTON, AL, 36427

251-867-0225

john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TERRY DAVID SCOTT
    dterry@websterhenry.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.

Corresponding To

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was served on 9/4/2020

D003 BROWN CHAMBLESS ARCHITECTS, INC.
Corresponding To
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

USPS CERTIFIED MAIL

9214 8901 7301 4130 2060 0044 56

30-CV-2020-900070

To:  BROWN CHAMBLESS ARCHITECTS, INC.
     C/O REGISTERED AGENT
     260 COMMERCE ST, STE 200
     MONTGOMERY, AL 36106

FUd

FILED
SEP 04 2020
John Robert Fountain, Circuit Clerk
Escambia County, Alabama

BROW260   361605547-1N        07/20/20

-R-T-S-   361065517-1N
                                        06/29/20
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
          RETURN TO SENDER

856

NEOPOST
06/04/2020
US POSTAGE $009.40⁰
ZIP 36426
041M11290844

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>30-CV-2020-900070.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
### VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

**NOTICE TO:** BROWN CHAMBLESS ARCHITECTS, INC., C/O REGISTERED AGENT 280 COMMERCE ST, STE 200, MONTGOMERY, AL 36106

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MATTHEW GREGORY GARMON MR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3500 COLONNADE PARKWAY, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VERONICA FINLEY

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

06/03/2020                        /s/ JOHN FOUNTAIN                 By: _____

*(Date)*          *(Signature of Clerk)*                    *(Name)*

*FILED 6/3/2020 1:24 PM John E. Fountain, Circuit Clerk Escambia County, Alabama*

☑ Certified Mail is hereby requested.          /s/ MATTHEW GREGORY GARMON MR.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

ELECTRONICALLY FILED
9/21/2020 9:38 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY,  )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )    CASE NO. 30-CV-2020-900070
                                    )
OTIS ELEVATOR COMPANY, *et al.*,    )
                                    )
            Defendant.              )


## **NOTICE OF SERVICE OF DISCOVERY DOCUMENT**

Please take notice that the following discovery documents have been served on behalf of defendant, Otis Elevator Company:

(X)    Defendant's Answers and Responses to Plaintiff's First Set of Combined Discovery

                          Respectfully submitted,



                          /s/ *Clinton T. Speegle*

                          *Attorney for Defendant Otis Elevator Company*


OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2020, a true and correct copy of the foregoing was

served via electronic or U.S. mail to the following counsel of record:

Matthew Garmon                                   *Attorneys for Plaintiffs*
Randall S. Haynes
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net
         rhaynes@mhhlaw.net

Jonathan Roper                                   *Attorneys for Plaintiffs*
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
          twilson@roperandwilson.com

John C. DeShazo                                  *Attorneys for HGB Design*
David S. Terry                                   *Architects, PC*
WEBSTER HENRY
2 Perimeter Park South, Suite 445 East
Birmingham, AL 35243
Email:  jdeshazo@websterhenry.com
          dterry@websterhenry.com

Michael C. Niemeyer                              *Attorney for Defendant Goodwyn,*
Hand Arendall, LLC                               *Mills & Cawood, Inc. and*
71 N Section Street                              *Goodwyn, Mills & Cawood*
Fairhope, AL 36532                               *Environmental Consultants, Inc.*
Email:  mciemeyer@handfirm.com

J. Thomas Burgess                                *Attorney for Defendants Brown*
J. Kerry Burgess                                 *Chambless Architects, Inc. and*
Burgess Roberts, LLC                             *Brown Chambless Architects, LLC*
3618 Clairmont Avenue
Birmingham, Alabama 35222
Email: tburgess@burgessroberts.com
         kburgess@burgessroberts.com

*/s/  Clinton T. Speegle*
Clinton T. Speegle

AlaFile E-Notice

30-CV-2020-900070.00

To:   CLINTON TIMOTHY SPEEGLE
      cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:     9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   GARMON MATTHEW GREGORY
       mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:     9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
        aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:        9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:     9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:      9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 9/21/2020 9:38:37 PM

Notice Date:     9/21/2020 9:38:37 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
9/23/2020 9:17 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**STATE OF ALABAMA**   Revised 3/5/08
Unified Judicial System

30-ESCAMBIA   ☐ District Court   ☑ Circuit Court   CV2...

**CIVIL MOTION COVER SHEET**

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

*Name of Filing Party:* C001 - FINLEY VERONICA
C002 - FINLEY BENGI

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

MATTHEW GREGORY GARMON MR.
3500 COLONNADE PARKWAY
BIRMINGHAM, AL 35243
*Attorney Bar No.:* GAR121

☐ Oral Arguments Requested

**TYPE OF MOTION**

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Pro Tanto Stipulation of Dismissal |
| | pursuant to Rule  n/a   (Subject to Filing Fee) |

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐

Date:
9/23/2020 9:15:09 AM

Signature of Attorney or Party
/s/ MATTHEW GREGORY GARMON MR.

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

DOCUMENT 67

ELECTRONICALLY FILED
9/23/2020 9:17 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

| | |
|---|---|
| **VERONICA FINLEY, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. CV-2020-900070** |
| ) | |
| **OTIS ELEVATOR COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## *PRO TANTO* STIPULATION OF DISMISSAL

COME NOW, the Plaintiffs, Veronica and Bengi Finley, by and through undersigned counsel of record, pursuant to Rule 41(a) of the *Alabama Rules of Civil Procedure*, and stipulate that all of Plaintiffs' claims against HBG Design Architects, P.C. are hereby dismissed with prejudice, with costs taxed as paid. Plaintiffs' claims against the remaining Defendants shall remain pending, and this dismissal shall have no effect on the claims against other persons or parties.

Respectfully submitted this 23rd day of September 2020.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama 35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

## <u>CERTIFICATE OF SERVICE</u>

On September 23, 2020, I filed this document with the Clerk of Court using the Alafile system which electronically serves a copy of all filings on all counsel of record in this case.

/s/ Matthew G. Garmon
OF COUNSEL

ELECTRONICALLY FILED
9/23/2020 9:17 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| FINLEY VERONICA, | ) | |
| FINLEY BENGI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.:        CV-2020-900070.00 |
| | ) | |
| OTIS ELEVATOR COMPANY, | ) | |
| HBG DESIGN ARCHITECTS, PC, | ) | |
| BROWN CHAMBLESS ARCHITECTS, INC., | ) | |
| BROWN CHAMBLESS ARCHITECTS, LLC | ) | |
| ET AL, | | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the *Pro Tanto* Stipulation of Dismissal filed by the Plaintiffs hereto, it is ORDERED, ADJUDGED and DECREED that all claims of Plaintiffs, Veronica and Bengi Finley, against Defendant HBG Design Architects, P.C., be and hereby are dismissed with prejudice, with each party to bear its own costs. Plaintiffs' claims against the remaining Defendants shall remain pending, and this dismissal shall have no effect on the claims against other persons or parties.

**DONE this[To be filled by the Judge].**

                                        /s/[To be filled by the Judge]
                                        **CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  MATTHEW GREGORY GARMON MR.
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
    twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:    9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:      9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:    9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:      9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:      9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 9/23/2020 9:17:15 AM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     9/23/2020 9:17:15 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

DOCUMENT 70

ELECTRONICALLY FILED
9/24/2020 8:06 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| FINLEY VERONICA, | ) |
| FINLEY BENGI, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:    CV-2020-900070.00 |
| | ) |
| OTIS ELEVATOR COMPANY, | ) |
| HBG DESIGN ARCHITECTS, PC, | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, INC., | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, LLC ET AL, | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the *Pro Tanto* Stipulation of Dismissal filed by the Plaintiffs hereto, it is ORDERED, ADJUDGED and DECREED that all claims of Plaintiffs, Veronica and Bengi Finley, against Defendant HBG Design Architects, P.C., be and hereby are dismissed with prejudice, with each party to bear its own costs. Plaintiffs' claims against the remaining Defendants shall remain pending, and this dismissal shall have no effect on the claims against other persons or parties.

**DONE this 24th day of September, 2020.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:      OTHER
Judge:            JAW

Notice Date:      9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HAYNES RANDALL STARK
rhaynes@mhhlaw.net

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:        OTHER
Judge:              JAW

Notice Date:        9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          JAW

Notice Date:    9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:      OTHER
Judge:            JAW

Notice Date:      9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | OTHER |
| Judge: | JAW |

Notice Date:    9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          JAW

Notice Date:    9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:      OTHER
Judge:            JAW

Notice Date:      9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
      kburgess@burgessroberts.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | OTHER |
| Judge: | JAW |

Notice Date:     9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:      OTHER
Judge:            JAW

Notice Date:      9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 9/24/2020 8:06:04 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     9/24/2020 8:06:04 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
10/14/2020 4:50 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No:  CV 20-900070 |
| ) | |
| OTIS ELEVATOR COMPANY, et al., ) | |
| ) | |
|     Defendants. ) | |

## PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:   Clerk of Court

    Please take notice that the following discovery documents have been filed on behalf of the Plaintiff:

(     )    Interrogatories to Defendant

**( XXX )    Response to Defendant Otis Elevator Company's First Interrogatories**

(     )    Requests for Production of Documents to Defendant

**( XXX )    Response to Defendant Otis Elevator Company's First Set of Requests for Production**

(     )    Notice of Intent to Serve Subpoena on Non-Party

(     )    Notice of Deposition

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net


Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2020, I electronically filed the foregoing with the Clerk of Court using the AlaFile system, which will provide notice of this filing to all parties/attorneys of record.

/s/ Matthew G. Garmon
Of Counsel

AlaFile E-Notice

30-CV-2020-900070.00

To:   MATTHEW GREGORY GARMON MR.
      mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:      10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
        aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:      10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:      10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:      10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:        10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 10/14/2020 4:50:06 PM

Notice Date:     10/14/2020 4:50:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



**JOHN ROBERT FOUNTAIN**
CIRCUIT CLERK and REGISTER
ESCAMBIA COUNTY CIRCUIT COURT
P.O. BOX 856
BREWTON, ALABAMA 36427-0856

FILED

OCT 2 0 2020
John Robert Fountain, Circuit Clerk
Escambia County, Alabama

NEOPOST          FIRST-CLASS MAIL

09/25/2020
US POSTAGE $000.50⁰

ZIP 36426
041M11290844

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSUL
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

NIXIE      352  FE 1        0010/17/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 36427085656      *3039-01031-25-42


DOCUMENT 74
ELECTRONICALLY FILED
9/24/2020 8:06 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA,                           )
FINLEY BENGI,                              )
Plaintiffs,                               )
                                          )        DOCUMENT 74
V.                                        ) Case No.:    CV-2020-900070.00
                                          )
OTIS ELEVATOR COMPANY,                    )
HBG DESIGN ARCHITECTS, PC,                )
BROWN CHAMBLESS                           )
ARCHITECTS, INC.,                         )
BROWN CHAMBLESS                           )
ARCHITECTS, LLC ET AL,                    )
Defendants.                               )

FILED
OCT 20 2020
John Robert Fountain, Circuit Clerk
Escambia County, Alabama

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the *Pro Tanto* Stipulation of Dismissal filed by the Plaintiffs hereto, it is ORDERED, ADJUDGED and DECREED that all claims of Plaintiffs, Veronica and Bengi Finley, against Defendant HBG Design Architects, P.C., be and hereby are dismissed with prejudice, with each party to bear its own costs. Plaintiffs' claims against the remaining Defendants shall remain pending, and this dismissal shall have no effect on the claims against other persons or parties.

DONE this 24th day of September, 2020.

/s/ JEFFREY A WHITE
CIRCUIT JUDGE

ELECTRONICALLY FILED
10/22/2020 9:04 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 30-CV-2020-900070 |
| OTIS ELEVATOR COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS REPORT

Plaintiff Veronica Finley and Bengi Finley and Defendants Otis Elevator Company, Brown Chambless Architects, Inc., Brown Chambless Architects, LLC, and Goodwyn, Mills & Cawood, Inc. (collectively the "Parties") submit this Joint Status Report and states:

1.      This is a personal injury action that was filed on June 3, 2020.  All named parties have now been served.  One named party has not yet answered.

2.      The Parties have exchanged written discovery and are in the process of submitting responses and objections.  Third-party discovery and depositions have not yet begun.  As such, the Parties agree that this case is not ready for trial.

3.      Therefore, the Parties respectfully ask this Court to generally continue this case and set this case for a status conference in the spring of 2021.

Respectfully Submitted,

*/s/ Matthew G. Garmon*
One of the Attorneys for Plaintiffs,
Veronica and Benji Finley

OF COUNSEL:
Matthew Garmon
**MORRIS HAYNES**

3500   Colonnade   Parkway,   Suite   100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
**MORRIS HAYNES**
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
**ROPER AND WILSON, LLC**
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
              twilson@roperandwilson.com

*/s/ Clinton T. Speegle*
One  of  the  Attorneys  for  Defendant  Otis
Elevator Company

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

*/s/ Michael C. Niemeyer*
One of the Attorneys for Defendant Goodwyn,
Mills & Cawood, Inc.

Michael Carlton Niemeyer
**HAND ARENDALL, LLC**
PO Box 1499
Fairhope, AL  36533-1499
Tel:  251-990-0739

Email:  mniemeyer@handarendall.com

*/s/ James K. Burgess*
One of the Attorneys for Defendants Brown Chambless Architects, Inc. and Brown Chambless Architects, LLC

James T. Burgess, Jr.
James K. Burgess
**BURGESS ROBERTS, LLC**
3618 Clairmont Avenue
Birmingham, AL 35222
Tel:  205-870-8611
Email:  tburgess@burgessroberts.com
       kburgess@burgessroberts.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of October, 2020, a true and correct copy of the foregoing was served on counsel of record by filing the same on AlaFile, and also depositing a copy of same in the United States Mail, postage prepaid, properly addressed to:

Goodwyn, Mills & Cawood
Environmental Consultants
C/O George T. Goodwyn
125 Interstate Park Dr.
Montgomery, AL  36109


/s/ *Clinton T. Speegle* _____
*Of Counsel*

AlaFile E-Notice

30-CV-2020-900070.00

To:  CLINTON TIMOTHY SPEEGLE
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:     10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:     10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
        aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:        10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:    10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:     10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:      10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 10/22/2020 9:04:01 AM

Notice Date:       10/22/2020 9:04:01 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
11/2/2020 11:34 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## ORDER

The Circuit Court of the 21st Judicial Circuit had previously set a status call of the Civil Jury Docket to be called on November 9, 2020, at 9:00 a.m.. Due to concerns regarding the COVID-19 Pandemic, the Call of the Civil Jury Docket will NOT BE CALLED as scheduled.

Each party in all cases set on the November 9, 2020 docket are ORDERED to file with the Court a status report setting forth the party's position as to whether the party's specific case is ready to be set for trial during the January, 2021 term of Court, which is scheduled to be held during the week of January 11-15, 2021. Should the opposing parties in a particular case be unable to agree on whether the case is ready for trial during the January, 2021 term, the parties shall submit a brief summary of the reasons to support their positions. Said status reports shall be submitted no later than 9:00 a.m. on November 9, 2020.

Upon submission and review of said status reports, the Court will decide what, if any, cases shall be set for trial during the January, 2021 term of Court.

The Court's Order is not definitive that jury trials will be held during said jury term. The status of said term will be determined based upon health concerns of the COVID-19 Pandemic and further Orders of the Supreme Court of Alabama. Parties to all cases set for trial during the January, 2021 jury term should be cognizant of any and all orders previously entered by the Circuit Court of the 21st Judicial Circuit in their perspective cases.

DONE this __2__ day of November, 2020.

_____
Jeffrey A. White
Presiding Circuit Judge

_____
Jeffrey T. Stearns
Circuit Judge

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:     11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:    11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
        aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:        11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:      11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:     11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:      11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:      11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:      11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:      11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:     11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:     11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 11/2/2020 11:36:59 AM

Notice Date:        11/2/2020 11:36:59 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

JOHN ROBERT FOUNTAIN
P.O. BOX 856
BREWTON  AL  36427



PRSRT  FIRST CLASS
US POSTAGE PAID
MONTGOMERY, AL
PERMIT  #994

CASE NO: CV 2020 900070.00

RETURN SERVICE REQUESTED



FILED

NOV 23 2020

John Robert Fountain, Circuit Clerk
Escambia County, Alabama

GOODWYN, MILLS & CAWOOD ENVIRONMENT
125 INTERSTATE PARK DR
MONTGOMERY, AL 36109-5488

NIXIE       352    FE 1260          0011/28/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 36427085656        *2075-07563-20-00

DOCUMENT 79

* * * IN THE CIRCUIT COURT OF ESCAMBIA COUNTY * * *

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
PLA ATTY: GARMON MATTHEW GREGORY      DEF ATTY: SPEEGLE CLINTON TIMOTHY
         HAYNES RANDALL STARK                   EAGAN MELODY HURDLE
         ROPER JONATHAN ANDREW
         WILSON TIMOTHY WAYNE

         CASE:        CV 2020 900070.00
         JUDGE:       JEFFREY A WHITE
CASE SET FOR:         STATUS REVIEW/DKT
ON THIS DATE:         11/09/2020 AT: 0900 AM
         PLACE:       ESCAMBIA COURTHOUSE
                      ESCAMBIA COUNTY COURTHOUSE
                      BREWTON,   ALABAMA

FILED
NOV 23 2020
John Robert Fountain, Circuit Clerk
Escambia County, Alabama

CASE 0038 OF 0044 CASES

(10/09/2020)   OPER: STB                02030      FORM: A465



ELECTRONICALLY FILED
12/1/2020 11:46 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY, et al.,            )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )        Civil Action No:  CV 20-900070
                                    )
OTIS ELEVATOR COMPANY, et al.,      )
                                    )
        Defendants.                 )

---

## PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

---

Take notice that upon the expiration of fifteen (15) days from the date of service of this notice that the Plaintiff will apply to the Clerk of the Court for issuance of the attached subpoena directed to the following entity, who is not a party and whose address is listed below, to produce the documents and things at the time and place specified in the attached subpoena:

Wind Creek Atmore
303 Poarch Rd
Atmore, AL  36502

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama  35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama  35011
T: 256-329-2000
E: rhaynes@mhhlaw.net


Jonathan Roper (ROP010)
Timothy Wilson (WIL470)
**ROPER AND WILSON, LLC**
**ATTORNEYS AT LAW**
3829 Lorna Road, Suite 302
Hoover, Alabama 35244
T: 205-769-6145
E: aroper@roperandwilson.com
   twilson@roperandwilson.com

Attorneys for Plaintiffs


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of Court using the AlaFile system, which will provide notice of this filing to all parties/attorneys of record.

/s/ Matthew G. Garmon
Of Counsel

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **VERONICA FINLEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No:  CV 20-900070** |
| | ) | |
| **OTIS ELEVATOR COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**PLAINTIFF'S CIVIL SUBPOENA FOR
PRODUCTION OF DOCUMENTS UNDER RULE 45**

---

**TO:   Wind Creek Atmore
        303 Poarch Rd
        Atmore, AL  36502**

You are hereby commanded, at the instance of the Plaintiff, within 15 days after service of this subpoena:

To produce and permit said party to inspect and to copy each of the following documents:

A **CERTIFIED COPY** of any and all incident reports, surveillance photos, surveillance videos, and any/all other documents for any and all elevators located at Wind Creek Hotel in Atmore, AL for the date of June 4, 2018.

The above records are to be sent to:  **Attention:  Leigh Glass, Paralegal, Morris Haynes, 3500 Colonnade Parkway, Suite 100, Birmingham, AL  35243**.

You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production or inspection.

You have the option to deliver or mail legible copies of documents to the party causing the issuance of this subpoena but you may condition such activity on your part upon the payment in advance by the party causing the issuance of this subpoena of the reasonable costs of the making of such copies.  The said party agrees to pay all reasonable expenses incurred by you at the aforementioned time and place or upon receipt of said documents.

Rule 45 of the Alabama Rules of Civil Procedure, which applies to this request for documents, provides in sections (c) and (d) as follows:

(c)     Protection of Persons Subject to Subpoenas:

(1)     A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)     (A)     A person commanded to produce and inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)     Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection of and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein, means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)     (A)     On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)     fails to allow reasonable time for compliance.

(ii)    requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a non-resident of this state who is not a party or an officer of a party to travel to a place within the

state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of Clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)    subjects a person to undue burden.

(B)    If a subpoena

(i)    requires a disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)    requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than one hundred (100) miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued, shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    Duties in Responding to Subpoena:

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of

the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

You have the right to object at any time prior to the date set forth in this subpoena for compliance.  Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena and stating, with respect to any item to which objection is made, your reasons for such objection.

This the _____ day of _____, 2020.


_____
Mobile County Circuit Court Clerk


**RETURN ON SERVICE**

Received this subpoena on _____ and served it on the within named _____ on the _____ day of _____, 2020.


_____
Process Server

AlaFile E-Notice

30-CV-2020-900070.00

To:  MATTHEW GREGORY GARMON MR.
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:      12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:      12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:      12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:      12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:      12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:        12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 12/1/2020 11:45:53 AM

Notice Date:     12/1/2020 11:45:53 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
12/2/2020 5:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**STATE OF ALABAMA**
Unified Judicial System

30-ESCAMBIA

☐ District Court   ☑ Circuit Court

Revised 3/5/08

Cas...   CV2...

| | |
|---|---|
| VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL | **CIVIL MOTION COVER SHEET** |
| | *Name of Filing Party:* D001 - OTIS ELEVATOR COMPANY |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

Melody H. Eagan

400 20th Street North

Birmingham, AL 35203

*Attorney Bar No.:* HUR009

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☑ Other    Verified Application to Practice Pro Hac Vice | ☐ In Limine |
| pursuant to Rule  VII of the Rules Governing    ($325.00) Admission to the State Bar | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $    0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule          (Subject to Filing Fee) |

| | | |
|---|---|---|
| ☐ Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) | Date:<br>12/2/2020 5:28:19 PM | Signature of Attorney or Party<br>/s/ Melody H. Eagan |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
12/2/2020 3:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

Veronica Finley and Bengi Finley ,

Plaintiff

30-CV-2020-900070

Case No.

VS.

Circuit Court Escambia County

(Court or Administrative Agency)

Otis Elevator Company, et al. ,

Defendant

<h1 style="text-align:center">VERIFIED APPLICATION FOR ADMISSION<br>TO PRACTICE UNDER RULE VII OF THE<br>RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR</h1>

Comes now Rachel N. Byrnes , applicant herein, and respectfully represents the following:

1. Applicant resides at 1220 West 6th Street, Apt 604 ,

Street Address

Cleveland , Cuyahoga , Ohio ,

| City | County | State |

44113 , 216.696.3856 , 

| Zip Code | Telephone | Social Security Number |

2. Applicant is an attorney and a member of the law firm of (or practices law under the name of) Tucker Ellis LLP , with offices at 950 Main Ave. Ste. 1100 , Cleveland ,

| Street Address | City |

Cuyahoga , Ohio , 44113 , 216.592.5000 ,

| County | State | Zip Code | Telephone |

rachel.byrnes@tuckerellis.com

E-mail

3. Applicant has been retained personally or as a member of the above named law firm by Otis Elevator Company to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

4. Since November 13 of 19/20 18 , applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Ohio , where applicant regularly practices law **ATTACH A CERTIFICATE OF GOOD STANDING.**

5. Applicant has been admitted to practice before the following courts: (List all of the following courts applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states.)

| Court: | Date Admitted: |
|---|---|
| United States Court of Appeals for the Sixth Circuit | 04/29/2020 |
| United States District for the Northern District of Oh | 03/08/2019 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Applicant is presently a member in good standing of the Bars of those courts listed above, except as may be listed below: (Here list any court named in the preceding paragraph that applicant is no longer admitted to practice before.)

N/A

6. Applicant presently is not subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A
_____

_____

7. Applicant presently is not subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A
_____

_____

8. Applicant never has been subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A
_____

_____

9. Applicant never has been subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A
_____

_____

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked, except as provided below (give particulars, e.g., date, administrative body, date of suspension and reinstatement):

N/A
_____

_____

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

N/A
_____

_____

12. Applicant or a member of applicant's firm has filed applications(s) to appear as counsel under Rule VII during the past three (3) years in the following matters:

| Date of Application | Name of Applicant | Case No. and Style of Case | Court or Admin. Body | Application Granted/Denied |
|---|---|---|---|---|
| 10/23/2020 | Savannah Fox, | Little v. Wade Perry Caple, et al., | Jefferson County, | 11/9/ |
| 10/23/2020 | Ryan Winkler, | Little v. Wade Perry Caple, et al., | Jefferson County, | 11/9/ |
| 5/3/2018 | Daniel Finer, | 02-CV-18-900688, | Mobile County, | Pending |

(If necessary, please attach statement of additional applications.)

13. Local counsel of record associated with applicant in this matter is Melody Eagan and Clinton Speegle, Lightfoot, Franklin & White, L.L.C. ,

who has offices at The Clark Building, 400 North 20th Street ,

| Birmingham | Jefferson | ,Alabama, |
|---|---|---|
| City | County | |

| 35203 | 205.581.0700 | cspeegle@lightfootlaw.com |
|---|---|---|
| Zip Code | Telephone | E-mail |

14. The following list accurately states the name and address of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the name and address of each counsel of record who has appeared for each party:

| Name of Party | Mailing Address |
|---|---|
| Veronica Finley | 1180 County Road 45, Camp Hill, AL 3685 |
| Bengi Finley | 1180 County Road 45, Camp Hill, AL 3685 |
| Otis Elevator Company | 2 North Jackson St. Suite 605, Montgom |
| Goodwyn, Mills & Cawood | 2660 Eastchase Lane, Suite 200, Montgon |
| Brown Chambliss Architects | 260 Commerce St., Suite 200, Montgomer |

(Item 14, Continued)

Name of Counsel: Matthew G. Garmon        Party Represented: Plaintiffs

Mailing Address and E-mail: Morris Haynes
3500 Colonnade Parkway, Suite 100
Birmingham, AL  35243
mgarmon@mhhlaw.net

Name of Counsel: Randall S. Haynes        Party Represented: Plaintiffs

Mailing Address and E-mail: Morris Haynes
P.O. Box 1660
Alexander City, AL  35011
rhaynes@mhhlaw.net

Name of Counsel: Jonathan Roper        Party Represented: Plaintiffs

Mailing Address and E-mail: Roper and Wilson, LLC
3829 Lorna Road, Suite 302
Hoover, AL  35244
aroper@roperandwilson.com

Name of Counsel: Michael C. Niemeyer        Party Represented: Goodwyn, Mills & Cawood

Mailing Address and E-mail: Hand Arendall, LLC
P.O. Box 1499
Fairhope, AL  36533-1499
mniemeyer@handarendall.com

Name of Counsel: James T. Burgess, Jr.        Party Represented: Brown Chambliss Architects

Mailing Address and E-mail: Burgess Roberts, LLC
3618 Clairmont Avenue
Birmingham, AL  35222
tburgess@burgessroberts.com

(If necessary, please attach list of additional attorney's)

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above named court or administrative agency for this cause only.

DATED this _5th day_ of _November_ , 20_20_ .

_____
APPLICANT

STATE OF _Ohio_ )
COUNTY OF _Cuyahoga_ )

I, _Rachel N. Byrnes_ ,do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
APPLICANT

Subscribed and Sworn to before me this
_5th_ day of _November_ , 20_20_ .

_____
NOTARY PUBLIC

LINDA M. KAROHL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Lorain County
My Comm. Exp. 5/22/23

I hereby consent, as local counsel of record, to the association of applicant in this cause pursuant to Rule VII of the Rules Governing Admission to the Alabama State Bar.

DATED this ___2nd___ day of ___December___ ,20 _20_ .

_____
LOCAL COUNSEL

## NOTICE OF HEARING

This application for admission is set for hearing by the court or administrative agency in the style hereof on the __5th__ day of __January__ ,20 _21_ . Counsel hereby requests Zoom access to this hearing.

_____
LOCAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this application and fees with the Alabama State Bar:

[X] **Civil** PHV Motions:  via **Alafile** (Including $300 electronic filing fee/$25 electronic CSF Assessment)

[ ] **Criminal** PHV Motions: via USPS to Alabama State Bar, PHV Regulatory Office, PO Box 671, Montgomery, AL 36101, accompanied by **two separate checks** ($300 filing fee/$25 CSF Assessment) (Must be filed with the Bar at least 21 days prior to PHV hearing date provided above)

On this the _2nd_ day of ___December___ , 20 _20_ .

_____
LOCAL COUNSEL

(Form approved by Alabama State Bar and Alabama Supreme Court to be effective January 1,1994.)

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Rachel Nicole Byrnes**
Attorney Registration No. **0097736**

was admitted to the practice of law in Ohio on November 13, 2018; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 27th day of October, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

Lori J. Gilbert, *Attorney Services Specialist*
*Office of Attorney Services*

No. 2020-10-27-1
Verify by email at GoodStandingRequests@sc.ohio.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   Melody H. Eagan
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
    cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:       12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  CATHY MCCURRY
cathysue.mccurry@alabar.org

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:30:08 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:30:08 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
12/2/2020 5:32 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

30-ESCAMBIA

Revised 3/5/08

☐ District Court  ☑ Circuit Court

Cas

CV2

## CIVIL MOTION COVER SHEET

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

*Name of Filing Party:* D001 - OTIS ELEVATOR COMPANY

---

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

Melody H. Eagan

400 20th Street North

Birmingham, AL 35203

*Attorney Bar No.:* HUR009

☐ Oral Arguments Requested

---

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☑ Other _Verified Application to Practice Pro Hac Vice_ | ☐ In Limine |
| pursuant to Rule _VII of the Rules Governing Admission to the State Bar_ ($325.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule ___ (Subject to Filing Fee) |

---

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:

12/2/2020 5:31:54 PM

Signature of Attorney or Party

/s/ Melody H. Eagan

---

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
12/2/2020 3:32 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

Veronica Finley and Bengi Finley
_____ ,
Plaintiff

VS.

Otis Elevator Company, et al.
_____ ,
Defendant

30-CV-2020-900070
_____
Case No.

Circuit Court Escambia County
_____
(Court or Administrative Agency)

# VERIFIED APPLICATION FOR ADMISSION
## TO PRACTICE UNDER RULE VII OF THE
## RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR

Comes now Seth J. Linnick _____ , applicant herein, and respectfully represents the following:

1. Applicant resides at 2058 West 18th St. _____ ,

Cleveland _____ , Cuyahoga _____ , Ohio _____ ,
City                         County                        State

44113 _____ , 216-696-4976 _____ , _____
Zip Code                  Telephone                 Social Security Number

2. Applicant is an attorney and a member of the law firm of (or practices law under the name of) Tucker Ellis LLP _____ , with offices at 950 Main Ave. Ste. 1100 _____ , Cleveland _____ ,
Street Address                              City

Cuyahoga _____ , Ohio _____ , 44113 _____ , 216.592.5000 _____ ,
County                State                    Zip Code              Telephone

seth.linnick@tuckerellis.com
_____
E-mail

3. Applicant has been retained personally or as a member of the above named law firm by Otis Elevator Company _____ to provide legal representation in connection with the above-styled matter now pending before the above-named court or administrative agency of the State of Alabama.

4. Since November 17 _____ of 19/20 08 ___, applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Ohio _____, where applicant regularly practices law **ATTACH A CERTIFICATE OF GOOD STANDING.**

5. Applicant has been admitted to practice before the following courts: (List all of the following courts applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states.)

| Court: | Date Admitted: |
|---|---|
| United States District for the Northern District of Oh | 2008 |
| United States District for the District of North Dako | 10/19/2009 |
| United States District Court for the Eastern District | 08/19/2010 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Applicant is presently a member in good standing of the Bars of those courts listed above, except as may be listed below: (Here list any court named in the preceding paragraph that applicant is no longer admitted to practice before.)
N/A

6. Applicant presently is not subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A

_____

_____

7. Applicant presently is not subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A

_____

_____

8. Applicant never has been subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A

_____

_____

9. Applicant never has been subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A

_____

_____

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked, except as provided below (give particulars, e.g., date, administrative body, date of suspension and reinstatement):

N/A

_____

_____

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

N/A

_____

_____

12. Applicant or a member of applicant's firm has filed applications(s) to appear as counsel under Rule VII during the past three (3) years in the following matters:

| Date of Application | Name of Applicant | Case No. and Style of Case | Court or Admin. Body | Application Granted/Denied |
|---|---|---|---|---|
| 10/23/2020 | Savannah Fox, | Little v. Wade Perry Caple, et al., | Jefferson County, | 11/9/ |
| 10/23/2020 | Ryan Winkler, | Little v. Wade Perry Caple, et al., | Jefferson County, | 11/9/ |
| 5/3/2018 | Daniel Finer, | 02-CV-18-900688, | Mobile County, | Pending |

(If necessary, please attach statement of additional applications.)

13. Local counsel of record associated with applicant in this matter is

Melody Eagan and Clinton Speegle, Lightfoot, Franklin & White, L.L.C.,

who has offices at The Clark Building, 400 North 20th Street,

| Birmingham | Jefferson | ,Alabama, |
|---|---|---|
| City | County | |

| 35203 | 205.581.0700 | cspeegle@lightfootlaw.com |
|---|---|---|
| Zip Code | Telephone | E-mail |

14. The following list accurately states the name and address of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the name and address of each counsel of record who has appeared for each party:

| Name of Party | Mailing Address |
|---|---|
| Veronica Finley | 1180 County Road 45, Camp Hill, AL 3685 |
| Bengi Finley | 1180 County Road 45, Camp Hill, AL 3685 |
| Otis Elevator Company | 2 North Jackson St. Suite 605, Montgom |
| Goodwyn, Mills & Cawood | 2660 Eastchase Lane, Suite 200, Montgom |
| Brown Chambliss Architects | 260 Commerce St., Suite 200, Montgome |

(Item 14, Continued)

Name of Counsel: Matthew G. Garmon        Party Represented: Plaintiffs

Mailing Address and E-mail: Morris Haynes
3500 Colonnade Parkway, Suite 100
Birmingham, AL  35243
mgarmon@mhhlaw.net

Name of Counsel: Randall S. Haynes        Party Represented: Plaintiffs

Mailing Address and E-mail: Morris Haynes
P.O. Box 1660
Alexander City, AL  35011
rhaynes@mhhlaw.net

Name of Counsel: Jonathan Roper        Party Represented: Plaintiffs

Mailing Address and E-mail: Roper and Wilson, LLC
3829 Lorna Road, Suite 302
Hoover, AL  35244
aroper@roperandwilson.com

Name of Counsel: Michael C. Niemeyer        Party Represented: Goodwyn, Mills & Cawood

Mailing Address and E-mail: Hand Arendall, LLC
P.O. Box 1499
Fairhope, AL  36533-1499
mniemeyer@handarendall.com

Name of Counsel: James T. Burgess, Jr.        Party Represented: Brown Chambliss Architects

Mailing Address and E-mail: Burgess Roberts, LLC
3618 Clairmont Avenue
Birmingham, AL  35222
tburgess@burgessroberts.com

(If necessary, please attach list of additional attorney's)

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above named court or administrative agency for this cause only.

DATED this _____30th_____ of _____November_____, 2020.

_/s/ Seth J. Linnick_
APPLICANT

STATE OF _Ohio_                )
COUNTY OF _Cuyahoga_           )

I, _Seth J. Linnick_ ,do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
APPLICANT

Subscribed and Sworn to before me this
_30th_ day of _November_ , 2020 .

_____
NOTARY PUBLIC

CAROL QUILLIN
Notary Public, State of Ohio
My Commission Expires
March 13, 2024

I hereby consent, as local counsel of record, to the association of applicant in this cause pursuant to Rule VII of the Rules Governing Admission to the Alabama State Bar.

DATED this _____2nd_____ day of ___December___ ,20 20 .

_____
LOCAL COUNSEL

## NOTICE OF HEARING

This application for admission is set for hearing by the court or administrative agency in the style hereof on the __5th__ day of __January__ ,20 21 . Counsel hereby requests Zoom access to this hearing.

_____
LOCAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this application and fees with the Alabama State Bar:

[X] **Civil** PHV Motions: via **Alafile** (Including $300 electronic filing fee/$25 electronic CSF Assessment)

[ ] **Criminal** PHV Motions: via USPS to Alabama State Bar, PHV Regulatory Office, PO Box 671, Montgomery, AL 36101, accompanied by **two separate checks** ($300 filing fee/$25 CSF Assessment) (Must be filed with the Bar at least 21 days prior to PHV hearing date provided above)

On this the _2nd_ day of __Dec.__ ,20 20 .

_____
LOCAL COUNSEL

(Form approved by Alabama State Bar and Alabama Supreme Court to be effective January 1,1994.)



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Seth Jacob Linnick**
Attorney Registration No. **0083494**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of October, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Kirstyn Podojak, Attorney Services Specialist*
*Office of Attorney Services*



No. 2020-10-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  Melody H. Eagan
     meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY
OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE
[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]


Notice Date:     12/2/2020 5:32:36 PM



JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:       12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:      12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: CATHY MCCURRY
cathysue.mccurry@alabar.org

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/2/2020 5:32:36 PM

D001 OTIS ELEVATOR COMPANY

OTHER - VERIFIED APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

[Filer: EAGAN MELODY HURDLE]

Notice Date:     12/2/2020 5:32:36 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
12/4/2020 2:04 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK



# ALABAMA STATE BAR

415 Dexter Avenue ▪ Post Office Box 671 ▪ Montgomery, Alabama 36101
Telephone: 334/269-1515 ▪ Fax: 334/261-6310
www.alabar.org

## STATEMENT

The following information, in response to the application of petitioner, is furnished in compliance with Rule VII, Rules Governing Admission to the Alabama State Bar  *(Pro HacVice):*

**PETITIONER:**      Ms. Rachel N. Byrnes
Tucker Ellis, LLP
950 Main Ave Ste 1100
Cleveland, OH    44113-0000


**CURRENT APPLICATION:**

Date Application Received:      December 02, 2020
Case No.:      30-CV20-900070
Style:      Veronica Finley, et al v. Otis Elevator
Company, et al
Court/Agency:      Circuit Court of Escambia County
Date of Hearing:      January 05, 2021

**LOCAL COUNSEL:**  Ms. Melody Hurdle Eagan
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL    35203-3202


APPLICATIONS FOR RULE VII ADMISSION HAVE BEEN MADE BY ABOVE PETITIONER OR OTHER ATTORNEY MEMBERS OF PETITIONER'S FIRM IN THE PRECEDING THREE YEARS AS LISTED:

See Attached


 s/Cathy Sue McCurry
PHV Clerk
December 04, 2020



Lawyers Render Service

**Tucker Ellis LLP**

Dates reported: December 3, 2017 - December 2, 2020

| Applicant | Date App Received | Case | Court | G/D/P/M |
|-----------|-------------------|------|-------|---------|
| Rachel N. Byrnes | | | | |
| | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Daniel M. Finer | | | | |
| | 05/03/2018 | 02-CV18-900688 | Circuit Court of Mobile County | Pending |
| Savannah M. Fox | | | | |
| | 10/23/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |
| Seth J. Linnick | | | | |
| | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Ryan  Winkler | | | | |
| | 10/26/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   CATHY SUE MCCURRY MS.
      cathysue.mccurry@alabar.org

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:    12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:        12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:06:59 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:    12/4/2020 2:06:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
12/4/2020 2:05 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## STATEMENT

The following information, in response to the application of petitioner, is furnished in compliance with Rule VII, Rules Governing Admission to the Alabama State Bar *(Pro HacVice):*

**PETITIONER:**  Mr. Seth J. Linnick
Tucker Ellis, LLP
950 Main Ave Ste 1100
Cleveland, OH     44113-0000

**CURRENT APPLICATION:**

Date Application Received:  December 02, 2020
Case No.:  30-CV20-900070
Style:  Veronica Finley, et al v. Otis Elevator Company, et al
Court/Agency:  Circuit Court of Escambia County
Date of Hearing:  January 05, 2021

**LOCAL COUNSEL:**  Ms. Melody Hurdle Eagan
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL     35203-3202

APPLICATIONS FOR RULE VII ADMISSION HAVE BEEN MADE BY ABOVE PETITIONER OR OTHER ATTORNEY MEMBERS OF PETITIONER'S FIRM IN THE PRECEDING THREE YEARS AS LISTED:

See Attached

s/Cathy Sue McCurry
PHV Clerk
December 04, 2020



**Tucker Ellis LLP**

Dates reported: December 3, 2017 - December 2, 2020

| Applicant | Date App Received | Case | Court | G/D/P/M |
|---|---|---|---|---|
| Rachel N. Byrnes | | | | |
| | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Daniel M. Finer | | | | |
| | 05/03/2018 | 02-CV18-900688 | Circuit Court of Mobile County | Pending |
| Savannah M. Fox | | | | |
| | 10/23/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |
| Seth J. Linnick | | | | |
| | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Ryan  Winkler | | | | |
| | 10/26/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  CATHY SUE MCCURRY MS.
     cathysue.mccurry@alabar.org

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date: 12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:      12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:       12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/4/2020 2:08:06 PM

D001 OTIS ELEVATOR COMPANY
STATEMENT IN RESPONSE TO PHV APPLICATION

[Filer: ]

Notice Date:     12/4/2020 2:08:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
12/8/2020 8:04 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| FINLEY VERONICA, | ) |
| FINLEY BENGI, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:    CV-2020-900070.00 |
| | ) |
| OTIS ELEVATOR COMPANY, | ) |
| HBG DESIGN ARCHITECTS, PC, | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, INC., | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, LLC ET AL, | ) |
| Defendants. | ) |

## ORDER ON VERIFIED APPLICATION TO APPEAR PRO HAC VICE

This cause having come before the Court upon the foreign attorney's Verified Application to Appear Pro Hac Vice, and the Court being otherwise fully advised in the premise,

It is therefore,

ORDERED AND ADJUDGED:

1.    The foreign attorney, Rachel N. Byrnes, is hereby allowed to appear Pro Hac Vice, in the representation of the Defendant, Otis Elevator Company, in the instant case.

2.    Attorney Rachel N. Byrnes will continue to represent the client in the instant case until the final determination of the cause; and that, with reference to all matters incident to such cause, will consent to the jurisdiction of the courts of the State of Alabama, of the disciplinary tribunals of the Alabama Bar, and of the Alabama Board of Bar Admissions in all respects as if she were a regularly

admitted and  licensed member of the Alabama Bar.

**DONE this 8th day of December, 2020.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:     12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:     12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:     12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:     12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:     12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES KERRY
       kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:        12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:04:08 AM

Notice Date:      12/8/2020 8:04:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
12/8/2020 8:06 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA,                    )
FINLEY BENGI,                       )
Plaintiffs,                         )
                                    )
V.                                  ) Case No.:     CV-2020-900070.00
                                    )
OTIS ELEVATOR COMPANY,              )
HBG DESIGN ARCHITECTS, PC,          )
BROWN CHAMBLESS                     )
ARCHITECTS, INC.,                   )
BROWN CHAMBLESS                     )
ARCHITECTS, LLC ET AL,              )
Defendants.                         )

## ORDER ON VERIFIED APPLICATION TO APPEAR PRO HAC VICE

This cause having come before the Court upon the foreign attorney's Verified
Application to Appear Pro Hac Vice, and the Court being otherwise fully advised
in the premise,

It is therefore,

ORDERED AND ADJUDGED:

1.      The foreign attorney, Seth J. Linnick, is hereby allowed to appear Pro Hac
Vice, in the representation of the Defendant, Otis Elevator Company, in the instant
case.

2.      Attorney Seth J. Linnick will continue to represent the client in the instant
case until the final determination of the cause; and that, with reference to all
matters incident to such cause, will consent to the jurisdiction of the courts of the
State of Alabama, of the disciplinary tribunals of the Alabama Bar, and of the
Alabama Board of Bar Admissions in all respects as if he were a regularly admitted

and  licensed member of the Alabama Bar.

**DONE this 8th day of December, 2020.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:     12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:     12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:     12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: TERRY DAVID SCOTT
dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:     12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:     12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 8:05:35 AM

Notice Date:      12/8/2020 8:05:35 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
12/8/2020 12:23 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| FINLEY VERONICA, | ) |
| FINLEY BENGI, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:      CV-2020-900070.00 |
| | ) |
| OTIS ELEVATOR COMPANY, | ) |
| HBG DESIGN ARCHITECTS, PC, | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, INC., | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, LLC ET AL, | ) |
| Defendants. | ) |

### ORDER

The Order entered this date on the Application to Appear Pro Hac Vice allowing Rachel N. Byrnes to appear pro hac vice was entered in error and is hereby VACATED. A hearing will be set on the application after coordination with the necessary parties.

**DONE this 8th day of December, 2020.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:      12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:      12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
      cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:      12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:      12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
      kburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:      12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:     12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:25:59 PM

Notice Date:       12/8/2020 12:25:59 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
12/8/2020 12:25 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| FINLEY VERONICA, | ) |
| FINLEY BENGI, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:   CV-2020-900070.00 |
| | ) |
| OTIS ELEVATOR COMPANY, | ) |
| HBG DESIGN ARCHITECTS, PC, | ) |
| BROWN CHAMBLESS | |
| ARCHITECTS, INC., | ) |
| BROWN CHAMBLESS | |
| ARCHITECTS, LLC ET AL, | ) |
| Defendants. | ) |

## ORDER

The Order entered this date on the Application to Appear Pro Hac Vice allowing Seth J. Linnick to appear pro hac vice was entered in error and is hereby VACATED. A hearing will be set on the application after coordination with the necessary parties.

**DONE this 8th day of December, 2020.**

**/s/ JEFFREY A WHITE**
_____
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:     12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:     12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:     12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:     12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:        12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 12/8/2020 12:28:02 PM

Notice Date:      12/8/2020 12:28:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: MATTHEW GREGORY GARMON MR.
mgarmon@mhhlaw.net

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:     01/25/2021
Hearing Time:     09:00:00 AM
Location:         Virtual Hearing

Notice Date:      12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  RANDALL STARK HAYNES
     rhaynes@mhhlaw.net

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:    01/25/2021
Hearing Time:    09:00:00 AM
Location:        Virtual Hearing

Notice Date:     12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  JONATHAN ANDREW ROPER
     aroper@roperandwilson.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:    01/25/2021
Hearing Time:    09:00:00 AM
Location:        Virtual Hearing

Notice Date:     12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TIMOTHY WAYNE WILSON ESQ.
     twilson@roperandwilson.com

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:     01/25/2021
Hearing Time:     09:00:00 AM
Location:         Virtual Hearing

Notice Date:      12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:     01/25/2021
Hearing Time:     09:00:00 AM
Location:         Virtual Hearing

Notice Date:      12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  Melody H. Eagan
     meagan@lfwlaw.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:     01/25/2021
Hearing Time:     09:00:00 AM
Location:         Virtual Hearing

Notice Date:      12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   JOHN DESHAZO
jdeshazo@websterhenry.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

| | |
|---|---|
| Hearing Date: | 01/25/2021 |
| Hearing Time: | 09:00:00 AM |
| Location: | Virtual Hearing |
| Notice Date: | 12/9/2020 2:39:06 PM |

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DAVID SCOTT TERRY
     dterry@websterhenry.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:   01/25/2021
Hearing Time:   09:00:00 AM
Location:       Virtual Hearing

Notice Date:    12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TOM BURGESS MR.
     tburgess@burgessroberts.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:     01/25/2021
Hearing Time:     09:00:00 AM
Location:         Virtual Hearing

Notice Date:      12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  J. KERRY BURGESS MR.
     kburgess@burgessroberts.com

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:      01/25/2021
Hearing Time:      09:00:00 AM
Location:          Virtual Hearing

Notice Date:       12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   Michael C. Niemeyer
      mniemeyer@handarendall.com

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:   01/25/2021
Hearing Time:   09:00:00 AM
Location:       Virtual Hearing

Notice Date:    12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
     C/O GEORGE T. GOODWYN
     125 INTERSTATE PARK DR
     MONTGOMERY, AL, 36109-0000

---

# NOTICE OF VIRTUAL HEARING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter is SET FOR VIRTUAL HEARING

VERIFIED APPLICATION TO APPEAR PRO HAC VICE

12/9/2020 2:39:06 PM

Hearing Date:   01/25/2021
Hearing Time:   09:00:00 AM
Location:       Virtual Hearing

Notice Date:    12/9/2020 2:39:06 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
12/16/2020 12:58 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**State of Alabama**
**Unified Judicial System**

**Form C-13 (front)   Rev. 4/18**

**ORDER TO APPEAR**
**(SUBPOENA)**

**Cas** 30-0

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

☐ **State of Alabama**
☐ **Municipality of** _____
☑ **VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
   **(For Juvenile cases only):**
☐ **In the Matter of** _____

A.  Issued at the request of :
1. ☑ Plaintiff/State
2. ☐ Defendant
3. ☐ Grand Jury

B.  Special Instructions
   You are ordered to:
1. ☐ Appear at trial
2. ☑ Produce records or documents-See attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

WIND CREEK ATMORE

303 POARCH RD
ATMORE, AL 36502

**You may contact:**  MATTHEW GREGORY GARMON MR. 3500 COLONNADE PARKWAY BIRMINGHAM, AL 35243 (205) 324-4008

**YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and/or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.**

**ADDITIONAL INSTRUCTIONS**
Any inspection or production of documents or records
must be completed within 15 days

| | |
|---|---|
| **DATE:** | 12/31/2020 12:00 PM |
| **ROOM:** | Morris Haynes |
| **ADDRESS:** | 3500 Colonnade Parkway |
| | Suite 100 |
| | Birmingham, AL 35243 |
| **DATE ISSUED:** | 12/16/2020 |

See attached Exhibit A.

/s/ JOHN FOUNTAIN
_____        _____
Signature of Court Clerk            Deputy Clerk Initials

**TO ANY SHERIFF OF THE STATE OF ALABAMA**  You are ordered to serve this order on the above named person and make return to this
**OR ANY AUTHORIZED PERSON:**                court.

**RETURN ON SERVICE**

I certify that I personally delivered a copy of this order
to _____
_____ on _____

_____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ **Served By Mail**

_____
Date Mailed

_____
Sheriff                                    Deputy Sheriff

| Form C-13 (back)   Rev.4/18 | ORDER TO APPEAR (SUBPOENA) |
| --- | --- |

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala.R.Civ.P 45(a) (3) (C), the production of documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c) (2) (B), which is set out below.

Rule 45, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(3) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(4) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(5) A person responding to a subpoena need not provide discovery of electronically stored information from sources the person identifies to the requesting party as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(B). The court may specify conditions regarding the production of the discovery.

(6) If information in discovery that is subject to a claim of privilege or of protection as trial-preparation material, the person or party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. Any party or the producing person may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

# EXHIBIT A

ELECTRONICALLY FILED
12/16/2020 12:58 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY, et al.,            )
                                    )
    Plaintiffs,              )
                                    )
v.                                  )          Civil Action No:  CV 20-900070
                                    )
OTIS ELEVATOR COMPANY, et al.,      )
                                    )
    Defendants.              )

---

## PLAINTIFF'S CIVIL SUBPOENA FOR
## PRODUCTION OF DOCUMENTS UNDER RULE 45

---

TO:   **Wind Creek Atmore**
       **303 Poarch Rd**
       **Atmore, AL  36502**

You are hereby commanded, at the instance of the Plaintiff, within 15 days after service of this subpoena:

To produce and permit said party to inspect and to copy each of the following documents:

A **CERTIFIED COPY** of any and all incident reports, surveillance photos, surveillance videos, and any/all other documents for any and all elevators located at Wind Creek Hotel in Atmore, AL for the date of June 4, 2018.

The above records are to be sent to:  **Attention:  Leigh Glass, Paralegal, Morris Haynes, 3500 Colonnade Parkway, Suite 100, Birmingham, AL  35243**.

You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production or inspection.

You have the option to deliver or mail legible copies of documents to the party causing the issuance of this subpoena but you may condition such activity on your part upon the payment in advance by the party causing the issuance of this subpoena of the reasonable costs of the making of such copies.  The said party agrees to pay all reasonable expenses incurred by you at the aforementioned time and place or upon receipt of said documents.

Rule 45 of the Alabama Rules of Civil Procedure, which applies to this request for documents, provides in sections (c) and (d) as follows:

(c)     Protection of Persons Subject to Subpoenas:

(1)     A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)     (A)     A person commanded to produce and inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)     Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection of and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein, means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)     (A)     On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)     fails to allow reasonable time for compliance.

(ii)     requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a non-resident of this state who is not a party or an officer of a party to travel to a place within the

state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of Clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)    subjects a person to undue burden.

(B)    If a subpoena

(i)    requires a disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)    requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than one hundred (100) miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued, shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    Duties in Responding to Subpoena:

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of

the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

You have the right to object at any time prior to the date set forth in this subpoena for compliance.  Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena and stating, with respect to any item to which objection is made, your reasons for such objection.

This the _____ day of _____, 2020.


_____
Mobile County Circuit Court Clerk


## RETURN ON SERVICE

Received this subpoena on _____ and served it on the within named _____ on the _____ day of _____, 2020.


_____
Process Server

AlaFile E-Notice

30-CV-2020-900070.00

To:  MATTHEW GREGORY GARMON MR.
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:       12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:     12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:       12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:     12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:     12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:       12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   NIEMEYER MICHAEL CARLTON
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date:      12/16/2020 12:58:43 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



USPS CERTIFIED MAIL

9214 8901 7301 4130 2000 0112 32

*POST OFFICE BOX 856*
*BREWTON, AL, 36427*

**30-CV-2020-900070.00**

To: WIND CREEK ATMORE
303 POARCH RD
ATMORE, AL 36502

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**

**VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
**30-CV-2020-900070.00**

The following subpoena was FILED on 12/16/2020 12:58:43 PM

Notice Date: 12/16/2020 12:58:43 PM

**JOHN FOUNTAIN**
**CIRCUIT COURT CLERK**
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL 36427

251-867-0225
john.fountain@alacourt.gov



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

30-CV-2020-900070.00

To:  CLERK ESCAMBIA
     clerk.escambia@alacourt.gov

**TOTAL POSTAGE PAID: $5.90**

Parties to be served by Certified Mail - Return Receipt Requested

WIND CREEK ATMORE                                      Postage: $5.90
303 POARCH RD
ATMORE, AL 36502          W001

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



ELECTRONICALLY FILED
1/20/2021 2:03 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY, )
)
      Plaintiffs, )
)
      v. )     CASE NO. 30-CV-2020-900070
)
OTIS ELEVATOR COMPANY, *et al.*, )
)
      Defendant. )

## **NOTICE OF INTENT TO SERVE SUBPOENA ON A NON-PARTY**

PLEASE TAKE NOTICE that upon the expiration of fifteen (15) days from the date of service of this Notice, the Defendant, Otis Elevator Company, will apply to the Clerk of this Court for issuance of the attached Subpoena directed to:

      Wind Creek Atmore
      303 Poarch Road
      Atmore, AL 36502

                     Respectfully submitted,

                     /s/ *Clinton T. Speegle*

                     *Attorney for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on January 20, 2021, a true and correct copy of the foregoing was

served via electronic or U.S. mail to the following counsel of record:

Matthew Garmon                              *Attorneys for Plaintiffs*
Randall S. Haynes
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net
       rhaynes@mhhlaw.new

Jonathan Roper                              *Attorneys for Plaintiffs*
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
        twilson@roperandwilson.com

Michael C. Niemeyer                         *Attorney for Defendant Goodwyn,*
Hand Arendall, LLC                          *Mills & Cawood, Inc. and*
71 N Section Street                          *Goodwyn, Mills & Cawood*
Fairhope, AL 36532                           *Environmental Consultants, Inc.*
Email: mciemeyer@handfirm.com

J. Thomas Burgess                           *Attorney for Defendants Brown*
J. Kerry Burgess                            *Chambless Architects, Inc. and*
Burgess Roberts, LLC                        *Brown Chambless Architects, LLC*
3618 Clairmont Avenue
Birmingham, Alabama 35222
Email: tburgess@burgessroberts.com
        kburgess@burgessroberts.com

                                    */s/ Clinton T. Speegle*
                                    Clinton T. Speegle

2



ELECTRONICALLY FILED
1/20/2021 2:03 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY, )
)
      Plaintiffs, )
)
      v. )    CASE NO. 30-CV-2020-900070
)
OTIS ELEVATOR COMPANY, *et al.*, )
)
      Defendant. )

## SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

To:    Wind Creek Atmore
       303 Poarch Road
       Atmore, AL 36502

You are hereby notified of the following request of the Defendant that you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

1.    **A complete, certified copy of documents, records, or things related to an incident that occurred at Wind Creek Casino in Atmore, Alabama on or about June 4, 2018 involving the plaintiffs, Veronica Finley and Benji Finley, and an elevator, including but not limited to, surveillance footage, videos, photographs, reports, incident reports, and any other investigative documents, records or things regarding the subject incident.**

2.    **A complete, certified copy of any documents, records, reports, communications, photographs, or video that in any way concern plaintiffs, Veronica Finley and Benji Finley, regardless of date or location.**

3.    **A complete, certified copy of any medical records pertaining to care provided to plaintiffs, Veronica Finley and Benji Finley, arising from an incident with an elevator at Wind Creek Casino in Atmore, Alabama on or about June 4, 2018.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **MILA HUBBARD, Paralegal, Lightfoot Franklin & White, LLC, 400 North 20th Street, Birmingham, Alabama 35203**.  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45(c) and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**(c) Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

> (i) fails to allow reasonable time for compliance;
> (ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
>
> (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
>
> (iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Respectfully submitted,

/s/ *Clinton T. Speegle*
*Attorney for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)



AlaFile E-Notice

30-CV-2020-900070.00

To: CLINTON TIMOTHY SPEEGLE
cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date: 1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:      1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date: 1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:      1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:      1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following discovery was FILED on 1/20/2021 2:03:21 PM

Notice Date:     1/20/2021 2:03:21 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
1/22/2021 10:47 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

**State of Alabama**
**Unified Judicial System**
**Form C-13 (front)   Rev. 4/18**

# ORDER TO APPEAR
## (SUBPOENA)

Case

30-

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

☐ **State of Alabama**
☐ **Municipality of** _____
☒ **VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
  **(For Juvenile cases only):**
☐ **In the Matter of** _____

WIND CREEK ATMORE

303 POARCH RD
ATMORE, AL 36502

A.  Issued at the request of :
1. ☒ Plaintiff/State
2. ☐ Defendant
3. ☐ Grand Jury
B.  Special Instructions
   You are ordered to:
1. ☐ Appear at trial
2. ☒ Produce records or documents-See attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

**You may contact:**  MATTHEW GREGORY GARMON MR. 3500 COLONNADE PARKWAY BIRMINGHAM, AL 35243 (205) 324-4008

**YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and/or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.**

**DATE:** 02/08/2021 12:00 PM
**ROOM:** Morris Haynes
**ADDRESS:** 3500 Colonnade Parkway, Suite 100
Birmingham, AL 35243

**DATE ISSUED:** 1/22/2021

/s/ JOHN FOUNTAIN
Signature of Court Clerk                    Deputy Clerk Initials

### ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

See attached Exhibit A.

**TO ANY SHERIFF OF THE STATE OF ALABAMA** You are ordered to serve this order on the above named person and make return to this **OR ANY AUTHORIZED PERSON:** court.

## RETURN ON SERVICE

I certify that I personally delivered a copy of this order
to _____
_____ on _____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ **Served By Mail**

_____
Date Mailed

_____
Sheriff                                   Deputy Sheriff

| Form C-13 (back)   Rev.4/18 | ORDER TO APPEAR (SUBPOENA) |
|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala.R.Civ.P 45(a) (3) (C), the production of documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c) (2) (B), which is set out below.

Rule 45, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(3) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(4) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(5) A person responding to a subpoena need not provide discovery of electronically stored information from sources the person identifies to the requesting party as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(B). The court may specify conditions regarding the production of the discovery.

(6) If information in discovery that is subject to a claim of privilege or of protection as trial-preparation material, the person or party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. Any party or the producing person may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

DOCUMENT 110

Case 1:21-cv-00101-WS-MU   Document 1-2   Filed 03/03/21   Page 774 of 928   PageID #: ...

# EXHIBIT A

ELECTRONICALLY FILED
1/22/2021 11:47 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY, et al.,     ) | |
|                    ) | |
|       **Plaintiffs,**      ) | |
|                    ) | |
| **v.**                     ) | **Civil Action No:  CV 20-900070** |
|                    ) | |
| **OTIS ELEVATOR COMPANY, et al.,**     ) | |
|                    ) | |
|       **Defendants.**      ) | |

---

### PLAINTIFF'S CIVIL SUBPOENA FOR
### PRODUCTION OF DOCUMENTS UNDER RULE 45

---

**TO:  Wind Creek Atmore**
       **303 Poarch Rd**
       **Atmore, AL  36502**

You are hereby commanded, at the instance of the Plaintiff, within 15 days after service of this subpoena:

To produce and permit said party to inspect and to copy each of the following documents:

A **CERTIFIED COPY** of any and all incident reports, surveillance photos, surveillance videos, and any/all other documents for any and all elevators located at Wind Creek Hotel in Atmore, AL for the date of June 4, 2018.

The above records are to be sent to:  **Attention:  Leigh Glass, Paralegal, Morris Haynes, 3500 Colonnade Parkway, Suite 100, Birmingham, AL  35243**.

You are further advised that other parties to the action in which this subpoena has been issued have the right to be present at the time of such production or inspection.

You have the option to deliver or mail legible copies of documents to the party causing the issuance of this subpoena but you may condition such activity on your part upon the payment in advance by the party causing the issuance of this subpoena of the reasonable costs of the making of such copies.  The said party agrees to pay all reasonable expenses incurred by you at the aforementioned time and place or upon receipt of said documents.

Rule 45 of the Alabama Rules of Civil Procedure, which applies to this request for documents, provides in sections (c) and (d) as follows:

(c)     Protection of Persons Subject to Subpoenas:

    (1)     A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2)     (A)     A person commanded to produce and inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B)     Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection of and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein, means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)     (A)     On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

        (i)     fails to allow reasonable time for compliance.

        (ii)     requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a non-resident of this state who is not a party or an officer of a party to travel to a place within the

state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of Clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)    subjects a person to undue burden.

(B)    If a subpoena

(i)    requires a disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)    requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than one hundred (100) miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued, shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    Duties in Responding to Subpoena:

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of

the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

You have the right to object at any time prior to the date set forth in this subpoena for compliance.  Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena and stating, with respect to any item to which objection is made, your reasons for such objection.

This the _____ day of _____, 2020.


_____
Mobile County Circuit Court Clerk


## RETURN ON SERVICE

Received this subpoena on _____ and served it on the within named _____ on the _____ day of _____, 2020.


_____
Process Server



AlaFile E-Notice

30-CV-2020-900070.00

To:  MATTHEW GREGORY GARMON MR.
     mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:     1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WIND CREEK ATMORE
      303 POARCH RD
      ATMORE, AL, 36502

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:     1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:     1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:     1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:     1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES KERRY
      kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 1/22/2021 10:50:07 AM

Notice Date:      1/22/2021 10:50:07 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
1/22/2021 2:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

30-ESCAMBIA

Revised 3/5/08

☐ District Court  ☑ Circuit Court

CV20

# CIVIL MOTION COVER SHEET

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL

*Name of Filing Party:* C001 - FINLEY VERONICA
C002 - FINLEY BENGI

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

MATTHEW GREGORY GARMON MR.

3500 COLONNADE PARKWAY

BIRMINGHAM, AL 35243

*Attorney Bar No.:* GAR121

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $ 0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other    Pro Tanto Stipulation of Dismissal |
| | pursuant to Rule  n/a          (Subject to Filing Fee) |

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
1/22/2021 2:29:10 PM

Signature of Attorney or Party
/s/ MATTHEW GREGORY GARMON MR.

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
1/22/2021 2:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY, et al.          )
                                 )
          Plaintiffs,            )
                                 )
v.                               )          Case No. CV-2020-900070
                                 )
OTIS ELEVATOR COMPANY, et al.    )
                                 )
          Defendants.            )

## PRO TANTO STIPULATION OF DISMISSAL

Come now the Plaintiffs, by and through their undersigned counsel of record, and hereby stipulate that all of Plaintiff Bengi Finley's claims against the Defendants are hereby dismissed with prejudice, costs taxed as paid. All of Plaintiff Veronica Finley's claims against the Defendants shall remain pending. This dismissal shall have no effect on the claims against other persons or parties.

Respectfully submitted this 22nd day of January, 2021.

/s/ Matthew G. Garmon
Matthew G. Garmon (GAR121)
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
T: 205-324-4008
E: mgarmon@mhhlaw.net

Randall S. Haynes (HAY006)
**MORRIS HAYNES**
Post Office Box 1660
Alexander City, Alabama 35011
T: 256-329-2000
E: rhaynes@mhhlaw.net

## <u>CERTIFICATE OF SERVICE</u>

On January 22, 2021 I filed this document with the Clerk of Court using the Alafile system which electronically serves a copy of all filings on all counsel of record in this case.

/s/ Matthew G. Garmon
OF COUNSEL

ELECTRONICALLY FILED
1/22/2021 2:30 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA,                        )
FINLEY BENGI,                           )
Plaintiffs,                             )
                                        )
V.                                      )   Case No.:        CV-2020-900070.00
                                        )
OTIS ELEVATOR COMPANY,                  )
HBG DESIGN ARCHITECTS, PC,              )
BROWN CHAMBLESS ARCHITECTS, INC.,       )
BROWN CHAMBLESS ARCHITECTS, LLC         )
ET AL,                                  )
Defendants.                             )

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Pro Tanto Stipulation of Dismissal filed by the Plaintiffs hereto, it is ORDERED, ADJUDGED and DECREED that all claims of Plaintiff Bengi Finley against the Defendants are hereby dismissed with prejudice, with each party to bear its own costs. All of Plaintiff Veronica Finley's claims against the Defendants shall remain pending.  This dismissal shall have no effect on the claims against other persons or parties.

**DONE this[To be filled by the Judge].**

                              /s/[To be filled by the Judge]
                              **CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  MATTHEW GREGORY GARMON MR.
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:      1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA

C002 FINLEY BENGI

PRO TANTO STIPULATION OF DISMISSAL

[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:      1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:     1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/22/2021 2:33:02 PM

C001 FINLEY VERONICA
C002 FINLEY BENGI
PRO TANTO STIPULATION OF DISMISSAL
[Filer: GARMON MATTHEW GREGORY]

Notice Date:        1/22/2021 2:33:02 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
1/25/2021 8:28 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

# IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| FINLEY VERONICA, | ) |
| FINLEY BENGI, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:   CV-2020-900070.00 |
| | ) |
| OTIS ELEVATOR COMPANY, | ) |
| HBG DESIGN ARCHITECTS, PC, | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, INC., | ) |
| BROWN CHAMBLESS | ) |
| ARCHITECTS, LLC ET AL, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Pro Tanto Stipulation of Dismissal filed by the Plaintiffs hereto, it is ORDERED, ADJUDGED and DECREED that all claims of Plaintiff Bengi Finley against the Defendants are hereby dismissed with prejudice, with each party to bear its own costs. All of Plaintiff Veronica Finley's claims against the Defendants shall remain pending.  This dismissal shall have no effect on the claims against other persons or parties.

**DONE this 25th day of January, 2021.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
     aroper@roperandwilson.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         JAW

Notice Date:   1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         JAW

Notice Date:   1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         JAW

Notice Date:   1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:   OTHER
Judge:         JAW

Notice Date:   1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | OTHER |
| Judge: | JAW |

Notice Date:    1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:      OTHER
Judge:            JAW

Notice Date:      1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          JAW

Notice Date:    1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER

[Filer: ]

Disposition:    OTHER
Judge:          JAW

Notice Date:    1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 1/25/2021 8:28:10 AM

ORDER
[Filer: ]

Disposition:     OTHER
Judge:           JAW

Notice Date:     1/25/2021 8:28:10 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
1/25/2021 3:53 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and BENGI FINLEY,   )
                                        )
      Plaintiffs,             )
                                          )
v.                                       )    CIVIL ACTION NO.: 30-CV-2020-900070
                                         )
OTIS ELEVATOR COMPANY, *et al.*,     )
                                         )
      Defendants.           )

## ORDER ON VERIFIED APPLICATION TO APPEAR PRO HAC VICE OF RACHEL N. BYRNES

This cause having come before the Court upon the foreign attorney's Verified Application to Appear Pro Hac Vice, and the Court being otherwise fully advised in the premise,

It is therefore,

ORDERED AND ADJUDGED:

1.    The foreign attorney, Rachel N. Byrnes is hereby allowed to appear Pro Hac Vice, in the representation of the Defendant, Otis Elevator Company, in the instant case.

2.    Attorney Rachel N. Byrnes will continue to represent the client in the instant case until the final determination of the cause; and that, with reference to all matters incident to such cause, will consent to the jurisdiction of the courts of the State of Alabama, of the disciplinary tribunals of the Alabama Bar, and of the Alabama Board of Bar Admissions in all respects as if he were a regularly admitted and licensed member of the Alabama Bar.

DONE this 25 day of January, 2021

_____
CIRCUIT JUDGE

ELECTRONICALLY FILED
12/4/2020 2:04 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

### STATEMENT

The following information, in response to the application of petitioner, is furnished in compliance with Rule VII, Rules Governing Admission to the Alabama State Bar *(Pro Hac Vice):*

**PETITIONER:**    Ms. Rachel N. Byrnes
Tucker Ellis, LLP
950 Main Ave Ste 1100
Cleveland, OH    44113-0000

**CURRENT APPLICATION:**

| | |
|---|---|
| Date Application Received: | December 02, 2020 |
| Case No.: | 30-CV20-900070 |
| Style: | Veronica Finley, et al v. Otis Elevator Company, et al |
| Court/Agency: | Circuit Court of Escambia County |
| Date of Hearing: | January 05, 2021 |

**LOCAL COUNSEL:**    Ms. Melody Hurdle Eagan
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL    35203-3202

APPLICATIONS FOR RULE VII ADMISSION HAVE BEEN MADE BY ABOVE PETITIONER OR OTHER ATTORNEY MEMBERS OF PETITIONER'S FIRM IN THE PRECEDING THREE YEARS AS LISTED:

See Attached

s/Cathy Sue McCurry
PHV Clerk
December 04, 2020

Lawyers Render Service

**Tucker Ellis, LLP**

Dates reported: December 3, 2017 - December 2, 2020

| Applicant | Date App Received | Case | Court | G/D/P/M |
|---|---|---|---|---|
| Rachel N. Byrnes | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Daniel M. Finer | 05/03/2018 | 02-CV18-900688 | Circuit Court of Mobile County | Pending |
| Savannah M. Fox | 10/23/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |
| Seth J. Linnick | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Ryan  Winkler | 10/26/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:      1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:      1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:    1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:      1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:      1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:55:50 PM

Notice Date:     1/25/2021 3:55:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
1/25/2021 3:54 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| VERONICA FINLEY and BENGI FINLEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 30-CV-2020-900070 |
| ) | |
| OTIS ELEVATOR COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON VERIFIED APPLICATION TO APPEAR PRO HAC VICE OF SETH J. LINNICK

This cause having come before the Court upon the foreign attorney's Verified Application to Appear Pro Hac Vice, and the Court being otherwise fully advised in the premise,

It is therefore,

ORDERED AND ADJUDGED:

1.   The foreign attorney, Seth J. Linnick, is hereby allowed to appear Pro Hac Vice, in the representation of the Defendant, Otis Elevator Company, in the instant case.

2.   Attorney Seth J. Linnick will continue to represent the client in the instant case until the final determination of the cause; and that, with reference to all matters incident to such cause, will consent to the jurisdiction of the courts of the State of Alabama, of the disciplinary tribunals of the Alabama Bar, and of the Alabama Board of Bar Admissions in all respects as if he were a regularly admitted and licensed member of the Alabama Bar.

DONE this _25_ day of January, 2021

_____
CIRCUIT JUDGE

ELECTRONICALLY FILED
12/4/2020 2:05 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## ALABAMA STATE BAR

415 Dexter Avenue ▪ Post Office Box 671 ▪ Montgomery, Alabama 36101
Telephone: 334/269-1515 ▪ Fax: 334/261-6310
www.alabar.org

### STATEMENT

The following information, in response to the application of petitioner, is furnished in compliance
with Rule VII, Rules Governing Admission to the Alabama State Bar *(Pro Hac Vice)*:

**PETITIONER:**   Mr. Seth J. Linnick
Tucker Ellis, LLP
950 Main Ave Ste 1100
Cleveland, OH    44113-0000

**CURRENT APPLICATION:**

| | |
|---|---|
| Date Application Received: | December 02, 2020 |
| Case No.: | 30-CV20-900070 |
| Style: | Veronica Finley, et al v. Otis Elevator Company, et al |
| Court/Agency: | Circuit Court of Escambia County |
| Date of Hearing: | January 05, 2021 |

**LOCAL COUNSEL:**   Ms. Melody Hurdle Eagan
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL    35203-3202

APPLICATIONS FOR RULE VII ADMISSION HAVE BEEN MADE BY ABOVE PETITIONER OR OTHER
ATTORNEY MEMBERS OF PETITIONER'S FIRM IN THE PRECEDING THREE YEARS AS LISTED:

See Attached

s/Cathy Sue McCurry
PHV Clerk
December 04, 2020

Lawyers Render Service

# Tucker Ellis, LLP

Dates reported: December 3, 2017 - December 2, 2020

| Applicant | Date App Received | Case | Court | G/D/P/M |
|---|---|---|---|---|
| Rachel N. Byrnes | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Daniel M. Finer | 05/03/2018 | 02-CV18-900688 | Circuit Court of Mobile County | Pending |
| Savannah M. Fox | 10/23/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |
| Seth J. Linnick | 12/02/2020 | 30-CV20-900070 | Circuit Court of Escambia County | Pending |
| Ryan Winkler | 10/26/2020 | 01-CV20-900248 | Circuit Court of Jefferson County | Granted |

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:     1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   HAYNES RANDALL STARK
      rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:     1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:     1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  TERRY DAVID SCOTT
     dterry@websterhenry.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:     1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   BURGESS JAMES THOMAS JR.
      tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:      1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 1/25/2021 3:56:50 PM

Notice Date:     1/25/2021 3:56:50 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
2/2/2021 4:13 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## ORDER

The Circuit Court of the 21st Judicial Circuit has scheduled a Civil/Criminal Jury Term for April 12-16, 2021. Due to concerns regarding the COVID-19 Pandemic, there will not be a Status Call of the Civil Jury Docket.

Each party in all cases are ORDERED to file with the Court a status report setting forth the party's position as to whether the party's specific case is ready to be set for trial during the April 12, 2021 term of Court, which is scheduled to be held during the week of April 12-16, 2021. Should the opposing parties in a particular case be unable to agree on whether the case is ready for trial during the April 12, 2021 term, the parties shall submit a brief summary of the reasons to support their positions. Said status reports shall be submitted no later than 4:00 p.m. on February 12, 2021.

Upon submission and review of said status reports, the Court will decide what, if any, cases shall be set for trial during the April, 2021 term of Court.

The Court's Order is not definitive that jury trials will be held during said jury term. The status of said term will be determined based upon health concerns of the COVID-19 Pandemic and further Orders of the Supreme Court of Alabama. Parties to all cases set for trial during the April, 2021 jury term should be cognizant of any and all orders previously entered by the Circuit Court of the 21st Judicial Circuit in their perspective cases.

DONE this ____ day of February, 2021.

_____
Jeffrey A. White
Presiding Circuit Judge

_____
Jeffrey T. Stearns
Circuit Judge

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
mgarmon@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   EAGAN MELODY HURDLE
      meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:      2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   DESHAZO JOHN CURTIS
      jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:      2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:      2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:        2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:     2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
      C/O GEORGE T. GOODWYN
      125 INTERSTATE PARK DR
      MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/2/2021 4:13:34 PM

Notice Date:      2/2/2021 4:13:34 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

| **STATE OF ALABAMA** | | | | |
|---|---|---|---|---|
| Unified Judicial System | Revised 3/5/08 | | | Cas |
| 30-ESCAMBIA | | ☐ District Court | ☑ Circuit Court | CV2 |

ELECTRONICALLY FILED
2/3/2021 8:24 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

| VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL | **CIVIL MOTION COVER SHEET** |
|---|---|
| | *Name of Filing Party:* D005 - GOODWYN, MILLS & CAWOOD, INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

Michael C. Niemeyer

Post Office Box 1499

Fairhope, AL 36533

*Attorney Bar No.:* NIE004

☐ Oral Arguments Requested

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Stipulation fro Pro Tanto Dismissal |
| | pursuant to Rule   N/A   (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)  ☐ | Date: 2/3/2021 8:22:22 AM | Signature of Attorney or Party /s/ Michael C. Niemeyer |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
2/3/2021 8:24 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

| | | |
|---|---|---|
| VERONICA FINLEY and BENGI FINLEY, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | CV-20-900070 |
| OTIS ELEVATOR COMPANY, GOODWYN, MILLS & CAWOOD, INC., HBG DESIGN ARCHITECTS, P.C., et. al | * * * * * | |
| Defendants. | * * * | |

### STIPULATION FOR *PRO TANTO* DISMISSAL

It is hereby stipulated that all causes of actions asserted by Plaintiffs Veronica Finley and Bengi Finley against Defendant Goodwyn, Mills & Cawood, Inc., Goodwyn, Mills & Cawood Environmental Consultants, Brown Chambless Architects, LLC and Brown Chambless Architects, Inc. are dismissed, with prejudice, including all claims actually made, or which could have been made, by said Plaintiffs against this Defendant in this action, each party to bear their own costs.

The Parties to this Stipulation acknowledge that causes of action by other Plaintiffs in this action and against Defendants Otis Elevator Company are reserved by the other Plaintiffs and shall not be dismissed.

An Order of Pro Tanto Dismissal with Prejudice is attached for the Court's convenience and consideration.

Respectfully submitted this 3rd day of February 2021.

/s/ *Matthew G. Garmon*
MATTHEW G. GARMON
RANDALL S. HAYNES
JONATHAN ROPER
TIMOTHY WILSON
*Attorneys for Veronica and Bengi Finley*

**OF COUNSEL:**
Matthew Garmon
MORRIS HAYNES
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
MORRIS HAYNES
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
ROPER AND WILSON, LLC
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
          twilson@roperandwilson.com

/s/ *Melody H. Eagan*
MELODY H. EAGAN (HUR009)
CLINTON T. SPEEGLE (SPE062)
*Attorneys for Otis Elevator Company*

**OF COUNSEL:**
Melody H. Eagan
Clinton T. Speegle
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)
meagan@lightfootlaw.com
cspeegle@lightfootlaw.com

2

/s/Michael C. Niemeyer
_____
MICHAEL C. NIEMEYER (NIE004)
*Attorney for Goodwyn, Mills & Cawood, Inc. and Goodwyn, Mills & Cawood Environmental Consultants*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE, LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:     251-432-5511
E-Mail: mniemeyer@handfirm.com

/s/     Tom Burgess
_____
JAMES T. BURGESS, JR.
JAMES K. BURGESS
*Attorneys for Defendants Brown Chambless Architects, Inc. and Brown Chambless Architects, LLC*

**OF COUNSEL:**
James T. Burgess, Jr.
James K. Burgess
**BURGESS ROBERTS, LLC**
3618 Clairmont Avenue
Birmingham, AL 35222
Tel: 205-870-8611
Email: tburgess@burgessroberts.com
        kburgess@burgessroberts.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, a copy of the above and foregoing has been served electronically upon all Parties by the Clerk of the Circuit Court of Escambia County, Alabama, using the AlaFile system, which will send electronic notification of such filing to all counsel of record, including counsel for the Plaintiff.

*/s/ Michael C. Niemeyer*
MICHAEL C. NIEMEYER

ELECTRONICALLY FILED
2/3/2021 8:24 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA,                    )
FINLEY BENGI,                       )
Plaintiffs,                         )
                                    )
V.                                  )   Case No.:        CV-2020-900070.00
                                    )
OTIS ELEVATOR COMPANY,              )
HBG DESIGN ARCHITECTS, PC,          )
BROWN CHAMBLESS ARCHITECTS, INC.,   )
BROWN CHAMBLESS ARCHITECTS, LLC     )
ET AL,                              )
Defendants.                         )

### ORDER FOR PRO TANTO DISMISSAL

This Action coming before the Court on the Stipulation for Pro Tanto Dismissal filed by Plaintiffs Veronica Finley and Bengi Finley ("Plaintiffs"), against Defendant Goodwyn, Mills & Cawood, Inc., Goodwyn, Mills & Cawood Environmental Consultants, Brown Chambless Architects, LLC and Brown Chambless Architects, Inc. as follows:

All causes of actions asserted by Plaintiffs against Defendant Goodwyn, Mills & Cawood, Inc., Goodwyn, Mills & Cawood Environmental Consultants, Brown Chambless Architects, LLC and Brown Chambless Architects, Inc. are dismissed, with prejudice, as to all claims actually made, or which could have been made, by said Plaintiffs against this Defendant in this action, each party to bear their own costs.

It is further ORDERED, ADJUDGED AND DECREED, that all other Plaintiffs' claims in this cause of action against Defendant Otis Elevator Company are reserved by those Plaintiffs and shall not be dismissed.

**DONE this[To be filled by the Judge].**

**/s/[To be filled by the Judge]**
**CIRCUIT JUDGE**



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   Michael C. Niemeyer
      mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.
STIPULATION FRO PRO TANTO DISMISSAL
[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:    2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.
STIPULATION FRO PRO TANTO DISMISSAL
[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:    2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:     2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
    kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following matter was FILED on 2/3/2021 8:24:08 AM

D005 GOODWYN, MILLS & CAWOOD, INC.

STIPULATION FRO PRO TANTO DISMISSAL

[Filer: NIEMEYER MICHAEL CARLTON]

Notice Date:    2/3/2021 8:24:08 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 4/18 | ORDER TO APPEAR<br>(SUBPOENA) | Cas |
|---|---|---|

ELECTRONICALLY FILED<br>2/4/2021 8:53 AM<br>30-CV-2020-900070.00<br>CIRCUIT COURT OF<br>ESCAMBIA COUNTY, ALABAMA<br>JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

☐ **State of Alabama**
☐ **Municipality of** _____
☑ **VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL**
  **(For Juvenile cases only):**
☐ **In the Matter of** _____

WIND CREEK ATMORE

303 POARCH ROAD
ATMORE, AL 36502

A.  Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury
B.  Special Instructions
   You are ordered to:
1. ☐ Appear at trial
2. ☑ Produce records or documents-See attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

**You may contact:**  CLINTON TIMOTHY SPEEGLE 400 20TH STREET NORTH BIRMINGHAM, AL 35023 (205) 581-0700

**YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and/or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.**

**DATE:**  02/19/2021 12:00 AM

**ROOM:**  Lightfoot Franklin White

**ADDRESS:**  400 20th St N

Birmingham, AL 35203

**DATE ISSUED:**  2/4/2021

/s/ JOHN FOUNTAIN
Signature of Court Clerk                    Deputy Clerk Initials

**ADDITIONAL INSTRUCTIONS**
Any inspection or production of documents or records must be completed within 15 days

**TO ANY SHERIFF OF THE STATE OF ALABAMA** You are ordered to serve this order on the above named person and make return to this **OR ANY AUTHORIZED PERSON:**  court.

## RETURN ON SERVICE

I certify that I personally delivered a copy of this order
to
_____  on  _____

_____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ **Served By Mail**

_____
Date Mailed

_____
Sheriff                                    Deputy Sheriff

| Form C-13 (back)   Rev.4/18 | ORDER TO APPEAR (SUBPOENA) |
| --- | --- |

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala.R.Civ.P 45(a) (3) (C), the production of documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c) (2) (B), which is set out below.

Rule 45, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service, or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(3) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(4) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(5) A person responding to a subpoena need not provide discovery of electronically stored information from sources the person identifies to the requesting party as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(B). The court may specify conditions regarding the production of the discovery.

(6) If information in discovery that is subject to a claim of privilege or of protection as trial-preparation material, the person or party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. Any party or the producing person may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.


ELECTRONICALLY FILED
2/4/2021 8:53 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

DOCUMENT 129

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY AND BENGI FINLEY,     )
                                       )
            Plaintiffs,                )
                                       )
      v.                               )     CASE NO. 30-CV-2020-900070
                                       )
OTIS ELEVATOR COMPANY, *et al.*,       )
                                       )
            Defendant.                 )

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

To:     Wind Creek Atmore
        303 Poarch Road
        Atmore, AL 36502

You are hereby notified of the following request of the Defendant that you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

1.      **A complete, certified copy of documents, records, or things related to an incident that occurred at Wind Creek Casino in Atmore, Alabama on or about June 4, 2018 involving the plaintiffs, Veronica Finley and Benji Finley, and an elevator, including but not limited to, surveillance footage, videos, photographs, reports, incident reports, and any other investigative documents, records or things regarding the subject incident.**

2.      **A complete, certified copy of any documents, records, reports, communications, photographs, or video that in any way concern plaintiffs, Veronica Finley and Benji Finley, regardless of date or location.**

3.      **A complete, certified copy of any medical records pertaining to care provided to plaintiffs, Veronica Finley and Benji Finley, arising from an incident with an elevator at Wind Creek Casino in Atmore, Alabama on or about June 4, 2018.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **MILA HUBBARD, Paralegal, Lightfoot Franklin & White, LLC, 400 North 20th Street, Birmingham, Alabama 35203**.  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45(c) and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**(c) Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

> (i) fails to allow reasonable time for compliance;
> (ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
>
> (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
>
> (iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Respectfully submitted,

/s/ *Clinton T. Speegle*
*Attorney for Defendant Otis Elevator Company*

OF COUNSEL:
Melody H. Eagan (HUR009)
*meagan@lightfootlaw.com*
Clinton T. Speegle (SPE062)
*cspeegle@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

AlaFile E-Notice

30-CV-2020-900070.00

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  WIND CREEK ATMORE
303 POARCH ROAD
ATMORE, AL, 36502

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
rhaynes@mhhlaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  ROPER JONATHAN ANDREW
aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  WILSON TIMOTHY WAYNE
twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  TERRY DAVID SCOTT
dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: BURGESS JAMES THOMAS JR.
tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:     2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   BURGESS JAMES KERRY
       kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following subpoena was FILED on 2/4/2021 8:53:56 AM

Notice Date:      2/4/2021 8:53:56 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



ELECTRONICALLY FILED
2/4/2021 1:15 PM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

FINLEY VERONICA, )
FINLEY BENGI, )
Plaintiffs, )
)
V. ) Case No.:    CV-2020-900070.00
)
OTIS ELEVATOR COMPANY, )
HBG DESIGN ARCHITECTS, PC, )
BROWN CHAMBLESS ARCHITECTS, )
INC., )
BROWN CHAMBLESS ARCHITECTS, )
LLC ET AL, )
Defendants. )

## ORDER FOR PRO TANTO DISMISSAL

This Action coming before the Court on the Stipulation for Pro Tanto Dismissal filed by Plaintiffs Veronica Finley and Bengi Finley ("Plaintiffs"), against Defendant Goodwyn, Mills & Cawood, Inc., Goodwyn, Mills & Cawood Environmental Consultants, Brown Chambless Architects, LLC and Brown Chambless Architects, Inc. as follows:

All causes of actions asserted by Plaintiffs against Defendant Goodwyn, Mills & Cawood, Inc., Goodwyn, Mills & Cawood Environmental Consultants, Brown Chambless Architects, LLC and Brown Chambless Architects, Inc. are dismissed, with prejudice, as to all claims actually made, or which could have been made, by said Plaintiffs against this Defendant in this action, each party to bear their own costs.

It is further ORDERED, ADJUDGED AND DECREED, that all other Plaintiffs' claims in this cause of action against Defendant Otis Elevator Company are reserved by those Plaintiffs and shall not be dismissed.

**DONE this 4th day of February, 2021.**

**/s/ JEFFREY A WHITE**
**CIRCUIT JUDGE**

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JAW

Notice Date:    2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  WILSON TIMOTHY WAYNE
     twilson@roperandwilson.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JAW

Notice Date:    2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  SPEEGLE CLINTON TIMOTHY
     cspeegle@lightfootlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: EAGAN MELODY HURDLE
meagan@lfwlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JAW

Notice Date:    2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER
[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JAW

Notice Date:      2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  BURGESS JAMES KERRY
     kburgess@burgessroberts.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JAW

Notice Date:     2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To:  NIEMEYER MICHAEL CARLTON
mniemeyer@handarendall.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JAW

Notice Date:    2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

Judge: JEFFREY A WHITE

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

A court action was entered in the above case on 2/4/2021 1:15:39 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JAW

Notice Date:      2/4/2021 1:15:39 PM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

ELECTRONICALLY FILED
2/12/2021 9:15 AM
30-CV-2020-900070.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY and BENGI FINLEY,    )
                                   )
    Plaintiffs,    )
                                   )
                                   )
v.    )    CIVIL ACTION NO.: 30-CV-2020-900070
                                   )
OTIS ELEVATOR COMPANY, *et al.*,    )
                                   )
    Defendants.    )

## JOINT STATUS REPORT

Plaintiff Veronica Finley and Defendant Otis Elevator Company ("Otis") submit this Joint Status Report in accordance with the Court's Order dated February 2, 2021, and state:

1. This is a personal injury action that was filed on June 3, 2020. Otis is the sole remaining defendant.

2. The parties have exchanged written discovery. Third-party discovery is underway, but responses to the subpoenas have not yet been received. No depositions have taken place. As such, the Parties agree that this case is not yet ready for trial.

3. Therefore, the Parties respectfully ask this Court to generally continue this case and set this case for a status conference in the summer of 2021.

Respectfully Submitted,

*/s/ Matthew G. Garmon* _____
One of the Attorneys for Plaintiffs
Veronica and Benji Finley

OF COUNSEL:
Matthew Garmon
**MORRIS HAYNES**
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243
Tel: 205-324-4008
Email: mgarmon@mhhlaw.net

Randall S. Haynes
**MORRIS HAYNES**
P.O. Box 1660
Alexander City, Alabama 35011
Tel: 256-329-2000
E-mail: rhaynes@mhhlaw.new

Jonathan Roper
Timothy Wilson
**ROPER AND WILSON, LLC**
3829 Lorna Rd., Suite 302
Hoover, Alabama 35244
Tel: 205-769-6145
E-mail: aroper@roperandwilson.com
       twilson@roperandwilson.com


_/s/ Clinton T. Speegle_____
One of the Attorneys for Defendant
Otis Elevator Company

OF COUNSEL:
Melody H. Eagan (HUR009)
_meagan@lightfootlaw.com_
Clinton T. Speegle (SPE062)
_cspeegle@lightfootlaw.com_
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this 12th day of February, 2021, a true and correct copy of the foregoing was served on counsel of record by filing the same on AlaFile.

/s/ *Clinton T. Speegle* _____
*Of Counsel*

AlaFile E-Notice

30-CV-2020-900070.00

To:  CLINTON TIMOTHY SPEEGLE
     cspeegle@lightfootlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To: GOODWYN, MILLS & CAWOOD ENVIRONMENTAL CONSULTANT
C/O GEORGE T. GOODWYN
125 INTERSTATE PARK DR
MONTGOMERY, AL, 36109-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  GARMON MATTHEW GREGORY
     mgarmon@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:      2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  HAYNES RANDALL STARK
     rhaynes@mhhlaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:      2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   ROPER JONATHAN ANDREW
      aroper@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   WILSON TIMOTHY WAYNE
      twilson@roperandwilson.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:      2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  EAGAN MELODY HURDLE
     meagan@lfwlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  DESHAZO JOHN CURTIS
     jdeshazo@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:   TERRY DAVID SCOTT
      dterry@websterhenry.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov

AlaFile E-Notice

30-CV-2020-900070.00

To:  BURGESS JAMES THOMAS JR.
     tburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To: BURGESS JAMES KERRY
kburgess@burgessroberts.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov



AlaFile E-Notice

30-CV-2020-900070.00

To:  NIEMEYER MICHAEL CARLTON
     mniemeyer@handarendall.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA

VERONICA FINLEY ET AL V. OTIS ELEVATOR COMPANY ET AL
30-CV-2020-900070.00

The following CASE STATUS REPORT was FILED on 2/12/2021 9:15:32 AM

Notice Date:     2/12/2021 9:15:32 AM

JOHN FOUNTAIN
CIRCUIT COURT CLERK
ESCAMBIA COUNTY, ALABAMA
POST OFFICE BOX 856
BREWTON, AL, 36427

251-867-0225
john.fountain@alacourt.gov